FILED

JUN 2 0 2008

Clerk, U.S. District and Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON, DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES NEUMAN.,<br>203 River street Apt #3<br>Iowa City, Iowa 52246<br>(plaintiff) 319 530-3488<br><br>Vs. | Civil Action #<br><br>COMPLAINT<br>CLASS ACTION LAWSUIT<br><br>JURY CLAIM AS<br>TO ALL COUNTS |

JURY ACTION

Case: 1:08-cv-01068
Assigned To : Robertson, James
Assign. Date : 6/20/2008
Description: Civil Rights-Non-Employ.

**COMPLAINT**

UNITED STATES GOVERNMENT.,

UNITED STATES DEPARTMENT OF JUSTICE., Attn: Attorney General 950 Pennsylvania Ave Northwest, Washington D.C. 20530

DEPARTMENT OF COORDINATION AND REVIEW FOR THE DEPARTMENT OF JUSTICE., 950 Pennsylvania Ave Northwest, Washington D.C. 20530

DEPARTMENT OF CRIMINAL REVIEW FOR THE DEPARTMENT OF JUSTICE., 950 Pennsylvania Ave Northwest, Washington D.C. 20530

DEPARTMENT OF SPECIAL LITIGATION FOR THE DEPARTMENT OF JUSTICE., 950 Pennsylvania Ave Northwest, Washington D.C. 20530

FBI, FEDERAL BUREAU OF INVESTIGATION., 950 Pennsylvania Ave Northwest, Washington D.C. 20530

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES., Attn: Director of HHS, 200 Independence Ave. S.W., Room 509 HHH, building Washington D.C. 20201

UNITED STATES POSTAL SERVICE., Attn: Postmaster General John E Potter. Washington D.C. zip 20530

NATIONAL INSTITUTE OF JUSTICE., Attn: David W. Hagy Ph.D 810 Seventh Street NW Washington, DC 20531

BUREAU JUSTICE STATISTICS OF THE DEPARTMENT OF JUSTICE., Attn: Jeffery L Sedwick, 810 Seventh Street, NW Washington, DC 20531

President George W. Bush, U.S. President.,
1600 Pennsylvania Ave NW Washington D.C. 20500
in his professional and individual capacities,

Alberto Gonzales, Former U.S. Attorney General., Former White House Counsel, in his professional and individual capacities,

John Ashcroft, DOJ Former U.S. Attorney General, in his professional and individual capacities,

Scott J Bloch, U.S. Office of Special Counsel
1600 Pennsylvania Ave NW Washington D.C. 20500, in his professional and individual capacities,

Condoleezza Rice, U.S. Secretary of State
2201 C Street NW, Washington D.C. 20520
in her professional and individual capacities,

Michael Mukasey, Current U.S. Attorney General.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in his professional and individual capacities,

Cybele Daley, Acting Assistant Attorney General.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in her professional and individual capacities,

Paul D. Clement, Solicitor General.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in his professional and individual capacities,

Glenn A. Fine, Inspector General.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in his professional and individual capacities,

John L. Chastain, Assistant General Counsel
in his professional and individual capacities,

Merrily Freidlander, Chief Coordination and Review, DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in her professional and individual capacities,

Elizabeth Keenan, Coordination and Review, DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in her professional and individual capacities,

Rita Craig, Coordination and Review, DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in her professional and individual capacities,

Patrick Washington, Coordination and Review, DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in her professional and individual capacities,

Tristan Martin, Coordination and Review, DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in his professional and individual capacities,

Ms. Luz Lopez-Ortiz, Coordination and Review, DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in her professional and individual capacities,

Andrew M Strongjy, Deputy Chief Coordination and Review, DOJ,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in his professional and individual capacities,

Christine Stoneman, Coordination and Review, DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in her professional and individual capacities,

Earl Sondars, Special Litigation Department, DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in his professional and individual capacities,

Shanetta Y. Cutlar, Chief Special Litigation Section of the DOJ
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in their professional and individual capacities,

Tammie Gregg, Principle Deputy Chief Special Litigation Section of
the DOJ.
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in her professional and individual capacities,

Mark Kappelhoff, Chief for Criminal Review of the DOJ
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in his professional and individual capacities,

John / Jane Doe, Phone Clerk for COORDINATION AND REVIEW, DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in their professional and individual capacities,

John / Jane Doe, Phone Clerk for COORDINATION AND REVIEW, DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in their professional and individual capacities,

John / Jane Doe, Phone Clerk for COORDINATION & REVIEW, DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in their professional and individual capacities,

John / Jane Doe, Phone Clerk for SPECIAL LITIGATION , DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in their professional and individual capacities,

John / Jane Doe, Phone Clerk for SPECIAL LITIGATION , DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in their professional and individual capacities,

John / Jane Doe, Phone Clerk for SPECIAL LITIGATION , DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in their professional and individual capacities,

John / Jane Doe, Phone Clerk for Criminal Review, DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in their professional and individual capacities,

John / Jane Doe, Phone Clerk for Criminal Review, DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in their professional and individual capacities,

John / Jane Doe, Phone Clerk for Criminal Review, DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in their professional and individual capacities,

John / Jane Doe, IT Department of the DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in their professional and individual capacities,

John / Jane Doe, IT Department of the DOJ.,
950 Pennsylvania Ave Northwest, Washington D.C. 20530
in their professional and individual capacities,

John E Potter Postmaster General,. 475 L'Enfant Plaza, S.W.
Washington D.C. zip 20530-1000
in his professional and individual capacities,

Postmaster General, Postal Service 2121 World Place Northwest,
Washington D.C. Techworld Post Office, zip 20037
in their professional and individual capacities,

Rodney Graden, Box clerk at The U.S. Postal Service 2121 World
Place Northwest, Washington D.C. Techworld Post Office, zip 20037
in their professional and individual capacities,

John / Jane Doe, Box clerk at The U.S. Postal Service 2121 World
Place Northwest, Washington D.C. Techworld Post Office, zip 20037
in their professional and individual capacities,

John / Jane Doe, Box clerk at The U.S. Postal Service 2121 World Place Northwest, Washington D.C. Techworld Post Office, zip 20037 in their professional and individual capacities,

John / Jane Doe, Box clerk at The U.S. Postal Service 2121 World Place Northwest, Washington D.C. Techworld Post Office, zip 20037 in their professional and individual capacities,

FEDERAL EEO AND CIVIL RIGHTS EXECUTIVES.,
Attn: President Jorge E. Ponce 12246 48th Street, Phoenix AZ
in their Business, professional, governmental or Organizational capacities,

STATE OF SOUTH CAROLINA.,
1301 Gervais Street Suite 710, Columbia, SC 29201
in their State, County, Business, professional, governmental or Organizational capacities,

WASHINGTON STATE HUMAN RIGHTS COMMISSION.,
Attn: Yvonne Lopez Morton, 1330 N. Washington St Suite 2460, Spokane, WA 99201
in their State, County, Business, professional, governmental or Organizational capacities,

MASSACHUSETTS NOTARY PUBLIC AND LEGAL SERVICES,
WWW.MANOTARY.TRIPOD.COM.,
Attn: Korey Humpherys P.O. Box 195 Ayer, MA 01432 in their Business, professional or Organizational capacities,

AMERICAN ASSOCIATION OF UNIVERSITY WOMEN.,
Attn: Ruby Peters 1111 Sixteenth St. N.W.
Washington, DC 20036 in their Business, professional, or Organizational capacities,

TENNESSEE DEPARTMENT OF TRANSPORTATION.,
Attn: Gerald Nicerly, 505 Deaderick Street Suite 700 Nashville, TN 37243-0349., in their State, County, Business, professional, governmental or Organizational capacities,

TENNESSEE DEPARTMENT OF LABOR AND WORKFORCE.,
Attn: James Neeeley Commissioner, 220 French Landing Drive, Nashville TN 37243-0655., in their State, County, Business, professional, governmental or Organizational capacities,

TENNESSEE DEPARTMENT OF CORRECTIONS
Attn: George Little Commissioner
320 6th Avenue North, 6th Floor, Rachael Jackson Building

Nashville, TN 37234-0465
http://www.tennessee.gov/correction/institutions/visitationmanual/stsrcfvisitationmanual-aug07.pdf
in their State, County, Business, professional, Governmental or Organizational capacities,

Warden Jim Morrow, Southeastern Tennessee State Regional Corrections 1045 Horsehead Road Pikeville, TN 37367
http://www.tennessee.gov/correction/institutions/visitationmanual/stsrcfvisitationmanual-aug07.pdf
in his professional and individual capacities,

SHELBY COUNTY TENNESSEE., Attn: Mayor A.C. Wharton Jr.
1250 MARKET STREET, CHATTANOOGA, TN 37402. (423) 209-7760
in their State, County, professional capacities,

HAMILTON COUNTY TENNESSEE.,
Attn: Claude Ramsey 1250 Market Street Chattanooga
Suite 1010 Hamilton TN 37402
in their State, County, Professional capacities,

STATE OF TENNESSEE.,
Attn: Riley C Darnell, Secretary of State, Tennessee State Capital, Nashville, TN 37243-1102
in their State, professional or Organizational capacities,

TENNESSEE COMPTROLLER OF THE TREASURY.,
Attn: John G Morgan
First Floor, State Capitol Nashville, TN 37243
in their State, County, Business or Organizational capacities,

U.S. Department of State, WWW.USINFOR.STATE.GOV
Attn: Condoleezza Rice, 2201 C Street NW Washington D.C. 20520
http://usinfo.state.gov/infousa/guided_tours/civilrights/ixlegal.html., in their State, County, Business, Organizational, professional or Governmental capacities,

STATE OF SOUTH CAROLINA.,
Mark Hammond., Edgar Brown Building
1205 Pendleton Street Suit 525 Columbia SC 29201
in their State, County, Business, Organizational, professional or Governmental capacities,

CALIFORNIA ATTORNEY GENERAL CRIME AND PREVENTION CENTER.,
Attn: Edmund G. Brown Jr P.O Box 944255 Sacramento, CA 94244-2550
in their State, County, Business, Organizational, professional or Governmental capacities,

CALIFORNIA ATTORNEY GENERAL OFFICE.,

Attn: Edmund G. Brown Jr P.O Box 944255 Sacramento, CA 94244-2550 in their State, County, Business, Organizational, professional or Governmental capacities,

U.S. DEPARTMENT OF TRANSPORTATION
PENNSYLVANIA DEPARTMENT OF TRANSPORTATION.,
ATTN HENRY DROUGHTER, 228 WALNUT STREET, ROOM 508 HARRISBURG, PA 17101-1720 in their State, County, Business, Organizational, professional or Governmental capacities,

PennDOT BUREAU OF EQUAL OPPORTUNITY
P.O. BOX 3251 HARRISBURG, PA 17105-3251
in their State, County, Business, Organizational, professional or Governmental capacities,

NEW HAMPSHIRE COMMISSION ON THE STATUS OF WOMEN.,
in their State, County, Business, Organizational, professional or Governmental capacities,

NEW HAMPSHIRE BAR ASSOCIATION
Attn: Eleanor Wm. Dahar, 20 Merrimack Street
Manchester, NH 03101
Attn: Ellen L. Arnold, 14 South Main Street, Suite 2C
Hanover, NH 03755., in their State, County, Business, Organizational, professional or Governmental capacities,

LEXINGTON-FAYETTE URBAN COUNTY, HUMAN RIGHTS COMM.,
162 EAST MAIN STREET, SUITE 226, LEXINGTON KY 40507-1315
in their State, County, Business, Organizational, professional or Governmental capacities,

AMERICAN BAR ASSOCIATION., WWW.ABANET.ORG
Attn: William H Neukom 321 North Clark Street Chicago, Il 60610
740 15th Street N.W. Washington D.C. 20005-1019
in their Business, Organizational, professional capacities,

WWW.FEDCIVILRIGHTS.ORG
in their Business, Organizational, professional or Governmental capacities,

PETRONA TOMAS., Petronatomas.com http://WWW.PETRONATOMAS.COM
Attn: Ms. Yvette Gioannetti P.O. Box 209 Lake Worth, Florida 33460, in their Business, Organizational, professional capacities,

NATIONAL HEALTH LAW PROGRAM, HEALTHLAW.ORG.,
Attn: Donna Ginoza
2639 South La Cienega Blvd Los Angles 90034-2675
in their State, County, Business, Organizational, professional or Governmental capacities,

ISLAMIC INSTITUTE, WWW.ISLAMICINSTITUTE.ORG.,
in their Business, Organizational, professional capacities,
CDS FAMILY & BEHAVIORAL HEALTH SERVICES INC.,
Attn: Jim Pearce 1300 NW Sixth St
Gainesville, FL 32601-2206
in their Business, Organizational, professional capacities,

HENRI E. BROOKS, TENNESSEE STATE REPRESENTATIVE, DISTRICT.,
1247 South Parkway E. Memphis TN 38106
in her business, professional and individual capacities,

RESIDENT CARE TRACK, www.data.ipharos.com
1309 Rice Lake Road, P.O. Box 3008 Duluth, MN 55803-3008
in their Business, Organizational, professional capacities,

TULANE UNIVERSITY.
Attn: President Scott Cowen
218 Gibson Hall, Tulane University, 6823 St. Charles Avenue,  New
Orleans LA 70118
in their Business, Organizational, professional capacities,

TULANE UNIVERSITY STUDENT AFFAIRS.,
Attn: President Scott Cowen
218 Gibson Hall, Tulane University, 6823 St. Charles Avenue,  New
Orleans LA 70118., in their Business, Organizational, professional
capacities,

OFFICE OF INSTITUTIONAL EQUITY, TULANE UNIVERSITY.,
WWW.INSTITIONALEQUITY.TULANE.EDU
Attn: President Scott Cowen
218 Gibson Hall, Tulane University, 6823 St. Charles Avenue,  New
Orleans LA 70118., in their Business, Organizational, professional
capacities,

SCHOOL OF MEDICINE, TULANE UNIVERSITY.
Attn: President Scott Cowen
218 Gibson Hall, Tulane University, 6823 St. Charles Avenue,  New
Orleans LA 70118., in their Business, Organizational, professional
capacities,

SCOTT COWEN, PRESIDENT UNIVERSITY OF TULANE.,
Attn: President Scott Cowen
218 Gibson Hall, Tulane University, 6823 St. Charles Avenue,  New
Orleans LA 70118., in his professional and individual capacities,

RACHAEL HORMANN, UNIVERSITY OF TULANE, IT Department.,
218 Gibson Hall, Tulane University, 6823 St. Charles Avenue,  New
Orleans LA 70118., in her professional and individual capacities,

VIRGINIA STATE BAR.,
Attn: Karen A. Gould 707 East Main Street, Suite 1500
in their Business, Organizational, professional capacities,

NATIONAL ASSOCIATION OF COLLEGE AND UNIVERSITY ATTORNEYS
Attn: Kathleen Santora, 1 Dupont Circle, Suite 620, Washington DC,
in their Business, Organizational, professional capacities,

WWW.ENGLISHFIRST.ORG.,
Attn: Jim Boulet 8001 Forbes Place, Suite 102, Springfield, VA
22151., in their Business, Organizational, Professional capacities,

WWW.REFORMA.ORG
Attn: Sandra Rios Balderrama. P.O. Box 4386, Fresno, California
93744., in their Business, Organizational, Professional capacities,

WWW.INTERETHNIC.ORG.,
1 UN Plaza, Room DC1-1477 New York, NY 10017
in their Business, Organizational, Professional capacities,

WWW.CYBERSAFE.GOV
in their Business, Organizational, Professional capacities,

WWW.OCEXCELSIOR.COM
Attn Julio Saenz 523 N. Grand Ave., Santa Ana, CA 92701
in their Business, Organizational, Professional capacities,

State of Washington
Attn: Secretary Sam Reed., Washington State Secretary
P.O. Box 40220 Olympia, WA 98504-0220
in their State, Business, Organizational, Professional capacities,

Washington State Human Rights Commission., WWW.HUM.WA.GOV
Attn: Yvonne Lopez Morton 711 S. Capitol Way, #402
P.O. Box 42490 Olympia, WA 98504-2490
in their State, Business, Organizational, Professional capacities,

Virginia State Bar., WWW.VSB.ORG
Attn: Karen A. Gould., 707 East main Street Suite 1500 Richmond
Virginia 23219-2800
in their Business, Organizational, Professional capacities,

WWW.IFUCHRC.ORG
in their Business, Organizational, Professional capacities,

State of New Hampshire., WWW.NH.GOV
Attn: William M Gardner., State House, Room 204

Concord NH 03301., in their State, Business, Organizational,
Professional capacities,

ASSOCIATION OF UNIVERSITY WOMEN., WWW.AAUW.ORG
Attn: Ruby Peters 1111 Sixteenth Street N.W. Washington D.C.
20036., in their Business, Organizational, Professional capacities,

U.S. Equal Employment Opportunity Commission., WWW.EEOC.GOV
Attn: Naomi C Earp., 1801 L Street N.W. Washington D.C. 20507., in
their State, Business, Organizational, Professional or Governmental
capacities,

WOMEN OVERCOMING WHATEVER, WWW.WOWFOUNDATION.NET
Attn: Joseph Dallas, 2315 Donald Lee Hollowell Pky N.M. Atlanta
Georgia 30318
in their Business, Organizational, Professional capacities,

FATHER UNITE., WWW.FATHERSUNITE.ORG
in their Business, Organizational, Professional capacities,

DEFEND THE WOLVES., WWW.DEFENDTHEWOLVES.ORG
Attn; Rainbow websites P.O. Box 814034 Hollywood Fl 33081
in their Business, Organizational, Professional capacities,

SERGEANT LOUIS H. HOPSON., WWW.LOUISHOPSON.COM
Attn: Sergeant Louis Hopson 1116 Stamford Rd., Baltimore MD in
their Organizational, Professional, individual capacities,

DAVIE FLORIDA POLICE DEPARTMENT., WWW.DAVIEPOLICE.ORG
Attn: Patrick Lynn., 1230 S Nob Hill Rd., Davies FL 33324
in their business, professional and individual capacities,

WWW.FAMILYRIGHTSASSOCIATION.COM
in their Business, Organizational, Professional capacities,

CALIFORNIA ATTORNEY GENERAL CRIME AND PREVENTION CENTER
California Attorney Generals Office
California Department of Justice
Attn: Edmund G Brown Jr.
P.O. Box 944255 Sacramento CA 94244-2550
in their State, Business, Organizational, Professional capacities,

WWW.SAFESTATE.ORG
California Attorney Generals Office
California Department of Justice
Attn: Edmund G Brown Jr.
P.O. Box 944255 Sacramento CA 94244-2550
in their State, Business, professional and Organizational
capacities,

WWW.FEDERALCIVILRIGHTS.ORG
in their business, professional and individual capacities,

National Institute on Development Delays., WWW.NIDD.ORG
1900 West MacArthur Shawnee Oklahoma 75801
in their business, professional and individual capacities,

New York City, Mayors Office for people with Disabilities.,
WWW.NYC.GOV
Attn: Mayor Michael R Bloomberg City Hall New York, NY 10007
in their State, business, professional and individual capacities,

New York City, WWW.NYC.GOV
Attn: Mayor Michael R Bloomberg City Hall New York, NY 10007
in their State, City, Business, Professional and Organizational capacities,

National Asian Pacific American Legal Consortium
1140 Connecticut Ave N.W. Suite 1200 Washington D.C. 20036
in their business, professional and individual capacities,

STATE OF MICHIGAN,
Michigan Department of Community Health., WWW.MDCH.STATE.MI.US
Attn: Director Janet Olszewski, Capitol View Building
201 Townsend Street, Lansing Michigan 48913
in their state, business, professional and Organizational capacities,

Washington State, Department for the blind., WWW.DSB.WA.GOV
Olympia Headquarter Office, 4565 7th Avenue SE, Lacey, WA 98503, in their State, Business, Professional, Organizational or Governmental capacities,

King County, Washington., www.kingcounty.gov.,
Attn: Ron Sims 701 Fifth Ave. Suite 3210 Seattle WA 98104
in their State, County, Business, professional, Organizational capacities,

Florida State, Department of Education
Attn: Dr. Eric J. Smith, Office of the Commissioner
Turlington Building, Suite 1514
325 West Gaines Street, Tallahassee, Florida 32399
in their State, Business, Professional, Organizational capacities,

California Women's Commission., WWW.STATUSOFWOMEN.CA.GOV
Attn: Mary M Wilberg 1303 J Street Suite 400 Sacramento CA 95814-2900, in their State, business, professional and Organizational capacities,

Broward Community College., WWW.BROWARD.EDU
111 East Las Olas, Fort Lauderdale, FL 33301
in their business, professional and Organizational capacities,

U.S. Department of Labor., www.dol.gov/oped/pubs/fact/rights.htm
Frances Perkins Building, 200 Constitutional Ave, Washington, D.C.
20210., in their business, professional and Organizational
capacities,

DisABLEDperson.Inc., www.disabledperson.com
in their business, professional and Organizational capacities,

United Cerebral Palsy.,
1660 L Street NW Suite 700, Washington D.C. 20036
www.ucp.org/ucp_channeldoc.cfm/1/17/11928/4667
in their business, professional and Organizational capacities,

National Federation for the Blind.,
1800 Johnson Street Baltimore, Maryland 21230
www.nfb-nagdu.org/laws/usa/ada.htm
in their business, professional and Organizational capacities,

Martindale-Hubbell Inc., www.Lawyers.com
Attn: Mr. Hubbell., 121 Chanlon Road, New Providence, New Jersey
07974., in their business, professional and Organizational
capacities,

Cop Watch LA.,
www.copwatchla.org//index.cgi?content=policecomplaint
in their business, professional and Organizational capacities,

At all relevant times, all Defendants acted under color of state
law, and all individual Defendants were acting within the scope of
their employment.

Defendants

INTRODUCTION

This is a class action lawsuit seeking damages, compensatory,
exemplary, punitive, statutory, general, declaratory, injunctive,
penalty and monetary relief against the Department of
Justice("DOJ") and Employees at the Department of Justice for
engaging in and condoning a continuing pattern and practice of
conspiracy to commit mail fraud to defraud and swindle the American
Public out of it's Civil Rights. The specific abuses giving rise to
this action occurred in Washington D.C. United States of America.
Plaintiffs in this case, the American public and James Neuman Pro-

se Attorneys, subjected to the humiliation of conspiracy to commit Mail Fraud to defraud and swindle the American Public out of their Civil Rights. Plaintiff's seek Judicial Redress for violations of his Civil Rights due to a conspiracy to Mail Fraud committed by the DOJ. I also seek to confirm what everyone has a right to expect in the United States: that anyone may file criminal and Civil Rights complaints with the Department of Justice without suffering the indignity of a conspiracy to commit mail fraud to defraud and swindle thousands of Americans out of their Civil Rights. The Department of Justice was displaying a fake P.O. Box 66560 on their Civil Rights Complaint form on website for years. The DOJ has multiple places on their web site where they have posted this fake and deceptive P.O. Box 66560. The Federal, state, City, County, public and private web sites called out as defendants have all posted the same fake P.O. Box addresses on their web sites for years. The Plaintiff sent documents to the fake P.O. Box 66560 address listed on the complaint before I realized that the Department of Justice wasn't been receiving Civil Rights complaints at this P.O. Boxes for years.

Coordination and Review Section P.O. Box 66560 Washington, DC 20035-6118

Coordination and Review Section P.O. Box 66118 Washington, DC 20035-6118

Criminal Section P.O. Box 66018 Washington, DC 20035-6018

Special Litigation Section P.O. Box 66400 Washington, DC 20035-6400

Educational Opportunities Section P.O. Box 65958 Washington, DC 20035-5958

Employment Litigation Section P.O. Box 65968 Washington, DC 20035-5968

Housing and Civil Enforcement Section P.O. Box 65998 Washington, DC 20035-5998

Voting Section P.O. Box 66128 Washington, DC 20035-6128 (202) 307-3143

Administrative Management Section P.O. Box 65310 Washington, DC 20035-5310

Office of Redress Administration P.O. Box 66260 Washington, DC 20035-6260

Appellate Section P.O. Box 66078 Washington, DC 20035-6078 (202) 514-2195

Public Access Section P.O. Box 66738 Washington, DC 20035-6738 (202) 307-2227

**Demand for Jury**

TRIAL BY JURY

Pursuant to United States Constitution. Pursuant to Rule 38(b), Federal Rules of Civil Procedure plaintiffs demand trial by jury for all the issues plead herein so triable.

**Jurisdiction & Venue**

Plaintiffs bring this Complaint pursuant to the Federal Tort Claims Act (FTCA), Tucker Act, 28 U.S.C. §§ 1343-1357 and 2671-2680, and under the First, Fifth, Eight, Ninth and Fourteenth Amendments to the United States Constitution. Pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), for damages resulting from constitutional and common law torts. Plaintiffs bring this Complaint pursuant to the 42 U.S.C. §§ 1983 and 1988 and under the First, Fifth, Eight, Ninth and Fourteenth Amendments to the United States Constitution pursuant for violations of Title 42 U.S.C. §§ 1981, 1982, 1985, 1986, 1987 1988, 1997a, 2000(a,b,c,d,e,f,g,h). The Government has waived sovereign immunity under 42 U.S.C. §§ 1983, 1988, Tucker Act, Federal Tort Claims Act, Civil Rights Act of 1964. Plaintiffs seek damages, compensatory, exemplary, punitive, statutory, general, declaratory, injunctive and penalty for refusing or neglecting to prevent such deprivations as experienced by the plaintiffs. Plaintiffs seeking damages, compensatory, exemplary, punitive, statutory, general, declaratory, injunctive relief against Defendants for committing acts, under color of law, which deprived Plaintiff of rights under District of Columbia Constitution & U.S. Constitution and laws of the United States and for refusing or neglecting to prevent such deprivations as received by the plaintiff and the American public. Refusing or neglecting to prevent such deprivations as conspiracy against civil rights under Title 18 §§ 241, Deprivation of rights under color of law Title 18 §§ 242, Federally protected activities §§ 245. Also this complaint is brought fourth for violation of Title 18 U.S.C. §§ 1342 Mail Fraud, §§ 1341 Fraud and Swindles, §§ 1038(1)(b). False Information and Hoaxes, §§ 1961 RICO, §§ 1505 Obstruction of proceedings before departments, agencies, and committee, §§ 1512 Relating to the tampering with a witness, victim, or an informant and §§ 1513 relating to retaliating against a witness, victim, or an informant, in a conspiracy to delay, deny and eliminate Civil Rights Complaints from reaching the DOJ.

**VENUE**

Venue is proper in the District Court of Columbia under 28 U.S.C. §§ 1402(2)(b). Most defendants reside within Washington, District of Columbia and all of the events or omissions giving rise to the claims asserted herein occurred within the District Court of Columbia. Most of the U.S. Defendants reside or stationed within the District of Columbia, Washington D.C. Under 28 U.S.C. §§ 1331, 1341 & 1346 the jurisdiction is set in the Federal District Court of Columbia, Washington D.C.

**PARTIES**

Plaintiffs:

JAMES NEUMAN ["PLAINTIFF"] of IOWA hereby asserts the following claims against the defendants in the above-entitled action: James Neuman ["Plaintiff"] is a natural person residing at 203 River Street Apt #3 Iowa City, Iowa, 52246 United States of America; was a resident of Iowa during all relevant times of this action.

The America Public.

Defendants:

UNITED STATES GOVERNMENT. It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, and employees, and for injury occasioned thereby. The employees at the Department of Justice, the U.S. Postal Service, and many agencies and departments are under the control and jurisdiction of the United States Government. It was also the public employer of Defendant at the Department of Justice, U.S. Postal Service, White House, Federal Agencies, and many said defendants and public departments, at all relevant times of this action.

UNITED STATES DEPARTMENT OF JUSTICE., It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, and employees, and for injury occasioned thereby. The employees at the Department of Justice, Health and Human Services, FBI and many agencies and departments are under the control and jurisdiction of the United States Government. It was also the public employer of Defendant at the Department of Justice, Federal Agencies, and many said defendants and departments, at all relevant times of this action.

DEPARTMENT OF COORDINATION AND REVIEW FOR THE DEPARTMENT OF JUSTICE., It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, and employees, and for injury occasioned thereby. The employees at the Coordination and review for the Department of Justice and many

agencies and departments are under the control and jurisdiction of the United States Government.

DEPARTMENT OF CRIMINAL REVIEW FOR THE DEPARTMENT OF JUSTICE., It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, and employees, and for injury occasioned thereby. The employees at the Criminal review for the Department of Justice and many agencies and departments are under the control and jurisdiction of the United States Government.

DEPARTMENT OF SPECIAL LITIGATION FOR THE DEPARTMENT OF JUSTICE., It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, and employees, and for injury occasioned thereby. The employees at the Special Litigation for the Department of Justice and many agencies and departments are under the control and jurisdiction of the United States Government.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES., It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, and employees, and for injury occasioned thereby. The employees at the Health and Human services for the Department of Justice and many agencies and departments are under the control and jurisdiction of the United States Government, at all relevant times of this action.

FBI, FEDERAL BUREAU OF INVESTIGATION.,WWW.MIAMI.FBI.GOV., It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, and employees, and for injury occasioned thereby. The employees at the FBI for the Department of Justice and many agencies and departments are under the control and jurisdiction of the United States Government, at all relevant times of this action.

UNITED STATES POSTAL SERVICE., It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, and employees, and for injury occasioned thereby. The employees at the United Postal Service agencies and departments are under the control and jurisdiction of the United States Government. It was also the public employer many said defendants, at all relevant times of this action.

National Institute of Justice., It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, and employees, and for injury occasioned thereby. The employees at the National Institute of Justice for the Department of Justice and many agencies and departments are under the control and jurisdiction of the United

States Government. It was also the public employer many said
defendants, at all relevant times of this action.
Bureau Justice Statistics of the Department of Justice., It is
responsible for the procedures, and practices implemented through
it's various agencies, agents, departments, and employees, and for
injury occasioned thereby. The employees at the Bureau Justice
Statistics for the Department of Justice and many agencies and
departments are under the control and jurisdiction of the United
States Government.

President George W. Bush, U.S. President., who is a natural person,
Washington D.C, United States of America, and President of the
United States of America, at all times relevant to this Complaint.

Alberto Gonzales, Former U.S. Attorney General, Former White House
Counsel, who is a natural person, Washington D.C, United States of
America, and a Former U.S. Attorney General for the United States
of America and former White House Counsel, at all times relevant to
this Complaint.

John Ashcroft, DOJ Former U.S. Attorney General, who is a natural
person, Washington D.C, United States of America, and a Former U.S.
Attorney General for the United States of America and former White
House Counsel, at all times relevant to this Complaint.

Scott J Bloch., U.S. Office of Special Counsel., who is a natural
person, Washington D.C, United States of America, and Chief U.S.
Office of Special Counsel of the United State of America, at all
times relevant to this Complaint,

Cybele Daley, Acting Assistant Attorney General., who is a natural
person, Washington D.C, United States of America, and Acting
Assistant U.S. Attorney General of the United State of America, at
all times relevant to this Complaint.

Paul D. Clement, Solicitor General., who is a natural person,
Washington D.C, United States of America, and Solicitor General of
the United State of America, at all times relevant to this
Complaint.

Glenn A. Fine, Inspector General., who is a natural person,
Washington D.C, United States of America, and Inspector General of
the United State of America, at all times relevant to this
Complaint.

John L. Chastain, Assistant General Counsel
who is a natural person, United States of America, and Assistant
General Counsel, at all times relevant to this Complaint.

Merrily Freidlander, Chief Coordination and Review, DOJ., who is a natural person, Washington D.C, United States of America, and Chief Coordination and Review, DOJ, at all times relevant to this Complaint.

Elizabeth Keenan, Coordination and Review, DOJ., who is a natural person, Washington D.C, United States of America, and employee at the Coordination and Review, DOJ, at all times relevant to this Complaint.

Rita Craig, Coordination and Review, DOJ., who is a natural person, Washington D.C, United States of America, and employee at the Coordination and Review, DOJ, at all times relevant to this Complaint.

Patrick Washington, Coordination and Review, DOJ., who is a natural person, Washington D.C, United States of America, and employee at the Coordination and Review, DOJ, at all times relevant to this Complaint.

Tristan Martin, Coordination and Review, DOJ., who is a natural person, Washington D.C, United States of America, and employee at the Coordination and Review, DOJ, at all times relevant to this Complaint.

Ms. Luz Lopez-Ortiz, Coordination and Review, DOJ., who is a natural person, Washington D.C, United States of America, and employee at the Coordination and Review, DOJ, at all times relevant to this Complaint.

Andrew M Strongjy, Deputy Chief Coordination and Review, DOJ., who is a natural person, Washington D.C, United States of America, and employee at the Coordination and Review, DOJ, at all times relevant to this Complaint.

Christine Stoneman, Coordination and Review, DOJ., who is a natural person, Washington D.C, United States of America, and employee at the Coordination and Review, DOJ, at all times relevant to this Complaint.

Earl Sondars, Special Litigation Department, DOJ., who is a natural person, Washington D.C, United States of America, and employee at the Coordination and Review, DOJ, at all times relevant to this Complaint.

Shanetta Y. Cutlar, Chief Special Litigation Section of the DOJ. who is a natural person, Washington D.C, United States of America, and employee at the Special Litigation Section, DOJ, at all times relevant to this Complaint.

Tammie Gregg, Principle Deputy Chief Special Litigation Section of
the DOJ. who is a natural person, Washington D.C, United States of
America, and employee at the Special Litigation Section, DOJ, at
all times relevant to this Complaint.

Mark Kappelhoff, Chief for Criminal Review of the DOJ who is a
natural person, Washington D.C, United States of America, and
employee at the Criminal Review, DOJ, at all times relevant to this
Complaint.

John / Jane Doe, Phone Clerk for COORDINATION AND REVIEW, DOJ., who
is a natural person, Washington D.C, United States of America, and
employee at the Coordination and Review, DOJ, at all times relevant
to this Complaint. In due course, this complaint will be amended to
allege the full and correct name of John / Jane Doe defendants once
that information has been ascertained.

John / Jane Doe, Phone Clerk for SPECIAL LITIGATION, DOJ., who is a
natural person, Washington D.C, United States of America, and
employee at the Special Litigation, DOJ, at all times relevant to
this Complaint. In due course, this complaint will be amended to
allege the full and correct name of John / Jane Doe defendants once
that information has been ascertained.

John / Jane Doe, Phone Clerk for CRIMINAL REVIEW., who is a natural
person, Washington D.C, United States of America, and employee at
the Department of Veterans affairs of DOJ, at all times relevant to
this Complaint. In due course, this complaint will be amended to
allege the full and correct name of John / Jane Doe defendants once
that information has been ascertained.

John / Jane Doe, Phone Clerk for HEALTH AND HUMAN SERVICES., who is
a natural person, Washington D.C, United States of America, and
employee at the Health and Human Services, at all times relevant to
this Complaint. In due course, this complaint will be amended to
allege the full and correct name of John / Jane Doe defendants once
that information has been ascertained.

John E Potter Postmaster General,. Washington D.C. zip 20530
who is a natural person, Washington D.C, United States of America,
and employee at the U.S. Postal Service, at all times relevant to
this Complaint. In due course, this complaint will be amended to
allege the full and correct name of John / Jane Doe defendant once
that information has been ascertained.

Postmaster General, Washington D.C., U.S. Postal Service 2121 World
Place Northwest, Washington D.C. Techworld Post Office, zip 20037,
who is a natural person, Washington D.C, United States of America,

and employee at the U.S. Postal Service, at all times relevant to
this Complaint. In due course, this complaint will be amended to
allege the full and correct name of John / Jane Doe defendant once
that information has been ascertained.

Rodney Graden, Box clerk at The U.S. Postal Service 2121 World
Place Northwest, Washington D.C. Techworld Post Office, zip 20037,
who is a natural person, Washington D.C, United States of America,
and employee at the U.S. Postal Service, at all times relevant to
this Complaint.

John / Jane Doe, Box clerk at The U.S. Postal Service 2121 World
Place Northwest, Washington D.C. Techworld Post Office, zip 20037
who is a natural person, Washington D.C, United States of America,
and employee at the U.S. Postal Service, at all times relevant to
this Complaint. In due course, this complaint will be amended to
allege the full and correct name of John / Jane Doe defendant once
that information has been ascertained.

John / Jane Doe, IT Department of the DOJ., who is a natural
person, Washington D.C, United States of America, and employee at
the Voting Section of DOJ, at all times relevant to this Complaint.
In due course, this complaint will be amended to allege the full
and correct name of John / Jane Doe defendant once that information
has been ascertained.

FEDERAL EEO AND CIVIL RIGHTS EXECUTIVES., It is responsible for the
procedures, and practices implemented through it's various
agencies, agents, departments, website, and employees, and for
injury occasioned thereby.

STATE OF SOUTH CAROLINA., It is responsible for the procedures, and
practices implemented through it's various agencies, agents,
departments, and employees, website, and for injury occasioned
thereby.

STATE OF WASHINGTON., ., It is responsible for the procedures, and
practices implemented through it's various agencies, agents,
departments, and employees, website, and for injury occasioned
thereby.

WASHINGTON STATE HUMAN RIGHTS COMMISSION., It is responsible for
the procedures, and practices implemented through it's various
agencies, agents, departments, website, and employees, and for
injury occasioned thereby.

MASSACHUSETTS NOTARY PUBLIC AND LEGAL SERVICES,
WWW.MANOTARY.TRIPOD.COM., It is responsible for the procedures, and
practices implemented through it's various agencies, agents,

departments, website, and employees, and for injury occasioned
thereby.

AMERICAN ASSOCIATION OF UNIVERSITY WOMEN., It is responsible for
the procedures, and practices implemented through it's various
agencies, agents, departments, website, and employees, and for
injury occasioned thereby.

TENNESSEE DEPARTMENT OF TRANSPORTATION., It is responsible for the
procedures, and practices implemented through it's various
agencies, agents, departments, website, and employees, and for
injury occasioned thereby.

TENNESSEE DEPARTMENT OF LABOR AND WORKFORCE., It is responsible for
the procedures, and practices implemented through it's various
agencies, agents, departments, website, and employees, and for
injury occasioned thereby.

SHELBY COUNTY TENNESSEE., It is responsible for the procedures, and
practices implemented through it's various agencies, agents,
departments, website, , and employees, and for injury occasioned
thereby.

HAMILTON COUNTY TENNESSEE., It is responsible for the procedures,
and practices implemented through it's various agencies, agents,
departments, website, and employees, and for injury occasioned
thereby.

STATE OF TENNESSEE., It is responsible for the procedures, and
practices implemented through it's various agencies, agents,
departments, website, and employees, and for injury occasioned
thereby.

TENNESSEE DEPARTMENT OF CORRECTIONS., It is responsible for the
procedures, and practices implemented through it's various
agencies, agents, departments, website, pamphlets, and employees,
and for injury occasioned thereby.

TENNESSEE COMPTROLLER OF THE TREASURY., It is responsible for the
procedures, and practices implemented through it's various
agencies, agents, departments, website, and employees, and for
injury occasioned thereby.

U.S. Department of State, WWW.USINFOR.STATE.GOV
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

STATE OF SOUTH CAROLINA., It is responsible for the procedures, and

practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

U.S. DEPARTMENT OF TRANSPORTATION
PENNSYLVANIA DEPARTMENT OF TRANSPORTATION., It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

PennDOT BUREAU OF EQUAL OPPORTUNITY., It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

NEW HAMPSHIRE COMMISSION ON THE STATUS OF WOMEN.,
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

NEW HAMPSHIRE BAR ASSOCIATION
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

LEXINGTON-FAYETTE URBAN COUNTY, HUMAN RIGHTS COMM.,
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

AMERICAN BAR ASSOCIATION., WWW.ABANET.ORG
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

WWW.FEDCIVILRIGHTS.ORG
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

PETRONA TOMAS., WWW.PETRONATOMAS.COM
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

NATIONAL HEALTH LAW PROGRAM, HEALTHLAW.ORG.,
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

ISLAMIC INSTITUTE, WWW.ISLAMICINSTITUTE.ORG.,
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

CDS FAMILY & BEHAVIORAL HEALTH SERVICES INC.,
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

HENRI E. BROOKS, TENNESSEE STATE REPRESENTATIVE, DISTRICT 92., It
is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

RESIDENT CARE TRACK, www.data.ipharos.com.,
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

TULANE UNIVERSITY.,
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

TULANE UNIVERSITY STUDENT AFFAIRS.,
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

OFFICE OF INSTITUTIONAL EQUITY, TULANE UNIVERSITY.,
WWW.INSTITIONALEQUITY.TULANE.EDU
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

SCHOOL OF MEDICINE, TULANE UNIVERSITY.,
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

SCOTT COWEN, UNIVERSITY OF TULANE.,
who is a natural person, Washington D.C, United States of America,
and employee at the University of Tulane, at all times relevant to
this Complaint.

RACHAEL HORMANN, UNIVERSITY OF TULANE, IT Department.,
who is a natural person, Washington D.C, United States of America,

and employee at the University of Tulane, at all times relevant to this Complaint.

VIRGINIA STATE BAR., WWW.VSB.ORG
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

NATIONAL ASSOCIATION OF COLLEGE AND UNIVERSITY ATTORNEYS
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

WWW.ENGLISHFIRST.ORG.,
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

WWW.REFORMA.ORG
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

WWW.INTERETHNIC.ORG.,
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

WWW.CYBERSAFE.GOV
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

WWW.OCEXCELSIOR.COM
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

WWW.HUM.WA.GOV
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

Virginia State Bar WWW.VSB.ORG
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

WWW.IFUCHRC.ORG

It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

WWW.NH.GOV
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

WWW.AAUW.ORG
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

WWW.HHS.GOV
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

WWW.EEOC.GOV
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

WOMEN OVERCOMING WHATEVER, WWW.WOWFOUNDATION.NET
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

FATHER UNITE., WWW.FATHERSUNITE.ORG
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

DEFEND THE WOLVES., WWW.DEFENDTHEWOLVES.ORG
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

SERGEANT LOUIS HOPSON., WWW.LOUISHOPSON.COM
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

DAVIE FLORIDA POLICE DEPARTMENT., WWW.DAVIEPOLICE.ORG
It is responsible for the procedures, and practices implemented through it's various agencies, agents, departments, website, and employees, and for injury occasioned thereby.

WWW.FAMILYRIGHTSASSOCIATION.COM
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

WWW.SAFESTATE.ORG
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

WWW.FEDERALCIVILRIGHTS.ORG
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

National Institute on Developement Delays., WWW.NIDD.ORG
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

New York City, Mayors Office for people with Disabilities.,
WWW.NYC.GOV It is responsible for the procedures, and practices
implemented through it's various agencies, agents, departments,
website, and employees, and for injury occasioned thereby.

National Asian Pacific American Legal Consortium
1140 Connecticut Ave N.W. Suite 1200 Washingtn D.C. 20036
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

State of Michigan, Michigan Department of Community Health.,
WWW.MDCH.STATE.MI.US
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

Washington State, Department for the blind., WWW.DSB.WA.GOV It is
responsible for the procedures, and practices implemented through
it's various agencies, agents, departments, website, and employees,
and for injury occasioned thereby.

King County, Washington., www.kingcounty.gov., It is responsible
for the procedures, and practices implemented through it's various
agencies, agents, departments, website, and employees, and for
injury occasioned thereby.

Florida State, Department of Education., It is responsible for the
procedures, and practices implemented through it's various

agencies, agents, departments, website, and employees, and for
injury occasioned thereby.

California Women's Commission., WWW.STATUEOF WOMEN.CA.GOV
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

Broward Community College., WWW.BROWARD.EDU
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

U.S. Department of Labor., www.dol.gov/oped/pubs/fact/rights.htm
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

DisABLEDperson.Inc., www.disabledperson.com
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

United Cerebral Palsy.,
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

National federation for the blind.,
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

Martindale-Hubbell Inc., www.Lawyers.com
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

Cop Watch LA.,
It is responsible for the procedures, and practices implemented
through it's various agencies, agents, departments, website, and
employees, and for injury occasioned thereby.

At all relevant times, all Defendants acted under color of state
law, and all individual Defendants were acting within the scope of
their employment.

**EXHAUSTION**
Mr. Neuman has exhausted such administrative remedies as were

available to him. Mr. Neuman filed a grievance Civil Rights complaint form with the DOJ and is attached.

**PREVIOUS LAWSUITS**
Mr. Neuman has never previously filed any lawsuits in state or federal court relating to these allegations, incidences or these causes of action.

**CLASS ACTION ALLEGATIONS**
For the purposes of all relief sought in this case, plaintiff bring this action forward pursuant to Federal Rule of Civil Procedure 23 on behalf of himself and others American citizens in similarly situated. Each of these individual representatives a person who had their Department of Justice Civil Rights Complaint Form returned to them. The Department of Justice and many other Civil Rights organizations are currently displaying a fake and deceptive P.O. Box to send in Civil Rights complaint forms. All These defendants have been displaying a fake P.O. Box for the DOJ for years. The class which the plaintiff seek to represent consists of all people that had their DOJ Civil Rights Complaints or any other paperwork returned after they sent it into any of the DOJ fake and deceptive P.O. Boxes. The class which plaintiffs seek to represent consists of all people that had complaints returned because of the fake and deceptive P.O. Box address on the DOJ Civil Rights Complaint Form or if they received the fake P.O. Box address from another federal, state, city, county, public or private Organization website. These class members are victims of collusion and conspiracy to reduce, delay, and eliminate the number of complaints filed with the Coordination and Revenue of DOJ and other DOJ departments and agencies. Coordination and Review complaints are against mainly Police Departments, Sheriffs Department, Department of Corrections and other Government employees and Organizations. The Department of Justice motivation and illegal pattern and practice of mail fraud, fraud and swindle, hoax and Obstruction of Justice that has been condoned and practiced for so long. The class of persons defined is so numerous that joinder of all members in one action is impracticable. There are questions of law and fact common to all members of the class, because all class members have been, or will be, adversely affected by the challenged actions of the defendants. Common questions of fact and law include, but are not limited to: Whether Department of Justice can commit mail fraud and Obstruction of Justice by posting a fake P.O. Box on their Civil Rights Complaint Form for years, to fraud and swindle the American Public out of the Civil Rights. Whether the DOJ web site can post a fake P.O. Box in multiple places on their web site for years. Whether the Department of Justice and the United States Postal Service can conspire to commit mail fraud and not forward the mail destine for The Department of Justice. The DOJ defendants also conspired to commit perjury and subordination of perjury in order to deceive the

American public when the called the DOJ to find out why their civil rights complaint form was return to them, when they got the complaint form from the DOJ website. Whether the Department of Justice, U.S. Postal Service, the White House and their employees knowingly employed methods that result in a conspiracy to commit mail fraud, fraud and swindle and Obstruct Justice. Whether the Department of Justice, U.S. Postal Service, the White House and their employees knowingly employed methods that result in a conspiracy to violate the Civil Rights of thousands of Americans. Whether these defendants conspiracy and violation of the law has had an unjustified disparate impact on class members in violation of federal and state civil rights laws. Whether Department of Justice, U.S. Postal Service, the White House and their employees knowingly employed methods that provided false information in reports to Congress and the Public.

The claims of the representative plaintiffs are typical of the class as a whole how sent Civil Rights complaints to the fake P.O. Box Address and have been detained their right to have their complaints investigated by the DOJ. The experiences of the plaintiffs at the hands of the defendants resulted from the defendants' policy and practice of Mail Fraud, Fraud and Swindle, retaliation against an informant, Obstruction of Justice, violations of RICO, conspiracy and collusion to violate the American Public Civil Rights, making their claims typical of those held by the class they seek to represent.

Plaintiffs will fairly and adequately protect the interests of the members of the class. The Plaintiffs and the American public should not suffer the indignities of having their Civil Rights complaints returned in the mail. Plaintiff needs HELP, to adequate representatives of the class in that all of the relevant questions of fact and law applicable to the class also apply to them. So far, the Plaintiff has not retained counsel who is familiar with the applicable law and experienced in class action litigation. The Pro-se Attorney for plaintiffs doesn't have the resources necessary to pursue this litigation by hiring an attorney. Pro-se attorney seeks or asks the court to appoint a qualified attorney to represent the plaintiffs.

**Maintained as Class Action**

This action is properly maintained as a class action. The questions of law and fact common to the members of the class predominate over any questions affecting only individual members, and a class action is superior to other available methods for the fair and efficient adjudication of this controversy. Plaintiffs know of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action. The prosecution of separate actions by individual class members could create a risk of inconsistent and varying adjudication concerning the subject of this action.

**STATEMENT OF FACTS**

I first sent in a Civil Rights Complaint with documentation to the Coordination and Review for the Department of Justice in July of 2004 about the malicious false arrest and retaliation against the plaintiff on January 21, 2003. Plaintiff's lawsuit at the Illinois Central District Court case #04-1021.

I had sent a second Civil Rights Complaint form with documentation to P.O. Box 66560 Washington D.C, Coordination and Review for the Department of Justice on June 16 of 2006 about the retaliation the plaintiff received on March 24, 2005, December 30, 2005 and January 27, 2006. Plaintiff current lawsuits under Southern District Court Case 07-362-MJR and Central District court case 08-1009.

When I got my envelope back in the mail that I had sent to the DOJ Coordination and Review section, P.O. Box 66560 Washington D.C. on June 16 of 2006. After I got this June of 2006 envelope back in the mail, I remember thinking I got an envelope back in the mail in about July of 2004. I knew that I had sent a civil rights complaint in to the DOJ in about of 2004 and I remembered that I did not get a response from my July 2004 complaint. I knew that I had also got an envelope back in the mail about the same time when I sent in my first Civil Rights Complaint to the DOJ in July of 2004. Because I didn't get a response from my July 2004 complaint and I got my June 2006 Civil Rights complaint back in the mail. I thought that I had received both of my complaints back in the mail from the Department of Justice. It wasn't until I talked with Rita Craig in May of 2007 that I realized that the DOJ had received my first complaint that I had sent them in July of 2004. The envelope that was returned to me in July 2004 was an envelope from Illinois States Attorneys office. Its important that you realize that before May 22, 2007 I really

thought that I had gotten both of my complaints back in the mail from the DOJ. I really thought during my conversations with the DOJ before May 22, 2007, I thought that I had received the July 2004 envelope to the DOJ back in the mail. I was wrong. I never got my July 2004 complaint returned in the mail. I did get my June 2006 Civil Rights complaint back in the mail. I sent my June 2006 Civil Rights complaint form to the fake and deceptive P.O. Box 66560 address. After talking to Rita Craig of the DOJ in May of 2007, I now believe that I sent my first civil rights complaint to the correct address for the DOJ. I never received any reply from the DOJ about this July 2004 civil rights complaint. My second civil rights complaint in June of 2006 was sent to the fake and deceptive P.O. Box 66560 Washington D.C. address and was returned to the plaintiff. At some point in my investigation, I realized that the DOJ web site had two separate Civil Rights complaint forms on their web site. One was a Microsoft Word document and the other was a Word Perfect document, I believe. The Microsoft Word Document had the correct address for the DOJ, but the Word Perfect document was displaying the fake P.O. Box 66560 Washington D.C. address. The first complaint I filed with the DOJ, I must have printed the Microsoft word version of the Civil Rights Complaint Form that showed the correct address. The Second time I printed the civil rights complaint form, I must have printed the Word Perfect version of this document, with the fake P.O. Box 66560 address. I printed this civil rights complaint form from the DOJ website that shows the fake and deceptive P.O. Box address for my second complaint form sent in to the DOJ in June of 2006. So, Until May 22, 2007 the plaintiff thought that I had sent both sets of documents to the fake P.O. Box address. God, I hope I have explained this correctly, so that the defendants and the court knows what I am saying. There was TWO Civil Rights complaint forms on the DOJ web site, one had the correct address and the other had the fake and deceptive P.O. Box address. Also, I never received a response from the DOJ on my

first complaint filed in July of 2004, I believe that this also
lead to the plaintiff believing or thinking that he got both of his
complaints back in the mail.

So, after I thought that I had gotten both of my complaints back in
the mail from the DOJ. I decided to call them and find out what the
problem was. On July 24, 2006 at about 2:20pm I called the
Department of Justice. I talked to an unknown woman. I told this
person that I had sent two sets of documents into the Department of
Justice. I told this woman that I had sent these documents to The
Coordination and Review section, P.O. Box 66560 Washington D.C. and
they where returned to me stamped Return to sender and No
Forwarding Address. The woman asked me to hold while she connected
me. The woman connected me with what I believe to be the
Coordination and Review clerk. I then explained to the second woman
that I sent two sets of document into the Coordination and Review
section, P.O. Box 66560 Washington D.C. I told the second woman
that the documents where returned to me stamped Return to sender
and No Forwarding Address on the envelope. The women told me that
the P.O. Box was closed and that I should send my documents to 950
Pennsylvania Ave Northwest, Washington D.C. 20530. I explained that
I had sent my first set of documents in two years ago. I told her
that the Department of Justice was displaying the wrong address on
their Civil Rights complaint form. I explained that the Civil
Rights complaint form that I got from the DOJ web page has the
wrong address for more then 2 years. I explained that I had spent
about 40 dollars on copies, envelopes and mailing of these
documents to the Department of Justice. I explained that I didn't
think it was right for the DOJ to be posting a P.O. Box address
that doesn't exist on the complaint form for Civil Rights
violations. This woman said there was nothing she could do about
it. I asked to speak to a supervisor that could do something about
the incorrect address being displayed for the Coordination and

Review section. I gave the woman my name and phone number because there was no one available.

July 24, 2006 at about 3:00 pm, I received a call from Earl Sondars. Earl Sondars explained that he was an attorney with the Department of Justice and he was returning my phone call from earlier in the day. Earl Sondars asked me if I filed a lawsuit. I told him that I have filed a lawsuit against the Peoria County Sheriffs Department and officers. Earl Sondars asked me what my lawsuit was about. I explained that it was about violations of the First, Fourth, Fifth, and Fourteenth Amendments as well as State and Federal laws. I told Earl Sondars that I had the case numbers in the District Court so he could check out the case. Earl Sondars told me, the case numbers would be necessary. Then came a long pause, by Earl Sondars. After about 10 seconds of silence. I told Earl Sondars that I was calling because I had sent two sets of documents to the Coordination and Review section. I told Earl Sondars that both of these sets of documents where returned to me. These documents where stamped return to sender and No forwarding address. I asked Earl where I should be sending my civil rights complaint for Police misconduct. Earl Sondars told me that they have changed the address to send Civil Rights complaints. Earl told me that I should send my complaint to 950 Pennsylvania Avenue Northwest, Washington D.C. 20530 Attn: Special Litigation Section-CRT-PHB. I asked Earl why the Department of Justice was displaying an incorrect address on their Civil Rights form on their website. Earl Sondars said that they are working on updating the address on their Civil Rights form on their website. Earl Sondars said, that they should have the web site updated soon. I asked Earl Sondars when they expected to have their website updated. Earl again said, it should be updated soon. I told Earl Sondars that I had sent two separate sets of document to the Coordination and Review section of the DOJ in July of 2004 and again in June of 2006. I explained that

I knew that the DOJ had been displaying the incorrect address to
send in complaints for police misconduct and other civil rights
violations for 2 years. Earl asked if I would hold for a few
seconds. I said, "yes" and was placed on hold for about 10 to 15
seconds. Earl came back and said, I don't now how to respond. I
asked for a better answer then the web site should be updated soon
and I don't now how to respond. Earl said, I wouldn't know how to
answer your question. I said to Earl Sondars, I couldn't be the
first person calling about this incorrect P.O. Box being posted on
the Civil Rights complaint form that is being displayed on the DOJ
web-site. I asked Earl Sondars how many people have called in to
complain about the incorrect address on the Department of Justice
Civil Rights form. Earl asked me if I would hold again for a few
seconds. I said, "yes" and waited about 10 to 15 seconds for Earl
to return to the phone. When Earl Sondars returned he said, I
wouldn't know how to answer your question. I then told Earl that he
didn't know much. I also told Earl Sondars that he didn't answer my
questions to any-ones satisfaction. I then told Earl Sondars that I
wanted to talk to his supervisor because he could or would answer
my question about the incorrect address being displayed to send in
Civil Rights complaints. Earl Sondars then immediately said, you
are talking to the wrong department. Earl Sondars said, you should
be talking to the Coordination and Review Section; this is the
Special Litigation Section. I asked Earl if he had the phone number
and address for the Coordination and Review section. Earl gave me
the phone number 202-307-2222 for the Coordination and Review
Section. I asked Earl Sondars if he had the address for the
Coordination and Review Section. Earl asked me to hold for a few
seconds. Earl returned to the phone after about 10 seconds. Earl
Sondars said he didn't know the address for the Coordination and
Review Section. I asked Earl if he know what city and state the
Coordination and Review Section was located in. Earl again asked me
to hold for a few seconds. Earl Sondars returned after about 10 to

15 seconds and said, I don't know where the Coordination and Review
Section is located. I then said to Earl Sondars, as an attorney for
the special litigation section, don't some of the cases you receive
come from the Coordination and Review Section? Earl Sondars
reluctantly agreed that the Special Litigation Section does get
some paperwork from the Coordination and Review Section. Then Earl
Sondars repeated that he didn't know where the Coordination and
Review Section was located. Earl Sondars told me that he needed to
enter into the computer system my personal information and why I
called. Earl Sondars confirmed my name and phone number. Earl
Sondars said that was all he needed. My conversation with Earl
Sondars ended.

I then immediately call the number I received from Earl Sondars. On
July 24, 2006 I called 1-202-307-2222 and introduced myself and as
James Neuman. I then asked the person I was talking to his name. He
said his name was Tristan Martin. I started by telling Tristan that
I sent in a Civil Rights complaint into the Coordination and Review
section at P.O. Box 66560 Washington D.C. and it was returned to
me. I told Tristan that the envelope said, Return to sender and No
forwarding address. Tristan Martin immediately knew what I was
talking about. Tristan said, that P.O. Box has been closed. Tristan
then said I could send my Civil Right complaint to the Coordination
and Review Section 950 Pennsylvania Ave Northwest, Washington D.C.
20530. I told Tristan Martin that I couldn't be the first person
calling in about this incorrect address being displayed. I asked
Tristan how many people have called in to complain about his
incorrect address being displayed on the Civil Rights form for the
DOJ. Tristan told me that he has received lots of calls complaining
about the incorrect address being displayed on the Civil Rights
form. I then told Tristan that I didn't understand why the
Department of Justice Civil Rights Form was displaying a P.O. Box
to send complaints that does not exist. Tristan told me that they
where going to update the website soon. I asked Tristan how long it

would be before the Department of Justice would have their website
updated. Tristan said he was unsure how long it would take to
update the website. I then told Tristan that I had sent two sets of
documents into the Coordination and Review section. I told Tristan
that I sent one set of documents in July of 2004 and a second set
in June of 2006. I told Tristan that I know the Department of
Justice was displaying the incorrect address for the Coordination
and Review for the department of Justice for more then 2 years. I
told Tristan that I spent about 40 dollars to send in these two
sets of documents to an address that doesn't exist. I told Tristan
that the Civil Rights complaint form that I got from the Department
of Justice website has this fake P.O. Box listed to send in your
Civil Rights complaint form. Tristan told me there was nothing he
could do about it. Tristan then said, thanks for calling. Tristan
wanted to hang up on me. I told Tristan that I wanted to talk to a
supervisor or someone who could do something about the incorrect
address being displayed on the Department of Justice Civil Rights
complaint form and Website. Tristan said there was no one available
to talk to right now. I gave my Name and phone number to Tristan
Martin so a supervisor could call me back. My phone conversation
with Tristan Martin then ended.

On August 2, 2006 I called the Coordination and Review section of
the Department of Justice at 1-202-307-2222. I immediately
recognized the voice of Tristan Martin. I asked the person I was
talking to his name. He told me his name was Tristan. I asked for
his last name and he told me Martin. I started by telling Tristan
that I sent in a Civil Rights complaint into the Coordination and
Review section at P.O. Box 66560 Washington D.C. and it was
returned to me. Again, Tristan Martin knew what I was talking about
immediately. Tristan said, that P.O. Box has been closed. Tristan
told me to send my complaint to the Coordination and Review Section
950 Pennsylvania Ave Northwest, Washington D.C. 20530. I told

Tristan that I got this P.O. Box address off the Department of Justice web site. I told Tristan that I didn't understand why the Department of Justice was displaying the incorrect address for the Coordination and Review section on its Civil Rights complaint form. Tristan told me the Website was going to be updated soon. I asked Tristan when the Department of Justice would have their civil rights complaint form update with the correct address. Tristan was unsure of when the update would be completed. I told Tristan that I spent money to make copies and mail these documents in to a P.O. Box that doesn't exist. I explained that other people where probable sending in their Civil Right complaint to this incorrect P.O. Box address on the Civil Rights form, just like I did. Tristan agreed, and said, that there where probable other people sending in their civil rights complaints to this incorrect P.O. Box address. Tristan told me there was nothing he could do about it. I told Tristan that I wanted to talk to a supervisor in the Coordination and Review section. Tristan asked me to hold while he checked if anyone was available to for me to talk to. Within about 10 seconds Tristan Martin returned to the phone and said there was no one available to talk too you. Tristan then thanked me for calling and he wanted to hang up on me. I told Tristan that I wanted a supervisor to call me back as soon as possible. I gave my Name and phone number to Tristan. My phone conversation with Tristan Martin then ended.

On about August 21, 2006 I called the Coordination and Review Section of the Department of Justice at 1-202-307-2222. I am not 100% sure of this date, I forgot to write the date down. I know that I called at about 12:37pm(CST). I know that I called the Coordination and Review three times on this day, but I didn't write the date down. I believe that my phone records and the DOJ records can be obtained to pinpoint this date. I introduced myself as Jim and asked him for his name. He said his name was Tristan. I also

recognized the voice of Tristan Martin because I had talked to him twice recently about the incorrect address. I started by telling Tristan that I sent a complaint into the Coordination and Review Section at P.O. Box 66560 Washington D.C. and it was returned to me. I told Tristan that I got this P.O. Box address from the Civil Rights form from the Department of Justice web site. Tristan said, that P.O. Box has been closed. Tristan told me to send my complaint to the Coordination and Review Section 950 Pennsylvania Ave Northwest, Washington D.C. 20530. I told Tristan that I spent money to make copies and send in documents that there returned to me. I explained that it cost me money to send documents to an address that doesn't exist. Tristan told me that the website was being update but there was nothing he could do about it. I then told Tristan that I had sent two sets of documents into the Coordination and review section. I told Tristan that I sent one set of documents in July of 2004 and a second set in June of 2006. I told Tristan that I realized that the Department of Justice has been posting the incorrect address on the Civil Rights form for more then two years. I then told Tristan that I called before asking for a supervisor to call me back about this incorrect address being posted on the civil rights complaint form. I told Tristan Martin that I talked to him twice before asking for a supervisor to call me back. I told Tristan that no one called me back to talk about this P.O. Box address. I told Tristan that I wanted to talk to a supervisor in the Coordination and Review Section about the incorrect address being posted on the DOJ website Civil Right Complaint Form. I told Tristan that I also wanted to speak to someone about why my last 2 phone calls have not been returned. Tristan asked me to hold for a few seconds. Again, within about 10 seconds Tristan returned to the phone and said there was no one available to talk too. I told Tristan that I wanted a supervisor to call me back as soon as possible. I gave my Name and phone number to Tristan. My phone conversation with Tristan Martin then ended.

After I hung up the phone with Tristan. I realized that I might
have mixed up two of the numbers in my phone number. I immediately
called the Department of Justice back at 202-307-2222 and a woman
answered the phone. I asked if Tristan was there and the woman said
that he was away from his desk. I told the woman that I just talked
to him a few minutes ago and that I would call back in a few
minutes. The woman said that would be fine. I hung up with the
woman. I called back around 1:00pm(cst). I talked to Tristan and
told him that I had just talked to him a few minutes ago about
having a supervisor call me back about the incorrect address being
displayed on the DOJ web Site and the failure to return my phone
calls. I told Tristan that I might have gotten a couple of the
numbers mixed up in my phone number. I told Tristan that I wanted
to confirm the phone number I gave him. I gave my correct phone
number to Tristan Martin. Tristan said he had the number. My
conversation with Tristan Martin ended.

I still have not received a phone call from a supervisor of the
Coordination and Review section of the Department of Justice. I
know that Earl Sondars and Tristan Martin were not telling me the
truth about the Department of Justice Civil Rights form on their
website being updated soon. Earl Sondars was not telling me the
truth when he claimed that he didn't know where the Coordination
and Review section was located. I believe the Coordination and
Review section is in the same building as the Special litigation
section of the DOJ. Tristan Martin and Earl Sondars where not
telling me the truth and denied me access to a supervisor at the
D.O.J. to talk about this fake address being displayed on the Civil
Rights complaint form on the DOJ web site. I believe that the DOJ
is posting the wrong address to send in Civil Rights violations, so
they don't have to investigate them. Posting the incorrect address
on the Department of Justice Civil Rights form is wrong and

illegal. The Department of Justice has this P.O. Box 66560 Washington D.C., posted in more then one spot on the Department of Justice Web-site. The Department of justice is also not returning peoples phone calls when they ask to speak to a supervisor about the fake P.O. Box. The DOJ employees are committing perjury and subordination of perjury in order to keep their fake and deceptive P.O. Box address on their civil rights complaint form. I believe that the DOJ finally updated their civil rights complaint form in May of 2007.

I spoke to Rodney Graden the box clerk at The U.S. Postal Service 2121 World Place Northwest, Washington D.C. Techworld Post Office; zip 20037 on or about November 17, 2006. I started by telling Rodney my name and then I asked for his name. I told Rodney Graden that I sent in a Civil Rights complaint into the Coordination and Review section at P.O. Box 66560 Washington D.C. and it was returned to me. I told Rodney that the envelope was returned had return to sender and No forwarding address stamped on it. Rodney immediately knew what I was talking about. Rodney said that he was the one how stamped the envelopes. I asked Rodney "if I was the only person to who sent mail to this P.O. Box or where they're others"? Rodney said, "that many people send mail to the Department of Justice every day to this P.O. Box". I then asked Rodney how many envelopes do you stamp and return to sender that are destine for the Department of Justice? Rodney said, "that he stamps and returns lots of envelopes very day that are destine for the Department of Justice and their different Departments". Rodney then explained that there were other P.O. Boxes that were previously used by the Department of Justice that were closed. Rodney explained that he gets lots of mail every day for the Department of Justice under different P.O. Box addresses. Rodney explained that he stamps all the mail for the DOJ many P.O. Boxes as Return to Sender and returns the mail to the sender. I asked Rodney, "why the

Post Office doesn't forward the mail to the Department of Justice"? Rodney said "they told him not to forward any mail to the Department of Justice". I asked Rodney if he realized that the Department of Justice is still an operating agency of the United States Government? Rodney Garden said he knew that the Department of Justice was still an operating agency of the United States Government but they didn't want their mail forwarded. I asked Rodney Graden if he realized that these envelopes contained Civil Rights Complaints for the Department of Justice to investigate. Rodney Graden said, "He knew that the envelopes contained Civil Rights Complaints destine for the Department of Justice, but they don't want the mail forwarded". I asked Rodney Graden, "If he know how long ago the Department of Justice closed their P.O. Box"? Rodney said the Department of Justice closed their P.O. Boxes more then 4 years ago". Rodney Graden told me, "they (DOJ) stopped accepting mail destine for these P.O. Box back in 2002". I asked Rodney if he had been returning mail destine for the Department of justice for that whole time period? Rodney Graden said that he had been returning mail destine for the many P.O. Boxes used by the DOJ for that whole time.

On November 28, 2006 I sent another civil rights complaint to the Department of Justice at 950 Pennsylvania Avenue N.W. Washington, D.C. I sent this formal complaint with a delivery confirmation receipt. The number on this delivery confirmation is 0306 1070 0000 9105 8000. This formal complaint was delivered on December 5, 2006. When I talked to the Coordination and Review department of the Department of Justice, they said that this package was never delivered. At the beginning of this November 28, 2006 civil rights complaint, I pointed out that the DOJ was posting a fake P.O. Box on their formal civil rights complaint form on their web site. At the beginning of this November civil rights complaint, I pointed out that I sent formal complaints to the DOJ in June of 2006 to

this fake P.O. Box that was posted on the DOJ formal Civil Rights complaint form. I believe that the Department of Justice may have thrown my formal Civil Rights complaint that was mailed on November 28, 2006 into the garbage can. The Department of Justice didn't want to investigate a complaint about the Peoria Sheriffs Department and the Peoria County 10th Judicial Circuit Court. Also at the beginning of this complaint the plaintiff pointed out how the Department of Justice was committing mail fraud by posting a fake P.O. Box that doesn't exist on their civil rights complaint form. I sent this November 28, 2006 complaint to the DOJ at 950 Pennsylvania Avenue N.W. Washington, D.C. I did not send it to the fake a deceptive P.O. Box. I sent the November 2006 complaint to the 950 Pennsylvania Avenue N.W. Washington, D.C. Address, not their fake and deceptive P.O. Box.

On January 17, 2007 I sent a Civil Rights Complaint into the DOJ about the mail fraud and obstruction of justice by the employees at the DOJ. I sent this January 17, 2007 complaint to the DOJ at 950 Pennsylvania Avenue N.W. Washington, D.C. In my January 17, 2007 Civil Rights Complaint I spelled out how the fake and deceptive P.O. Box was violating the American peoples Civil Rights. I also pointed out how the employees at the DOJ were lying about having the web site update soon. I sent this document to the 950 Pennsylvania Ave address, not to their fake and deceptive P.O. Box address. On May 22, 2007 Rita Craig informed me that the DOJ does not investigate itself. Sense the DOJ does not investigate itself or bring charges against its employees. Therefore, I must bring these charges forward. I was forced to bring this lawsuit because of the conspiracy at the DOJ and many other government organizations and employees to violate the American publics Civil Rights.

In February of 2007 I received a call from Rachael Hormann in regard to the letter that I sent to Scott Cowen at the University of Tulane. Rachael Hormann introduced herself and said that she was calling in regard to the letter about their website and the University of Tulane it was posting the incorrect address to send in Civil Rights complaints to the DOJ. Rachael Hormann told me that she called the Department of Justice to make sure that I had my facts straight. Rachael Hormann confirmed that the information and facts in my letter was correct and that the DOJ was not receiving mail at the P.O. Box any longer. I told Rachael Hormann that I was pleased to hear for her and that I realized that she needed to make sure of the current DOJ address to send in Civil Rights complaints before changing the Tulane Universities website. Rachael Hormann told me that they knew there were several spots in the Universities network that needed to be updated. Rachael Hormann to me that the information that needed to be updated was on different servers throughout the University. Rachael Hormann said it would take a couple of days to change the DOJ address on their web site. I told her that I was happy to hear that they where updating their website. I told Rachael Hormann that the DOJ has been posting this fake P.O. Box address on their Civil Rights Complaint Form and their web site for years. I also told Rachael Hormann that the DOJ has not had their mail forwarded from this P.O. Box. Rachael Hormann was surprised to hear that the DOJ was posting a fake P.O. Box address for years and not receiving or forwarding its mail from the P.O. Box. I told Rachael Hormann that there were hundred of web sites out there that where displaying this fake P.O. Box for Civil Rights Complaints for the years. I told Rachael Hormann that the Department of Justice has been displaying a fake P.O. Box address for years and that it was going to be difficult for other Civil Rights Organizations to know the correct address if the DOJ can't post the correct address on their own web site. Rachael Hormann agreed that the DOJ should have their website updated and was very

surprised to learn about my struggle to get them to update their web sites. Rachael Hormann asked if there was anything she could do to help me in getting the DOJ to update their web site. I explained to Rachael Hormann that I have called the DOJ multiple times about their web site and civil rights complaint form. I told Rachael Hormann that I had sent multiple Emails and letters to many people within the DOJ, but they keep ignoring me. Rachael Hormann said that she finds it hard to believe that the DOJ will not return my phone calls or letters. I then told Rachael Hormann that I sent letters to the Attorney General, the Inspector General, the Solicitor General and the DOJ IT Web-master. I told Rachael Hormann that I even sent the Department of Health and Human Services letters and called them about their web site and they said the Department of Justice is in control of their web site. Rachael Hormann thanked me for the correct address for the DOJ complaints and repeated that the Tulane University web site would be updated soon. I thanked Rachael Hormann for calling me and I told her that I was sure that they would update their web site soon. Rachael Hormann has failed to update the university of Tulane web site after she and Scott Cowen know that the web site was displaying a fake P.O. Box for the DOJ.

Speaking of the Department of Health and Human Services I sent them letters and they never responded. I called the Department of Health and Human Services and they said the Department of Justice was in control of their web site, so there was nothing they could do or would do. I even asked them to call the DOJ and ask them to change their Department of Health and Human Services website so the correct address is being posted. The Department of Health and Human Services refused to do anything.

I sent the American Bar Association letters to their 15th Street address and to their North Clark street address back on December

28, 2006. The letters told the ABA that they where posting a fake P.O. Box for the DOJ on the web site, for years. The American Bar Association decided to remove their Civil Rights section that was displaying the fake P.O. Box address. Instead of just changing the address for the DOJ, I believe that the American Bar Association removed this Civil Rights section from their web site. The American Bar Association did remove the Civil Rights Section that contained the fake P.O. Box address from their web site within about 2 weeks after I sent them a letter. I was never contacted by the ABA about my letters.

I sent letters to many People, places and Organizations, between December 28, 2006 through January 2007. I sent the Attorney General a letter about the fake P.O. Box address. I sent the Solicitor General, Inspector General, the DOJ web master, Merrily Freidlanders and many other letters about the fake P.O. Box being displayed on the Civil Rights Complaint form.

I called the DOJ on May 16, 17, 18, 21 and 22nd of 2007. I left a message on Merrily Freidlanders voice mail on May 16, 17, 18, and the 21 of 2007. Merrily Freidlander has never contacted me about my email or voice mails.

I spoke to Elizabeth Keenan on May 17, 2007. Elizabeth and I spoke about all the documents that I had sent into the Department of Justice. We also talked about the fake P.O. Box that the Department of Justice had been displaying on their web site that contained their Civil Rights Complaint Form for years. I explained to Elizabeth that after years of posting a fake P.O. Box address it would be considered mail fraud. Elizabeth explained that she didn't think that displaying the wrong P.O. Box was mail fraud. I also explained that returning thousands of complaints for the DOJ, would be considered Mail Fraud and conspiracy to violate peoples Civil Rights. I asked Elizabeth, that you do realize that you have probable prevented thousands of people from filing Civil Rights

complaints. Elizabeth said that the DOJ once accepted mail at this P.O. Box. I said, Yes, but the DOJ has not received mail from these P.O. Boxes for years. I asked Elizabeth if she knew if that DOJ was still not getting their mail forwarded from their old P.O. Boxes. Elizabeth then said that she realizes that the Post Office has not been forwarding the mail from this P.O. Box and she didn't know why. I asked Elizabeth if she realized that the Department of Justice was still posting this fake P.O. Box on their web site. Elizabeth said she knew that the incorrect address is still being posting on certain areas of the Department of Justice website. Elizabeth said that they did update their civil rights complaint form and she asked if I seen where they updated the civil rights form. I said, Yes, I seen that you finally updated your Civil Rights form after I complained about it for about 9 months. I told Elizabeth that I started to complain about the DOJ web site back in July of 2006 and the finally got their Civil Rights form updated in March of 2007. I told Elizabeth that there is still several areas were they are still displaying this fake P.O. Box address on their web site. She said that they were area that needed to be updated but it was very difficult to update PDF files on their web site. I disagreed with Elizabeth's statements and told her that I have been telling the Department of Justice for several months that they are displaying a fake P.O. Box in several areas of their web site. I explained to Elizabeth that I couldn't be the only one complaining about this fake P.O. Box address. I explained that I called the Coordination and Review of the DOJ many times and asked to speak to a supervisor every time I called. I told her that my phone calls where never returned. I also wrote multiple Emails and sent many letters too many people within the Department of Justice about their fake P.O. Box address. I explained that I have only received one Email from Merrily Freidlander, Department head for the Coordination and Review that said, "thanks for the info. We will be revised the addresses". Elizabeth said they are working on getting

their web site updated. I told Elizabeth that it doesn't take
months to update a web site, it takes only minutes, but you have to
want to do it. I told Elizabeth that I didn't think the DOJ acted
alone on this. Our conversation soon ended.


I spoke to Rita Craig on May 16 2007. Rita Craig wasn't ready for
my questions and asked if she could call me back after
investigating my complaint. Rita Craig didn't return my phone call,
so I called her on May 22, 2007.
I called the DOJ on May 22 of 2007 and talked to Rita Craig again.
I asked Rita if she could tell me anything about my case that she
found out in her investigation. Rita told me that her boss
Elizabeth had talked to me on Thursday. I told her that I did speak
to her boss on Thursday but I still have not received any paperwork
from the DOJ on any of the paperwork that I have sent them. Rita
Craig then asked me to hold. I was placed on hold for several
minutes. Rita returned to the phone and we talked about the
documentation that I sent to the DOJ. I told her that I sent civil
rights complaints to the DOJ in July of 2004 and June of 2006 that
where returned to me. I wanted to know about DOJ case numbers
263306 and 263874. I got these two numbers from one of the clerks
that answer the phone that was helping me in my search for answers.
I asked Rita if case numbers 263306 and 263874 where for my Civil
Rights Complaints filed at the beginning of December 2006 and in
January of 2007. Rita informed me that they didn't have a Civil
Rights complaint that was filed at the beginning of December. I
sent this document with a delivery confirmation. I asked on what
dates were documents submitted for case numbers 263306 and 263874.
Rita wouldn't tell me the dates that theses cases were opened. Rita
told me something that at the time struck me as very strange. Rita
told me that the document that I sent in July of 2004 was received
at the DOJ. I told Rita that I thought this was impossible, because
I believed that it was returned to me in the mail. Rita then said

that the DOJ sent me a letter, stating that they would not take my case because I had already filed a lawsuit in the incident. I told Rita that I never received that letter from the DOJ. Rita then said, "It was mailed to your P.O. Box 94 in Iowa. She then asked me if I had a P.O. Box 94 in, Iowa? I said, that was my P.O. Box address, but I thought that I received my July 2004 complaint back in the mail. Rita said that they did send me a letter to my P.O. Box in Iowa. I asked Rita if she would send me a copy of the letter that was sent to my P.O. Box in conjunction with my July 2004 complaint. Rita told me that she couldn't send me a copy of this letter. Rita told me that I would have to file paperwork under the freedom of information act to get a copy of this letter and they might not have it. I explained that I never received this letter in the first place and I didn't understand why she couldn't or wouldn't send me a copy. Rita refused to agree to send me a copy of this letter. I also asked Rita for any documentation that I could get explaining what documents the DOJ has received from me so far. Rita made no promises to me but she said she would check the DOJ database.

I also asked about the complaint that I filed against the employees at the DOJ and the fake address being posted on their web site and their civil rights complaint form. I sent a civil rights complaint form with documentation in January of 2007 about the fake P.O. Box address being displayed on the DOJ web site. Rita Craig informed me that the DOJ doesn't investigate itself. I told Rita that I found it hard to believe that the DOJ will not investigate its own people. Rita Craig assured me that they do not investigate themselves. I told Rita that I sent my January 2007 complaint to 2 sections of the DOJ. Rita just said that they don't investigate themselves. I still have not received any response from the DOJ on any of my documentation. I still have not received any documentation for the DOJ on any of the documents that I have submitted.

After I got off the phone with Rita Craig, I went and checked my files for the July 2004 envelope that I thought was returned to me. I could not find my July 2004 Envelope. The envelope that I thought was returned in July 2004 was an envelope from Illinois that was returned to me. I really thought during my conversations before May 22, 2007 that I had received the July 2004 envelope back. I was wrong. I never got my July 2004 complaint returned by the DOJ. I did get my June 2006 complaint back in the mail. I sent my June 2006 to the fake P.O. Box address listed on the DOJ complaint form that I printed from the DOJ web site.

I would also like to point out the plaintiffs discovery document from the Federal Civil Rights Organization that Luz Lopez-Ortiz attended. The plaintiff would like to point out that Luz Lopez-Ortiz from the DOJ, was telling the Federal Civil Rights Organization that the DOJ mail Address was P.O. Box 66560 Washington D.C. Luz Lopez-Ortiz knew that the DOJ was not accepting Civil Rights Complaints from this P.O. Box when she told the Federal Civil Rights Organization the Address for the Coordination and review section for the DOJ was P.O. Box 66560 Washington D.C. The minutes from this meeting show that the Luz Lopez-Ortiz from the DOJ was telling Civil Rights Organizations that the DOJ address was this fake P.O. Box 66560.

On December 19, 2006 I had submitted three documents to the Seventh Circuit Court of Appeals explaining that the DOJ was posting a fake and deceptive P.O. Box address on their civil rights complaint form on their website. My documents explained the fake and deceptive P.O. Box address on the DOJ complaint form. These documents reached the Seventh Circuit Appeals court on December 22, 2006, the day my case was dismissed at the appeals court. My three documents were denied being entered into the record do to "filer restrictions". I

did receive a note from the clerk that said my motions were considered by the court, but do to courts dismissal that the documents could not be filed because the filer restrictions. 3 days before Christmas, the day my documents arrive explain the DOJ fake and deceptive P.O. Box, the Seventh Circuit Court dismisses my case.

At all times herein mentioned, defendants federal employees had an obligation to comply with federal and state laws regarding Mail Fraud, Obstruction of Justice, Swindle and Fraud, retaliation against an informant, discrimination in a federally funded program, obstructing of proceedings, RICO, and Conspiracy to violate the Civil Rights of thousand of Americans by delaying, denying or eliminating complaints to be filed with the DOJ. Defendants employees from the U.S. Government including DOJ, USPS, FBI and the White House conspiracy to commit mail fraud, obstruct justice, fraud and swindle the American Public out of their Civil Rights. Defendants failed to meet these obligations with respect to plaintiff and thousand of other American that sent their Civil Rights Complaints into this fake and deceptive P.O. Box 66560 Washington D.C.. Defendants state, city, county, public and private web sites posting the DOJ's fake and deceptive P.O. Boxes addresses, aided and abetted the U.S. Government, DOJ, USPS, FBI and the White House in their conspiracy to delay, deny and eliminate civil rights complaints from reaching the DOJ. Whether the state, city, county, public and private defendants were fellow co-conspirators, collaborators or unwitting conspirators will be determined at trial.

The DOJ knows that NO ONE wants to take on the DOJ and the United States Government as well as all these other defendants. "No One" wants to step forward and stop the fraud and conspiracy happening

thought the DOJ, USPS and many other federal and state agencies. I also DON"T want to step forward and explain what I know.

**How each defendant is involved**

**Federal Agencies**

United States Government and United States Department of Justice, including the Department of Coordination and Review, Department of Criminal Review and the Department of Special Litigation, Federal Bureau of Investigation (FBI), Bureau Justice Statistics of the Department of Justice, National Institute of Justice, the United States Department of Health and Human and United States Postal Service and their employees were involved in a conspiracy to deny, delay or eliminate Civil Rights complaints from reaching the DOJ. These departments from the United States Government know that they were posting a fake and DOJ post a fake and deceptive P.O. Box on their Civil Rights Complaint Form to delay, deny, eliminate complaints to the DOJ in order to obstruct justice and the American Publics right to file a civil right complaint so they could be investigated.

These departments of the Federal Government were some of the main conspirators in violating Title 18 U.S.C. §§ 1342 Mail Fraud, §§ 1341 Fraud and Swindles, §§ 1038(1)(b) False Information and Hoaxes, §§ 1961 RICO, §§ 1505 Obstruction of proceedings before departments, agencies, and committee, §§ 1512 Relating to the tampering with a witness, victim, or an informant and §§ 1513 relating to retaliating against a witness, victim, or an informant to delay, deny and eliminate Civil Rights Complaints from reaching the DOJ.

These federal agencies were some of the conspirators to violate 42 U.S.C. §§ 1981, 1983, 1985, 1986, 1997, 1988, 2000(a,b,c,d,e,f,g,h) as well as many State and Federal Laws.

These federal agencies and departments were fellow conspirators behind providing false information and statistics to Congress, the judiciary, State and local governments, and the American public on complaints filed with the DOJ.

These federal agencies were part of a mail fraud scheme, by means of false or fraudulent pretenses, representations, to promises to supply, or furnish the American Public with an investigation into Civil Rights violations. These defendants devised a mail fraud scheme, was meant to intimate, retaliate, delay, deny and eliminate Civil Rights complaints from the reaching the DOJ.

**Federal Appointed or Elected Officials**

President George W. Bush, U.S. President.,
Alberto Gonzales, Former U.S. Attorney General & White House Counsel,

John Ashcroft, Former U.S. Attorney General.,

George W Bush, Alberto Gonzales and John Ashcroft participated in and were a driving force behind the conspiracy to have the DOJ post a fake and deceptive P.O. Box on their Civil Rights Complaint Form to delay, deny, eliminate complaints to the DOJ in order to obstruct justice and the American Publics right to file a civil right complaint so they could be filed and investigated.
George W Bush, Alberto Gonzales and John Ashcroft were some of the main conspirators in violating Title 18 U.S.C. §§ 1342 Mail Fraud, §§ 1341 Fraud and Swindles, §§ 1038(1)(b). False Information and Hoaxes, §§ 1961 RICO, §§ 1505 Obstruction of proceedings before departments, agencies, and committee, §§ 1512 Relating to the tampering with a witness, victim, or an informant and §§ 1513 relating to retaliating against a witness, victim, or an informant, by delay, deny and eliminate Civil Rights Complaints from reaching the DOJ.
Defendants George W Bush, Alberto Gonzales and John Ashcroft were some of the conspirators to violate 42 U.S.C. §§ 1981, 1983, 1985, 1986, 1988, 1997, 2000(a,b,c,d,e,f,g,h) as well as many State and Federal statues.
George W Bush, Alberto Gonzales and John Ashcroft were some of the main conspirators and driving force behind providing false information and statistics to Congress, the judiciary, State and local governments, and the American public on complaints filed with the DOJ.
Defendants George W Bush, Alberto Gonzales and John Ashcroft devised a mail fraud scheme, by means of false or fraudulent pretenses, representations, to promises to supply, or furnish the American Public with an investigation into Civil Rights violations. These defendants devised a mail fraud scheme, was meant to intimate, retaliate, delay, deny and eliminate Civil Rights complaints from the reaching the DOJ.
Defendants George W Bush, Alberto Gonzales and John Ashcroft engaged in conduct with malice and reckless or callous indifference to Title 28 U.S.C. §§ 2675. The DOJ conspiracy to post fake and deceptive P.O. Box addresses was motivated to protect the U.S. Government from lawsuits by denying the American public the ability to file a complaint with the DOJ.

**Federal Employees and Appointed Officials**
Scott J Bloch U.S. Office of Special Counsel
Condoleezza Rice U.S. Secretary of State
Michael Mukasey, Current U.S. Attorney General.,
Cybele Daley, Acting Assistant Attorney General.,
Paul D. Clement, Solicitor General.,
Glenn A. Fine, Inspector General.,
John L. Chastain, Assistant General Counsel

Scott J Bloch, Condoleezza Rice, Paul D. Clement, Glenn A. Fine,
and John L. Chastain knew about, participated in and were a driving
force behind the DOJ posting a fake and deceptive P.O. Box on their
Civil Rights Complaint Form to delay, deny or eliminate complaints
from reaching the DOJ, in order to obstruct justice and the
American Publics right to file a civil right complaint so they
could be filed and investigated. Scott J Bloch, Condoleezza Rice,
Paul D. Clement and Glenn A. Fine knew about or may have know about
the conspiracy to violate Title 18 U.S.C. §§ 1342 Mail Fraud, §§
1341 Fraud and Swindles, §§ 1038(1)(b). False Information and
Hoaxes, §§ 1961 RICO, §§ 1505 Obstruction of proceedings before
departments, agencies, and committee, §§ 1512 Relating to the
tampering with a witness, victim, or an informant and §§ 1513
relating to retaliating against a witness, victim, or an informant,
by delay, deny and eliminate Civil Rights Complaints from reaching
the DOJ.
Scott J Bloch, Condoleezza Rice, Paul D. Clement, Glenn A. Fine and
John L. Chastain knew about or may have know about the conspiracy
to  violate 42 U.S.C. §§ 1981, 1983, 1985, 1986, 1988,
2000(a,b,c,d,e,f,g,h) as well as many State and Federal statues.


Merrily Freidlander, Chief Coordination and Review, DOJ.,
Elizabeth Keenan, Coordination and Review, DOJ.,
Rita Craig, Coordination and Review, DOJ.,
Patrick Washington, Coordination and Review, DOJ.,
Tristan Martin, Coordination and Review, DOJ.,
Ms. Luz Lopez-Ortiz, Coordination and Review, DOJ.,
Andrew M Strongjy, Deputy Chief Coordination and Review, Christine
Stoneman, Coordination and Review, DOJ.,
Earl Sondars, Special Litigation Department, DOJ.,
Shanetta Y. Cutlar, Chief Special Litigation Section of the Tammie
Gregg, Principle Deputy Chief Special Litigation Section of the
DOJ.
Mark Kappelhoff, Chief for Criminal Review of the DOJ

Defendants Merrily Freidlander, Elizabeth Keenan, Rita Craig,
Patrick Washington, Tristan Martin, Ms. Luz Lopez-Ortiz, Andrew M
Strongjy, Christine Stoneman, Earl Sondars, Shanetta Y. Cutlar,
Tammie Gregg, Mark Kappelhoff, Paul D. Clement, Glenn A. Fine know
about and participated in the conspiracy and collusion to violate
Title 18 U.S.C. §§ 1342 Mail Fraud, §§ 1341 Fraud and Swindles, §§
1038(1)(b) False Information and Hoaxes, §§ 1961 RICO, §§ 1505
Obstruction of proceedings before departments, agencies, and
committee, §§ 1512 Relating to the tampering with a witness,
victim, or an informant and §§ 1513 relating to retaliating against
a witness, victim, or an informant has been condoned and practiced
for so long. The Department of Justice motivation and illegal
pattern and malicious practice of mail fraud to deny, delay or

eliminate Civil Right Complaints from reaching the DOJ. The many employees at the DOJ knew about the conspired and collusion with the United States Post office not to forward the mail destine for the DOJ and these P.O. Box addresses. These defendants know about, participated in and were a driving force behind the DOJ posting a fake and deceptive P.O. Box on their Civil Rights Complaint Form to delay, deny or eliminate complaints from reaching the DOJ, in order to obstruct justice and the American Publics right to file a civil right complaint so they could be filed and investigated. These defendants knew about the conspiracy to violate Title 18 U.S.C. §§ 1342 Mail Fraud, §§ 1341 Fraud and Swindles, §§ 1038(1)(b) False Information and Hoaxes, §§ 1961 RICO, §§ 1505 Obstruction of proceedings before departments, agencies, and committee, §§ 1512 Relating to the tampering with a witness, victim, or an informant and §§ 1513 relating to retaliating against a witness, victim, or an informant, by delay, deny and eliminate Civil Rights Complaints from reaching the DOJ. These defendants were involved daily in the conspiracy to deny, delay and eliminate civil rights and criminal complaints from reaching the DOJ. These defendants knew about the conspiracy to violate 42 U.S.C. §§ 1981, 1985, 1986, 1988, 1997, 2000(a,b,c,d,e,f,g,h) as well as many State and Federal statues. These defendants knew about, participated in and were a driving force behind the DOJ perjure and subordination of perjury by telling people that called complaining about the fake and deceptive P.O. Boxes address on the civil rights complaint form, that the DOJ's website would be updated soon. Defendants Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Ms. Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stoneman, Earl Sondars, Shanetta Y. Cutlar, Tammie Gregg, Mark Kappelhoff, Paul D. Clement, Glenn A. Fine knew that the DOJ was not going to update their fake and deceptive P.O. Box addresses on their web site any time soon. These DOJ employees knew that the DOJ had been posting these fake and deceptive P.O. Box addresses for years. These conspirators and co-conspirators demonstrated to President George W Bush, John Ashcroft and Alberto Gonzales that they where willing conspirators against the American Public Civil Rights. These defendants participated a mail fraud scheme, by means of false or fraudulent pretenses, representations, to promises to supply, or furnish the American Public with an investigation into Civil Rights violations. These defendants devised or participated in a Mail Fraud scheme, was meant to intimate, retaliate, delay, deny and eliminate Civil Rights complaints from the reaching the DOJ. These defendants devised a Mail Fraud scheme meant to eliminate criminal and civil rights complaints so false statistics and information on crimes and civil rights complaints and could be provided to Congress and the American Public. Luz Lopez-Ortiz from the DOJ Coordination and Review knew that she was giving out a fake P.O. Box for the DOJ to organizations like the Federal Civil Rights Organization.

**Phone Clerk for the DOJ**

John and Jane Doe phone clerks knew that the DOJ was posting a fake and deceptive P.O. Box address on their civil rights complaint form and in many places on the DOJ website. John / Jane Doe, DOJ Phone Clerk for Coordination and Review, Special Litigation Section and for Criminal Review of the DOJ know about and participated in the conspiracy and collusion to violate Title 18 U.S.C. §§ 1342 Mail Fraud, §§ 1341 Fraud and Swindles, §§ 1038(1)(b) False Information and Hoaxes, §§ 1961 RICO, §§ 1505 Obstruction of proceedings before departments, agencies, and committee, §§ 1512 Relating to the tampering with a witness, victim, or an informant and §§ 1513 relating to retaliating against a witness, victim, or an informant has been condoned and practiced for so long. The Department of Justice motivation and illegal pattern and malicious practice of mail fraud to deny, delay or eliminate Civil Right Complaints from reaching the DOJ. The many employees at the DOJ knew about the conspired and collusion with the United States Post office not to forward the mail destine for the DOJ and these P.O. Box addresses. These Phone clerks for the DOJ knew about, participated in and were a driving force behind delay, deny or eliminate complaints from reaching the DOJ, in order to obstruct justice and the American Publics right to file a civil right complaint so they could be filed and investigated. These defendants were involved daily in the conspiracy to violate people civil rights. These defendants knew about the conspiracy to violate Title 18 U.S.C. §§ 1342 Mail Fraud, §§ 1341 Fraud and Swindles, §§ 1038(1)(b). False Information and Hoaxes, §§ 1961 RICO, §§ 1505 Obstruction of proceedings before departments, agencies, and committee, §§ 1512 Relating to the tampering with a witness, victim, or an informant and §§ 1513 relating to retaliating against a witness, victim, or an informant, by delay, deny and eliminate Civil Rights Complaints from reaching the DOJ. These defendants knew about the conspiracy to violate 42 U.S.C. §§ 1981, 1983, 1985, 1986, 1987, 1988, 2000(a,b,c,d,e,f,g,h) as well as many State and Federal statues.

These DOJ phone clerks defendants know about, participated in and were a driving force behind the DOJ perjure and subordination of perjury by telling people that called complaining about the fake and deceptive P.O. Boxes address on the civil rights complaint form, that the DOJ's website would be updated soon. Phone clerks for the DOJ's many departments knew that the DOJ was not going to update their fake and deceptive P.O. Box addresses on their web site any time soon. These DOJ employees knew that the DOJ had been posting these fake and deceptive P.O. Box addresses for years. These Phone clerks for the DOJ demonstrated to their bosses like John Ashcroft and Alberto Gonzales, Merrily Freidlander Coordination and Review, Shanetta Y. Cutlar and Tammie Gregg

Special Litigation Section, and Mark Kappelhoff Criminal Section of the DOJ that they where willing conspirators against the American Public Civil Rights. These defendants devised a mail fraud scheme, by means of false or fraudulent pretenses, representations, to promises to supply, or furnish the American Public with an investigation into Civil Rights and criminal violations. These defendants devised a Mail Fraud scheme, was meant to intimate, retaliate, delay, deny and eliminate Civil Rights and criminal complaints from the reaching the DOJ. These defendants devised a Mail Fraud scheme meant to eliminate civil and criminal complaints so false statistics and information could be provided to Congress, Senate and the American Public. Luz Lopez-Ortiz from the DOJ Coordination and Review knew that she was giving out a fake P.O. Box for the DOJ to organizations like the Federal Civil Rights Organization.

**U.S. Postal Employees**

The Postmaster General John E Potter, box clerk Rodney Graden and many other U.S. Postal employees knowingly obstructed the mail destine for the DOJ by returning it to sender so the DOJ could delay, deny and eliminate civil rights complaints from reaching the many Departments within the DOJ. The Postmaster General John E Potter, box clerk Rodney Graden and many other U.S. Postal employees know that the envelopes that were destine for the DOJ contained Criminal and Civil Rights violations from the American Public. These defendants knew about the conspiracy to violate Title 18 U.S.C. §§ 1342 Mail Fraud, §§ 1341 Fraud and Swindles, §§ 1038(1)(b). False Information and Hoaxes, §§ 1961 RICO, §§ 1505 Obstruction of proceedings before departments, agencies, and committee, §§ 1512 Relating to the tampering with a witness, victim, or an informant and §§ 1513 relating to retaliating against a witness, victim, or an informant, aid and abet by delay, deny and eliminate Civil Rights Complaints from reaching the DOJ. These defendants knew they were violating 42 U.S.C. §§ 1981, 1983, 1985, 1986, 1988, 2000(a,b,c,d,e,f,g,h) as well as many State and Federal statues.

**Other Defendants**

Scott Cowen and Rachael Hormann from Tulane University knew that the where posting a fake P.O. Box on the Universities Web site. I sent Scott Cowen a letter explaining that the University of Tulane was posting fake and deceptive P.O. Box address on their web site for the DOJ Coordination and Review. Rachael Hormann called me and assured me that the University of Tulane would update their servers soon. The University of Tulane is still posting the same fake P.O. Box on their website.

The Department of Health and Human Services know that they have been posting fake and deceptive P.O. Box address on their web site

for the DOJ Coordination and Review, but refused to do anything
about it.
The American Bar Association was posting fake and deceptive P.O.
Box address on their web site for the DOJ Coordination and Review.
I sent the American Bar Association letters to their 15th Street
address and to their North Clark street address back on December
28, 2006. The American Bar Association decided to remove their
Civil Rights section that was displaying the fake P.O. Box address.
Instead of just changing the address for the DOJ. The American Bar
Association did remove the Civil Rights Section that contained the
fake P.O. Box address from their web site within about 2 weeks
after I sent them a letter. I was never contacted by the ABA about
my letters.

Defendants federal State, County, City, County departments and
agencies knew about or may have known about the DOJ posting these
fake and deceptive P.O. Box addresses for years. These defendants
were unwitting co-conspirators that were an essential part of the
mail fraud scheme, by means of false or fraudulent pretenses,
representations, to promises to supply, or furnish the American
Public with an investigation into Civil Rights and criminal
violations. These defendants were unwitting co-conspirators that
were an essential part of the mail fraud scheme to delay, deny and
eliminate Civil Rights and criminal complaints from the reaching
the DOJ. These defendants were unwitting co-conspirators that were
an essential part of the mail fraud scheme meant to eliminate civil
and criminal complaints so false statistics and information could
be provided to Congress, Senate and the American Public.

The many private and public civil rights organizations were
unwitting co-conspirators that were an essential part of the DOJ
mail fraud scheme meant to eliminate civil and criminal complaints
from reaching the DOJ.

**CAUSES OF ACTION**
With respect to each of the following claims, Defendants engaged in
conduct with malice and reckless or callous indifference to the
constitutional and statutory rights of the plaintiff or the
American Public.

With respect to each of the following claims, Defendants engaged in
conduct with malice and reckless or callous indifference to the
federal and state statues.

With respect to each of the following claims, Defendants engaged in
conduct with malice and reckless or callous indifference to
Obstruct Justice and deny, delay or eliminate criminal and Civil
Rights Complaints from reaching the DOJ.

With respect to each of the following claims, Defendants engaged in conduct with malice and reckless or callous indifference to deny and eliminate Civil Rights Complaints from reaching the DOJ, so that false and misleading information and statistics could be provided to Congress and the American people.

With respect to each of the following claims, DOJ, USPS, George W Bush, Alberto Gonzales, John Ashcroft, federal and state defendants engaged in conduct with malice and reckless or callous indifference to violate Title 18 U.S.C. §§ 1342 Mail Fraud, §§ 1341 Fraud and Swindles, §§ 1038(1)(b) False Information and Hoaxes, §§ 1961 RICO, §§ 1505 Obstruction of proceedings before departments, §§ 1512 tampering with a witness, victim, §§ 1513 retaliating against a witness, victim, or an informant. Defendants engaged in conduct with malice and reckless indifference to violate 42 U.S.C 1981, 1982, 1983 1985, 1986, 1987, 1997a, 2000(a,b,c,d,e,f,g,h) as well a multiple state and federal statues.

With respect to each of the following claims, Defendants George W Bush, Alberto Gonzales, John Ashcroft, DOJ employees and many federal defendants engaged in conduct with malice and reckless or callous indifference to violate mail fraud, fraud and swindle, false information and hoaxes, thereby violating Title 18 §§ 1961 RICO. The federal defendants conspired or collaborated to turn the DOJ and USPS into a criminal organization to violate the Civil Rights of the American Public, in violation Title 18 §§ 1961 RICO.

With respect to each of the following claims, the defendants State, County, City, and Federal department or agencies websites have been displaying fake and deceptive P.O. Box addresses for the many department of the DOJ. Defendants engaged in conduct with malice and reckless or callous indifference to the civil rights of the American Public. These private and public websites have been aiding and abetting the DOJ is their conspiracy to obstruct justice and deny the American people their civil rights. Also some of these defendants also distribute pamphlets to people with the fake and deceptive P.O. Box address for the DOJ.

With respect to each of the following claims, defendants private and public civil rights organizations websites have been displaying fake and deceptive P.O. Box addresses for the many department of the DOJ. Defendants engaged in carelessness and reckless or callous indifference to the civil rights of the American Public. These private and public websites have been aiding and abetting the DOJ in their conspiracy to obstruct justice and deny the American people their civil rights.

With respect to each of the following claims, Defendants engaged in conduct with malice and reckless or callous indifference to Title

28 U.S.C. §§ 2675. Under Title 28 U.S.C. §§ 2675 the claimant in a lawsuit must first presented the claim to the appropriate Federal agency and his claim shall have been finally denied by the agency in writing and sent by certified or registered mail. The DOJ conspiracy to post fake and deceptive P.O. Box addresses was motivated to protect the U.S. Government from lawsuits by denying the American public the ability to file a complaint. The DOJ, USPS, and the White House conspired to protect the U.S. Government from lawsuits from the American Public by denying, delaying and eliminating criminal and civil rights complaints from being filed and investigated by the DOJ. Like the plaintiff, many other American citizens sent complaints to the DOJ to comply with Title 28 U.S.C §§ 2675. Like the plaintiff, many other American citizens sent their complaints to the fake and deceptive P.O. Box addresses listed on the DOJ Civil Rights Complaint form or they got it from one of the many other defendants websites.

**FIRST CLAIM FOR RELIEF**
**MAIL FRAUD**
Violations of Title 18 §§ 1342 Mail Fraud

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution, the laws of the District of Columbia and the United States. This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, penalty, statutory, general, declaratory, injunctive relief against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, George W Bush, Alberto Gonzales, John Ashcroft, Scott Bloch, John E. Potter, the U.S. Postal Service and their employees and the multiple Federal, State, county, city departments and agencies for violations of Title 18 §§ 1342 Mail Fraud. This claim for relief brought pursuant to Title 18 §§ 1514 Civil Action to restrain harassment of a victim or witness, 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations & Title 18 U.S.C. §§ 246 Deprivation of relief benefits. Defendants were engaging in and

condoning a continuing pattern and practice of conspiracy to commit
Mail Fraud, Fraud and swindle, Obstruction of Justice to violate
the Civil Rights of the people of the United States. Plaintiffs in
this case subjected to the humiliation of a willful and malicious
conspiracy to delaying, denying and eliminating Civil Rights
Complaints from reaching the DOJ by post a fake and deceptive P.O.
Box on the DOJ Civil Rights Complaint Form to obstruct justice.
These fake and deceptive P.O. Boxes displayed on all the
defendants' website have obstructed many peoples rights to have
their criminal and civil allegations investigation against federal
and state employees and organizations by the DOJ. The conspiracy to
violate Title 18 U.S.C. §§ 1342 Mail Fraud, §§ 1341 Fraud and
Swindles, §§ 1038(1)(b) False Information and Hoaxes, §§ 1961 RICO,
§§ 1505 Obstruction of proceedings before departments, agencies,
and committees, §§ 1512 Relating to the tampering with a witness,
victim, or an informant and §§ 1513 relating to retaliating against
a witness, victim, or an informant to delay, deny and eliminate
Civil Rights complaints from reaching the DOJ. The conspiracy of
all the defendants to violate as well as §§ 1981, 1982, 1985, 1986,
1987, 2000(a,b,c,d,e,f,g,h), as well as many State and Federal
statues, plaintiff brings this case pursuant to 42 U.S.C. §§ 1983
Civil action for deprivation of rights & Title 18 U.S.C. §§ 241,
242, 245(b)1(b)(e) & 246. Plaintiffs seek Judicial Redress for
violations of their Civil Rights under 42 U.S.C. §§ 1983 due to a
conspiracy to commit mail fraud, fraud and swindle, obstruct
justice, and violate RICO and many other federal and state statues.
The DOJ employees, U.S. Postal Service employees, George W Bush,
Alberto Gonzales, John Ashcroft, Scott Bloch, John E. Potter, as
well as many Federal, State, City, county and private departments
and agencies and their employees have violated the American Public
Civil Rights by aiding and abetting the DOJ in delaying, denying,
and eliminating Civil Rights complaints from reaching the DOJ. The
Department of Justice has been displaying a fake P.O. Box on their

Civil Rights Complaint Form and in many spots on their web site for many years. Also, the many Federal, State, City, County, public and private department and agencies and their websites have been posting this same fake P.O. Boxes on their web sites for years. The DOJ, White House, the U.S. Postal Service as well as many federal, state, county, city, private and public Civil Rights Organizations called out as defendants, by means of false or fraudulent pretenses to delay, deny and eliminate the American People from filing Civil Rights complaints, with the posting of a fake P.O. Box address for the Department of Justice. Based on the information from U.S. Postal Employee Rodney Graden there are many departments within the Department of Justice that don't get their mail forwarded from any P.O. Boxes. Based on the information I received from my conversations with the DOJ and the USPS as well as the information I collected from the internet, it's easy to see the DOJ and USPS violations of Title 18 U.S.C. §§ 1342 Mail Fraud, §§ 1341 Fraud and Swindles, §§ 1038(1)(b) False Information and Hoaxes, §§ 1961 RICO, §§ 1505 Obstruction of proceedings before departments, agencies, and committees, §§ 1512 Relating to the tampering with a witness, victim, or an informant and §§ 1513 relating to retaliating against a witness, victim, or an informant. The Departments within the DOJ that have P.O. Boxes that are still being posted on the DOJ website as well as many of the defendants websites are the Coordination and Review, Department of Criminal Review, Department of Special Litigation. My conversation with the Rodney Graden the box clerk at the post office indicated that all DOJ P.O. Boxes had been closed and mail was to be return to the sender.

There are thousand of American Citizens that are victims of willful and malicious collusion and conspiracy to reduce the number of complaints, so the DOJ doesn't have to investigate Civil Rights Complaints, against the Police Departments, Sheriffs Department, Department of Corrections and many other State and Federal

Organizations. Defendants Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Ms. Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stoneman, Earl Sondars, Shanetta Y. Cutlar, Tammie Gregg, Mark Kappelhoff, Paul D. Clement, Glenn A. Fine know about and participated in the conspiracy and collusion to violate Title 18 U.S.C. §§ 1342 Mail Fraud, §§ 1341 Fraud and Swindles, §§ 1038(1)(b) False Information and Hoaxes, §§ 1961 RICO, §§ 1505 Obstruction of proceedings before departments, agencies, and committee, §§ 1512 Relating to the tampering with a witness, victim, or an informant and §§ 1513 relating to retaliating against a witness, victim, or an informant has been condoned and practiced for so long. The Department of Justice motivation and illegal pattern and malicious practice of mail fraud to deny, delay or eliminate civil right complaints from reaching the DOJ. The DOJ conspired with the United States Post office not to forward the mail destine for the DOJ and these P.O. Box addresses. The Postmaster General John E Potter, box clerk Rodney Graden and many other postal employees knowingly obstructed the mail destine for the DOJ by returning it to sender so the DOJ could delay, deny and eliminate civil rights complaints from reaching the many Departments within the DOJ. The Attorney General Alberto Gonzales, John Ashcroft, Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Ms. Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stoneman, Earl Sondars, Shanetta Y. Cutlar, Tammie Gregg, Mark Kappelhoff, Paul D. Clement, Glenn A. Fine and many others from the DOJ known about and participated in the conspiracy to display a fake and deceptive P.O. Box on the DOJ'S Civil Rights Complaint form for years. All these DOJ defendants knew that they were violating the American Publics right to have the civil rights complaints investigated by the DOJ. These U.S. Government employees from the DOJ, USPS and the White House have all known for years that the U.S. Postal service was not forwarding the DOJ mail, to the many agencies of the DOJ. The

Federal, State, City, County and private and private organizations as defendants knew, they where posting these fake and deceptive P.O. Boxes for the DOJ for years. Many of the State, City, County, public and private Organizations as defendants are willing co-conspirators or unwitting co-conspirators in the violations of state and federal statues. Luz Lopez-Ortiz from the DOJ Coordination and Review knew that she was giving out a fake P.O. Box address for the DOJ to organizations like the Federal Civil Rights Organization. Scott Cowen and Rachael Hormann from Tulane University knew that they are posting a fake P.O. Box address for the DOJ on the Universities Web site. The Department of Health and Human Services knew they had the fake and deceptive P.O. Box address on their web site for the DOJ Coordination and Review, but refused to do anything about it. Many of these defendants knew exactly what was happening with the fake P.O. Boxes, especially at the DOJ, U.S. Postal Service and I believe the White House. The DOJ had good motivation for these violations of the law, less work investigating Civil Rights violations and protecting of their employees, the U.S. Government from lawsuit. I sent letters to the Solicitor General, Attorney General, Inspector General about the fake and deceptive P.O. Box and they did nothing. I sent letters to the American Bar Association about the fake and deceptive P.O. Box address they were posting for the DOJ on the Internet. The ABA removed the Civil Rights section on their website, instead of updating the DOJ address to send in Civil Rights Complaints.

The claims of the representative plaintiffs are typical of the class as a whole who sent Civil Rights complaints to the Department of Justice fake P.O. Box Address to have their complaints investigated. The experiences of the plaintiffs at the hands of the defendants resulted from the defendants' policy and practice of Mail Fraud, Fraud and Swindle, False Information or Hoaxes and Conspiracy and Collusion to Obstruction Justice and violate many

state and federal laws, making their claims typical of those held by the class they seek to represented.

**SECOND CLAIM FOR RELIEF**
**Fraud and Swindles**
Violations of Title 18 §§ 1341 Fraud and Swindles

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution, the laws of the District of Columbia and the United States. This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, penalty, statutory, general, declaratory, injunctive relief against the U.S. Government, the Department of Justice("DOJ"), Employees at the DOJ, Alberto Gonzales, John Ashcroft, George W Bush, Scott Bloch, John E. Potter, the U.S. Postal Service and their employees and the multiple Federal, state, city, county departments and agencies for violations of Title 18 §§ 1341 Fraud and Swindles. This claim for relief brought pursuant to Title 18 §§ 1514 Civil Action to restrain harassment of a victim or witness, 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations & Title 18 U.S.C. §§ 246 Deprivation of relief benefits. Defendants were engaging in and condoning a continuing pattern and practice of conspiracy to commit Mail Fraud, Fraud and swindle, Obstruction of Justice to violate the Civil Rights of the people of the United States. The American Public are victims of collusion and conspiracy to Fraud and Swindles them out of their Civil Rights. The defendants devised a mail fraud scheme, by means of false or fraudulent pretenses, representations, to promises to supply, or furnish the American Public with an investigation into Civil Rights violations.

**THIRD CLAIM FOR RELIEF**

**False information and hoaxes**
Violations of Title 18 §§ 1038(1)(b). False information and hoaxes

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution, the laws of the District of Columbia and the United States. This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, penalty, statutory, general, declaratory, injunctive relief against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, the White House, the U.S. Postal Service and their employees and the multiple Federal, State, county, city department and agencies for violations of Title 18 §§ 1038(1)(b) False information and hoaxes organizations. This claim for relief brought pursuant to Title 18 §§ 1514 Civil Action to restrain harassment of a victim or witness, 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations & Title 18 U.S.C. §§ 246 Deprivation of relief benefits. Defendants were engaging in and condoning a continuing pattern and practice of conspiracy to commit Mail Fraud, Fraud and swindle, false information and hoaxes to Obstruction of Justice and the mail to violate the Civil Rights of the plaintiff and the people of the United States. Plaintiffs in this case subjected to the humiliation of willful and malicious conspiracy to false information and hoaxes. The DOJ employees, U.S. Postal Service employees, Alberto Gonzales, John Ashcroft, George W Bush, Scott Bloch, John E. Potter, as well as many Federal and State departments and agencies and their employees have conspired against the American people to knowingly and willfully obstructs or retards the passage of the mail with violations of 42 U.S.C. §§ 1038(1)(b) False information and hoaxes organizations.

The claims of the representative plaintiffs are typical of the class as a whole who sent Civil Rights complaints to the Department of Justice fake P.O. Box Address to have their complaints investigated. The experiences of the plaintiffs at the hands of the defendants resulted from the defendants' policy and practice of Mail Fraud, Fraud and Swindle, False information, P.O. Box hoax and Conspiracy and Collusion to Obstruction Justice and violate many state and federal statues, making their claims typical of those held by the class they seek to represent.

**FOURTH CLAIM FOR RELIEF**
**Obstruction of Mails Generally**
Violations of Title 18 §§ 1701. Obstruction of Mail generally

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution, the laws of the District of Columbia and the United States. This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, penalty, statutory, general, declaratory, injunctive relief against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, the White House, the U.S. Postal Service and their employees and the multiple Federal, State, County, City departments and agencies for violations of Title 18 §§ 1701 Obstruction of Mail Generally. This claim for relief brought pursuant to Title 18 §§ 1514 Civil Action to restrain harassment of a victim or witness, 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations & Title 18 U.S.C. §§ 246 Deprivation of relief benefits. Defendants were engaging in and condoning a continuing pattern and practice of conspiracy to commit Mail Fraud, Fraud and swindle, Obstruction of Justice to violate the Civil Rights of the people of the United

States. Plaintiffs in this case subjected to the humiliation of willful and malicious conspiracy to obstruct the mail from reaching the DOJ and Obstruct Justice by delaying, denying and eliminating Civil Rights complaints from reaching the DOJ. These fake and deceptive P.O. Boxes addresses displayed on all the defendants' website have obstructed many peoples Civil Rights to have their criminal and civil allegations investigation against federal and state employees, departments and agencies.

**FIFTH CLAIM FOR RELIEF**
**RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS (RICO)**
Violations of Title 18 §§ 1961 RICO.

(Against defendants President George W Bush, Alberto Gonzales, John Ashcroft, Paul D. Clement, Glenn A. Fine, Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Ms. Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stoneman, Earl Sondars, U.S. Postal, DOJ, and the United States Government in their individual and official capacities)

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants, acting under color of law and in concert with one another, have denied the plaintiff and the American Public their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution, the laws of the District of Columbia and the United States. The conspiracy of these defendants to violate Title 18 U.S.C. §§ 1342 Mail Fraud, 1341 Fraud and Swindles, 1038(1)(b) False information and hoaxes, 1701 Obstruction of Mail Generally, 1503 relating to obstruction of justice, §§ 1510 Relating to obstructing of criminal investigation, §§ 1512 Relating to the tampering with a witness, victim, or an informant, §§ 1513 relating to retaliating against a witness, victim, or an informant and thereby violating Title 18 §§ 1961 RICO. This claim for relief brought pursuant to Title 18 §§ 1514 Civil Action to restrain harassment of a victim or witness, 42

U.S.C. §§ 1983 Civil Action for Civil Rights violations & Title 18
U.S.C. §§ 246 Deprivation of relief benefits. This is a class
action lawsuit seeking declaratory, injunctive, and monetary relief
against U.S. Government, U.S. Postal Service, DOJ, President George
W Bush, Former Attorney General Alberto Gonzales, John Ashcroft,
Paul D. Clement, Glenn A. Fine, Scott Bloch, John E. Potter, Rodney
Graden have conspired to deceive and deny the American Public the
right to have their Civil Rights complaint's filed and investigated
by the DOJ, relief pursuant to Title 18 §§ 1514 Civil Action to
restrain harassment of a victim or witness, 42 U.S.C. §§ 1983 Civil
Action for Civil Rights violations & Title 18 U.S.C. §§ 246
Deprivation of relief benefits. George W Bush, Alberto Gonzales,
John Ashcroft, Paul D. Clement, Glenn A. Fine, Scott Bloch, John E.
Potter, were the main conspirators in these Mail Fraud violations
of the American Public Civil Rights. The White House (George W
Bush) had the perfect person in the Attorney General Alberto
Gonzales and John Ashcroft who was a willing conspirator in
violating the American Public Civil Rights. The White House needed
someone familiar with the DOJ to pull off violations of this type.
Alberto Gonzales and John Ashcroft demonstrated to President George
W Bush that they were willing to conspire against the American
Public Civil Rights. The plaintiffs believe that these defendants
conspired to organize the Executive and Judicial Branches of the
Government into an organized criminal element to deny the American
Public Civil Rights by committing Mail Fraud to defraud and swindle
the American public out of their civil rights. These defendants
devised a Mail Fraud scheme, was meant to intimidate, retaliate,
deny and eliminate Civil Rights complaints from the American
Public, against the Government, State and Federal Employees. The
Actions of the defendants has an unjustified disparate impact on
class members in violation of Federal and State Civil Rights laws.
President George Bush, Former Attorney General Alberto Gonzales,
John Ashcroft, Paul D. Clement, Glenn A. Fine, Merrily Freidlander,

Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas and all the DOJ defendants knew about the conspiracy to eliminate, deny, delay Civil Rights complaints from reaching the DOJ in violation of 18 U.S.C. §§ 1342, 1341, 1503, 1510, 1512, 1513, 1701, 1038(1)(b) thereby violating §§ 1961 RICO. President George W Bush, Alberto Gonzales, John Ashcroft and the DOJ employees knew that they had turned the DOJ and the USPS into an organized criminal element by conspiring to commit mail fraud, fraud and swindle, hoax and false information to obstruct justice and the mail with the intent to violate the American publics civil rights, thereby violating Title 18 §§ 1961 RICO.

**SIXTH CLAIM FOR RELIEF**
**Obstruction of proceedings before departments, agencies, and committees**
violations 18 U.S.C. §§ 1505 Obstruction of proceedings before departments, agencies, and committee

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

The conspiracy of the defendants to violate 18 U.S.C. §§ 1505 Obstruction of proceedings before departments, agencies, and committee seeking relief pursuant to Title 18 §§ 1514 Civil action to restrain harassment of a victim or witness. This claim for relief brought pursuant to Title 18 §§ 1514 Civil Action to restrain harassment of a victim or witness and pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations. The conspiracy of all the defendants to violate 18 U.S.C. §§ 1505 Obstruction of proceedings before departments, agencies, and committee as well as 18 U.S.C. §§ 1512 tampering with a witness, victim, or an informant and §§ 1513 retaliating against a witness, victim, or an informant. The U.S. Postal Service, Former Attorney General Alberto Gonzales, John Ashcroft, Scott Bloch, John E. Potter, the DOJ employees, George W Bush have conspired to Obstruct

proceedings before departments, agencies, and committees. The Attorney General Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas from the DOJ knew about and were involved daily in the conspiracy to reduce the number of complaints received at the DOJ. The Department of Justice, U.S. Postal Service, the White House, and other defendants knowingly employed methods that result in Mail Fraud, fraud and swindle, hoax and false information to Obstruct proceedings before departments, agencies, and committees. The Actions of the defendants has an unjustified disparate impact on class members in violation of Federal and State Civil Rights laws.

**SEVENTH CLAIM FOR RELIEF**
**Obstruction of Criminal Investigation**
Violations of Title 18 §§ 1510. Obstruction of Criminal Investigations

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution and the laws and statues of the District of Columbia and the United States. Plaintiffs in this case subjected to the humiliation of conspiracy to Obstruct Justice by the defendants to delay, deny and eliminate Criminal and Civil Rights complaints from reaching the DOJ. These fake and deceptive P.O. Boxes displayed on all the defendants' website have obstructed many criminal and civil investigation against state and federal employees, departments and agencies. The conspiracy between the DOJ, U.S. Postal Service, Former Attorney General Alberto Gonzales, John Ashcroft, the DOJ employees, George W Bush and current and former members of the White House legal team who have conspired to

violate 18 U.S.C. §§ 1510 Obstruction of Criminal investigations. This claim for relief brought pursuant to Title 18 §§ 1514 Civil Action to restrain harassment of a victim or witness and pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations. Also, the conspiracy of the defendants to violate 18 U.S.C. §§ 1512 Relating to the tampering with a witness, victim, or an informant and §§ 1513 relating to retaliating against a witness, victim, or an informant. The Federal, State, county, city and private web sites have been posting these same fake P.O. Boxes on their web sites for years. The many State, County, city, private and public Civil Rights Organizations called out as defendants, by means of false or fraudulent pretenses to delay, deny and eliminate the American People from filing Civil Rights complaints and to Obstruct criminal investigations. These plaintiff and the American public are victims of collusion and conspiracy so the DOJ doesn't have to file and investigate Civil Rights and Criminal complaints against the Police Departments, Sheriffs Department and the Department of Corrections. The Attorney General Alberto Gonzales, Paul Clement, Glenn Fine, Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas and many others from the DOJ have known that they are displaying a face P.O. Box on their Civil Rights Complaint form for years, to Obstruct criminal and civil rights investigations. The Actions of the defendants has an unjustified disparate impact on class members in violation of Federal and State Civil Rights laws.

**EIGHTH CLAIM FOR RELIEF**
**Tampering with a witness, victim, or an informant;**
violate 18 U.S.C. §§ 1512 Relating to the tampering with a witness, victim, or an informant

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants, acting under color of law and in concert with one
another, have denied plaintiffs their rights to full and equal
benefit of the laws and their right to be subject to equal rights
under the Constitution and the laws and statues of the District of
Columbia. Plaintiffs in this case subjected to the humiliation of
conspiracy to tamper with and retaliated against informants. These
fake and deceptive P.O. Boxes displayed on all the defendants'
website have tampered with and retaliate against an informant or
witness, the American public. The DOJ, U.S.P.S, Former Attorney
General Alberto Gonzales, John Ashcroft, Scott Bloch, John E.
Potter, the DOJ employees, George W Bush Conspiracy to violate 18
U.S.C. §§ 1512 Relating to the tampering with a witness, victim, or
an informant. This claim for relief brought pursuant to Title 18 §§
1514 Civil Action to restrain harassment of a victim or witness and
pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights
violations. Also this conspiracy included §§ 1513 relating to
retaliating against a witness, victim, or an informant and §§ 1510
obstructing criminal investigations. This claim brought pursuant to
Title 18 §§ 1514 civil action to restrain harassment of a victim or
witness and pursuant to 42 U.S.C. §§ 1983 and 1988 & Title 18
U.S.C. §§ 241, 242, 245(b)1(b)(e) & 246. The many federal, state,
county, city, private and public departments and agencies called
out as defendants, by means of false or fraudulent pretenses to
tamper and retaliate against informants or witness. The plaintiff
and the American public are victims of collusion and conspiracy so
the DOJ doesn't have to investigate Civil Rights and criminal
complaints against the Police Departments, Sheriffs Department and
the Department of Corrections. The Postmaster General John E.
Potter, Rodney Graden and many other postal employees knowingly
conspired to return documents from the American Public that was
destine for many Departments within the DOJ. The Attorney General
Alberto Gonzales, Paul Clement, Glenn Fine, Merrily Freidlander,
Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin,

Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas and many others from the DOJ have known that they were displaying a fake P.O. Box on their Civil Rights Complaint form for years, to tamper with and retaliate against an informant. The DOJ still has many places on their website showing the fake P.O. Box addresses. Also, the defendants' actions were motivated by or to protect the Government from lawsuits and to provide false information and statistics to congress and the American People on how many complaints were sent to the DOJ. The U.S.P.S., DOJ, Former Attorney General Alberto Gonzales, Scott Bloch, John E. Potter, the defendants from the DOJ, George W Bush conspired to tamper with and retaliate against an informant or witness. The Department of Justice, U.S. Postal Service, the White House, and other defendants knowingly employed methods that result in Mail Fraud, fraud and swindle and obstruction of justice, to tamper with and retaliate against an informant. The Actions of the defendants has an unjustified disparate impact on class members in violation of Federal and State Civil Rights laws.

**NINTH CLAIM FOR RELIEF**
**Retaliation against a witness victim or an informant;**
**Violations of** Title 18 §§ 1513(1)(2)(c ) Retaliation against a witness victim or an informant

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution and the laws and statues of the District of Columbia. Plaintiffs in this case subjected to the humiliation of conspiracy to tamper with and retaliate against witness, victim or informants. These fake and deceptive P.O. Boxes displayed on all the defendants' website have tampered with and retaliate against witness, victim or informant. The DOJ, U.S.P.S, Former Attorney

General Alberto Gonzales, John Ashcroft, Scott Bloch, John E.
Potter, the DOJ employees, George W Bush and current and former
members of the White House legal team have conspired to violate 18
U.S.C. §§ 1512 Relating to Retaliation against a witness victim or
an informant. This claim for relief brought pursuant to Title 18 §§
1514 Civil Action to restrain harassment of a victim or witness and
pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights
violations. Also this conspiracy included §§ 1513 relating to
retaliating against a witness, victim, or an informant and §§ 1510
obstructing criminal investigations. This claim brought pursuant to
Title 18 §§ 1514 civil action to restrain harassment of a victim or
witness and pursuant to 42 U.S.C. §§ 1983 & Title 18 U.S.C. §§ 241,
242, 245(b)1(b)(e) & 246. The many federal, state, county, city,
private and public Civil Rights Organizations called out as
defendants, by means of false or fraudulent pretenses to tamper
with and retaliate against informants. The Postmaster General,
Rodney Graden and many other postal employees knowingly conspired
to return documents from the American Public that was destine for
many Departments within the DOJ. The Attorney General Alberto
Gonzales, Glenn Fine, Paul Clement, Merrily Freidlander, Elizabeth
Keenan, Rita Craig, Patrick Washington, Tristan Martin, Earl
Sondars, Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas
and many others from the DOJ knew that the DOJ was displaying a
fake and deceptive P.O. Box address on their Civil Rights Complaint
form for years, to tamper with and retaliate against an informant
or witness. Also, the defendants actions were motivated by or to
protect the Government from lawsuits and to provide false
information and statistics to congress and the American People on
how many complaints were sent to the DOJ. The Actions of the
defendants has an unjustified disparate impact on class members in
violation of Federal and State Civil Rights laws.

**TENTH CLAIM FOR RELIEF**

**Destruction, alteration, or falsification of records in Federal investigations;**
Violations of Title 18 §§ 1519 Destruction, alteration, or falsification of records

The DOJ conspiracy to post fake and deceptive P.O. Box addresses was motivated to protect the U.S. Government from lawsuits and to obstruct justice by altering, falsifying, delaying, denying or eliminating records or complaints from being filed and investigated by the DOJ, in violation of Title 18 §§ 1519 Destruction, alteration, or falsification of records. This claim for relief brought pursuant to Title 18 §§ 1514 Civil Action to restrain harassment of a victim or witness, 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations & Title 18 U.S.C. §§ 246 Deprivation of relief benefits. The DOJ, USPS, Alberto Gonzales and John Ashcroft conspired to protect the U.S. Government from lawsuits from the American Public by denying, delaying and eliminating criminal and civil rights complaints from being filed and investigated by the DOJ. The DOJ fake and deceptive P.O. Box address had the effect of altering and falsifying the record because many people complaints were returned to them after they sent the complaint to the fake P.O. Box addresses. The DOJ, USPS, Alberto Gonzales and John Ashcroft, Scott Bloch, John E. Potter conspired to abridge the privileges or immunities of the citizens of the United States and protect the Government from lawsuits. The DOJ and USPS conspired to deprive the American Public of life, liberty, or property, without due process of law. The DOJ, USPS, George W Bush, Alberto Gonzales, John Ashcroft, John J. Bloch and John Potter conspired to deny the American Public equal protection of the laws and the right to seek relief. Plaintiffs in this case subjected to the humiliation of willful and malicious conspiracy and misbehavior so near thereto as to obstruct the administration of justice and contempt of justice.

The Department of Justice, U.S. Postal Service, federal, state, city, county departments and agencies knowingly discriminated and

conspired to deny, delay, eliminate, destroy, alter and falsify the
rights of the American Public to file a criminal or civil
complaint. The Department of Justice, U.S. Postal Service,
knowingly discriminated and conspired to deny citizen access to
appropriate dispute-resolution forums. The Department of Justice,
U.S. Postal Service, knowingly discriminated and conspired to deny
programs of proven effectiveness, programs having a record of
proven success, or programs which offer a high probability of
improving the functioning of the criminal justice system. The
Department of Justice, U.S. Postal Service, President George W
Bush, Alberto Gonzales, John Ashcroft and federal employees,
knowingly discriminated and conspired to deny and weaken the
criminal justice system and related aspects of the civil justice
system and to falsify the results of such efforts to Federal,
State, County and local governments, to evaluate the effectiveness
of programs funded under the federal government. The defendants
conspired to deny and delay new or improved approaches and
techniques, to improve and strengthen the administration of
justice, and to identify programs or projects carried out under
this chapter which have demonstrated success in improving the
quality of justice systems and which offer the likelihood of
success if continued or repeated. The Department of Justice, U.S.
Postal Service, President George W Bush, Alberto Gonzales, John
Ashcroft, Scott Bloch, John Potter and many federal employees
knowingly discriminated and conspired to provide false or
misleading information on how many complaints where filed with the
DOJ to the legislative branch of the government, as well as State
and local justice systems.
President George W Bush, Alberto Gonzales and John Ashcroft and
employees at the DOJ conspired to falsify information on the
conditions and progress of the criminal justice systems. Alberto
Gonzales and John Ashcroft and the DOJ employees have conspired to
falsify information to the legislative branches (House and Senate)

of the Federal and State governments in matters relating to criminal and civil justice. Alberto Gonzales and John Ashcroft and employees at the DOJ conspired to falsify information to the Congress, the judiciary, State and local governments, and the general public relating to criminal and civil justice. Alberto Gonzales and John Ashcroft and employees at the DOJ conspired to falsify information to the public, State and local governments, relating to criminal justice.

The claims of the plaintiff and the American public are typical of the class as a whole who suffered obstructing the administration of justice. The experiences of the plaintiffs at the hands of the defendants resulted from the defendants' policy and practice of obstructing the administration of justice, making their claims typical of those held by the class they seek to represent.

**ELEVENTH CLAIM FOR RELIEF**
**PERJURY**

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution, the laws of the District of Columbia and the United States. This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, statutory, general, declaratory, injunctive and penalty against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice for engaging in and condoning a continuing pattern and practice of refusing or neglecting to prevent such deprivations as perjury from the employees at the DOJ. This claim for relief brought pursuant to Title 18 §§ 1514 Civil Action to restrain harassment of a victim or witness, 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations & Title 18 U.S.C. §§ 246 Deprivation of relief benefits. Plaintiffs in this case subjected to the humiliation of willful and malicious

conspiracy of perjury. Based on the information I received from my conversations with the DOJ and the information I collected from the Internet it's easy to see the DOJ conspiracy to commit perjury. The Attorney General Alberto Gonzales, the Inspector General, Solicitor General, Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas and many others from the DOJ have known that they have been committing perjury when people call up to complain about the fake and deceptive P.O. Box addresses. Directors from all DOJ Departments and John and Jane Doe phone clerks for all DOJ Departments knew that they where committing perjury for years. The Washington D.C. Postmaster General John Potter, Rodney Graden and many other postal employees knowingly conspired to perjure themselves by return documents from the American Public that were destine for many Departments within the DOJ. Tristan Martin knew he was commit perjury when he told the plaintiff that the DOJ web site would be updated soon. Earl Sondars knew he was commit perjury when he told the plaintiff that the DOJ web site would be updated soon. Luz Lopez-Ortiz from the DOJ Coordination and Review knew that she was perjuring herself by giving out a fake P.O. Box for the DOJ to Civil Rights Organizations like to the Federal Civil Rights Organization. Scott Cowen and Rachael Hormann from Tulane University knew that they were perjuring themselves and the University by posting a fake P.O. Box address for the DOJ on the Universities Web site. The Department of Health and Human Services knew about the fake and deceptive P.O. Box address on their web site for the DOJ Coordination and Review, but refused to do anything about it. Directors from all DOJ Departments and John and Jane Doe phone clerks for all DOJ Departments knew that people where sending documents into P.O. Boxes that had not been used for years and refused to do anything about it.

**TWELTH CLAIM FOR RELIEF**

**SUBORNATION OF PERJURY**

This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, statutory, general, declaratory, injunctive and penalty against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, the U.S. Postal Service and its employees, for engaging in and condoning a continuing pattern and practice of for refusing or neglecting to prevent subornation of perjury as experienced by the plaintiff and the American Public. Plaintiffs in this case subjected to the humiliation of willful and malicious conspiracy of subornation of perjury. Based on the information I received from my conversations with the DOJ and the information I collected from the Internet, it's easy to see the DOJ conspiracy to commit subornation of perjury. The Attorney General Alberto Gonzales, the Inspector General, Solicitor General, Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas and many others from the DOJ have known that they have been committing perjury and subordination of perjury, by telling people the DOJ website would be updated soon. Directors from all DOJ Departments and John and Jane Doe phone clerks for all DOJ Departments knew that they were committing subornation of perjury for years when they told people that the website would be updated soon. Tristan Martin knew he was commit perjury when he told the plaintiff that the DOJ web site would be updated soon. Earl Sondars knew he was commit perjury when he told the plaintiff that the DOJ web site would be updated soon. Luz Lopez-Ortiz from the DOJ Coordination and Review knew that she was perjuring herself by giving out a fake P.O. Box for the DOJ to Civil Rights Organizations like to the Federal Civil Rights Organization. The Department of Health and Human Services knew about the fake and deceptive P.O. Box address on their web site for the DOJ Coordination and Review, but refused

to do anything about it. Directors from all DOJ Departments and John and Jane Doe phone clerks for all DOJ Departments knew that the American people were sending Civil Rights documents into P.O. Boxes that had not been used for years. The Washington D.C. Postmaster General John Potter, Rodney Graden and many other postal employees knowingly conspired to subornation of perjury by return documents from the American Public that were destine for many Departments within the DOJ.

**THIRTEENTH CLAIM FOR RELIEF**
**Obstruction**

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution, the laws of the District of Columbia and the United States. This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, statutory, general, declaratory, injunctive and penalty against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, the White House and it's counsel, the U.S. Postal Service and its employees, and multiple Federal, State, county, city departments and agencies for engaging in obstruction of the mail and the American publics civil rights. Defendants condoning a continuing pattern and practice of refusing or neglecting to prevent such deprivations as obstruction experienced by the plaintiffs and the American Public. The Department of Justice has been displaying a fake P.O. Box on their Civil Rights Complaint Form to obstruct complaints from being filed and investigated. The DOJ, White House, the U.S. Postal Service and the many federal, private and public Civil Rights Organizations called out as defendants, by means of false or fraudulent pretenses to obstruct the mail to the DOJ. This claim for relief brought pursuant to Title 18 §§ 1514 Civil Action to restrain harassment of a victim or witness, 42 U.S.C. §§ 1983

Civil Action for Civil Rights violations & Title 18 U.S.C. §§ 246 Deprivation of relief benefits.

There are thousands of American Citizens that are victims of willful and malicious collusion and conspiracy to commit obstruction of the mail and the American Public Civil Rights. The Department of Justice motivation and illegal pattern and practice of malicious misbehavior so near thereto as to obstruct the administration of justice has been condoned and practiced for so long. The Postmaster General John Potter and Rodney Graden knew that their misbehavior was so near thereto as to commit obstruction against the American Public. The Attorney General Alberto Gonzales, the Inspector General, Solicitor General, Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas and many others from the DOJ have known that they where committing obstruction of the mail and the American public civil rights. Directors from all DOJ Departments and John and Jane Doe phone clerks for all DOJ Departments knew they where committing obstruction of complaints for years. Luz Lopez-Ortiz from the DOJ Coordination and Review knew that she was committing Obstruction of the mail and peoples civil rights by giving out a fake P.O. Box for the DOJ to Civil Rights Organizations like to the Federal Civil Rights Organization. Scott Cowen and Rachael Hormann from Tulane University knew that they were committing obstruction of the mail and people civil rights by displaying the fake P.O. Box address for the DOJ in many places on the universities website. The DOJ had good motivation for their obstruction of justice, less work investigating Civil Rights violations and protecting of their employees and the U.S. Government from lawsuit. This claim for relief brought pursuant to Title 18 §§ 1514 Civil Action to restrain harassment of a victim or witness, 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations & Title 18 U.S.C. §§ 246

Deprivation of relief benefits. Attorney General Alberto Gonzales, and other DOJ defendants were the main conspirators to Obstruction of complaints being filed with the DOJ many departments. The experiences of the plaintiffs at the hands of the defendants resulted from the defendants' policy and practice of obstruction, making their claims typical of those held by the class they seek to represent.

**FOURTEENTH CLAIM FOR RELIEF**
**Obstruction of Justice**

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution, the laws of the District of Columbia and the United States. This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, statutory, general, declaratory, injunctive and penalty against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, the U.S. Postal Service and its employees, and multiple Federal, State, County and city departments and agencies for engaging in and condoning a continuing pattern and practice of obstruction of justice experienced by the plaintiff and the American Public. Plaintiffs in this case subjected to the humiliation of willful and malicious conspiracy of to obstruct justice. These fake and deceptive P.O. Boxes displayed on all the defendants' website have obstructed many peoples Civil Rights to have their criminal and civil allegations investigation against federal and state employees and organizations. Plaintiffs seek Judicial Redress for obstruction of justice. The employees at the DOJ were willing conspirators and co-conspirator in the obstruction of justice against the American public Civil Rights, which meant less work for them investigating complaints which made their bosses, George W Bush, John Ashcroft and Alberto Gonzales, very happy. The DOJ had many employees that

where willing to perjure themselves to commit Obstruction of Justice. These defendants knew that they where not going to update their fake and deceptive P.O. Box addresses on their web site, committing Obstruction of Justice. I believe the DOJ has been committing obstructing of justice by lying to people when they called up and complain about getting their documents returned in the mail. Tristan Martin knew he was commit perjury when he told the plaintiff that the DOJ web site would be updated soon. Earl Sondars knew he was commit perjury when he told the plaintiff that the DOJ web site would be updated soon. These conspirators and co-conspirators demonstrated to President George W Bush that they where willing to conspire to obstruction of justice against the American Public Civil Rights. The experiences of the plaintiffs at the hands of the defendants resulted from the defendants' policy and practice of obstruction of justice, making their claims typical of those held by the class they seek to represent. This claim for relief brought pursuant to Title 18 §§ 1514 Civil Action to restrain harassment of a victim or witness, 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations & Title 18 U.S.C. §§ 246 Deprivation of relief benefits.

**FIFTEENTH CLAIM FOR RELIEF**
**Redress of Grievances.**
United States Constitution First Amendment Redness of Grievances.

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution and the laws of the District of Columbia. This is a class action lawsuit seeking declaratory, injunctive, and monetary relief against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, The U.S.

Postal Service, President Bush and the co-conspirators within the multiple Federal, State, City, County department and agencies for engaging in and condoning a continuing pattern and practice denying the American Public their Rights to Redness of Grievances by filing and having an investigation of their complaint. Plaintiffs seek Judicial Redress of Grievances for violations of their Civil Rights due to mail fraud, obstruction of Justice and many other constitutional and state violations of the law. The Attorney General Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas from the DOJ knew about and were involved daily in the conspiracy to reduce the number of complaints received at the DOJ. Denying, delaying and eliminating complaints from being filed and investigated, thereby violating the American public right to seek First Amendment under Redness of Grievances. The American people have the right to petition the government for a redress of grievances with civil rights complaints to the DOJ, who has been posting a fake and deceptive P.O. Box address on their web site for years. This claim for relief brought pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations and the U.S. Constitution.

**SIXTEENTH CLAIM FOR RELIEF**
**Freedom of Speech.**
United States Constitution First Amendment Freedom of Speech.

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants the U.S. Government, the Department of Justice ("DOJ"), Employees at the Department of Justice, The U.S. Postal Service, President Bush and the co-conspirators within the multiple Federal, State and private organizations for engaging in and condoning a continuing pattern and practice of mail fraud and obstruction of

Justice to silence the people of the United States in violation of
the First Amendment Freedom of Speech. Plaintiffs seek Judicial
Redress of Grievances for violations of their Civil Rights due to
Freedom of Speech. The American People have the right to speak out
against civil rights violations and other violations of the law to
the DOJ, but they where displaying a fake and deceptive P.O. Box
address on their civil rights complaint form for years. Plaintiffs
seek Judicial Redress of Grievances against many Federal, State,
County, City department and agencies called out as defendants, by
means of false or fraudulent pretenses to discrimination against
the American Public Civil Rights. Defendants U.S. Government, the
Department of Justice, Employees at the Department of Justice and
the USPS have been engaging in and condoning a continuing pattern
and practice of refusing or neglecting to prevent such deprivations
as mail fraud, fraud and hoax, perjury, subordination of perjury,
obstruction, obstruction of justice, RICO and violations of many
state and federal statues. This claim brought pursuant to 42 U.S.C.
§§ 1983 and 1988. Plaintiffs in this case subjected to the
humiliation of willful and malicious conspiracy of deprivation of
the American publics Civil Rights. Based on the information I
received from my conversations with the DOJ and the information I
collected from the Internet it's easy to see the DOJ conspiracy to
deprivation of the American publics Civil Rights and their First
Amendment Right to Freedom of Speech.
The Department of Justice, U.S. Postal Service, and their employees
knowingly discriminated against the American public in federally
funded programs. The Actions of the defendants has an unjustified
disparate impact on class members in violation of Federal and State
Civil Rights laws. The claims of the representative plaintiffs are
typical of the class as a whole who sent Civil Rights complaints to
the Department of Justice fake P.O. Box Address to have their
complaints investigated. Denying, delaying and eliminating
complaints from being filed, thereby violating the American public

right to under the First Amendment, Freedom of Speech. The American people have the right to petition the government for a redress of grievances with civil rights complaints to the DOJ, but the DOJ has choose to violate the American Public right to Freedom of Speech by posting a fake and deceptive P.O. Box address on their civil rights complaint form.

**SEVENTEENTH CLAIM FOR RELIEF**
**Fifth Amendment to United States Constitution**

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution and the laws of the District of Columbia. This is a class action lawsuit seeking declaratory, injunctive, and monetary relief against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, The U.S. Postal Service, President George W Bush and the co-conspirators within the multiple Federal, State and private organizations for engaging in and condoning a continuing pattern and practice of mail fraud and obstruction of Justice. Plaintiffs seek Judicial Redress of Grievances for violations of their Civil Rights due to mail fraud, obstruction of Justice and many other constitutional and state violations of the law. Plaintiffs seek Judicial Redress of Grievances against many Federal, State, County, city, private and public Civil Rights Organizations called out as defendants, by means of false or fraudulent pretenses to discrimination against the American Public Civil Rights.
The defendants sought to violate the American Public Fourth Amendment rights of the people to be secure in their persons, papers, and effects, to file a complaint with the DOJ for civil rights and criminal violations of the law. The defendants sought to

protect the Police, sheriffs, U.S. Government and other Government
agencies from liability under the law. The American Public sent
Civil Rights complaints to the DOJ in hopes that their claims of
discrimination and retaliation would be investigated by the DOJ.
Defendants intentionally indifference to Equal Protection of the
American Public, and motivated by discriminating and retaliation
against people that want to file a civil rights complaint with the
DOJ, deprived them the equal protection of the laws, in violation
of his rights under First, Fifth, Eighth, Ninth and Fourteenth
Amendment to the United States Constitution and 42 U.S.C. § 1983.

**EIGHTEENTH CLAIM FOR RELIEF**
**Eight Amendments to United States Constitution**

Defendants knew they had a legal obligation to protect the American
public from Civil Rights violations and state and federal laws, and
knew that their actions, conspiracy and omissions created a
substantial risk of deliberate indifference to the publics Civil
Rights. The conspiracy of the defendants to inflict cruel and
unusual punishment by conspiring to delay, deny and eliminate civil
rights complaints from reaching the DOJ. The Attorney General
Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily
Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington,
Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy,
Christine Stonemanas from the DOJ knew about and were involved
daily in the conspiracy to reduce the number of complaints received
at the DOJ. Defendants failed to protect the American Public from
violations of their Civil Rights under the Eighth, Ninth and
Fourteenth Amendments to the United States Constitution, and 42
U.S.C. § 1983.

**NINETEENTH CLAIM FOR RELIEF**
**NINTH Amendment to United States Constitution**

Defendants knew they had a legal obligation to protect he American public from Civil Rights violations under state and federal laws, and knew that their actions, conspiracy and omissions created a substantial risk of deliberate indifference to the publics Civil Rights. The conspiracy of the defendants to deny the American people their civil rights by posting a fake and deceptive P.O. Box address for the DOJ on the complaint form. The Attorney General Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas from the DOJ knew about and were involved daily in the conspiracy to reduce the number of complaints received at the DOJ. Defendants failed to protect the American Public from violations of their Civil Rights under the Eighth, Ninth and Fourteenth Amendments to the United States Constitution, and 42 U.S.C. § 1983.

**TWENTY CLAIM FOR RELIEF**
**Fourteenth Amendment to United States Constitution**

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

The DOJ, USPS, George W Bush, Alberto Gonzales, John Ashcroft and many other federal employees conspired to abridge the privileges or immunities of the citizens of the United States. The Attorney General Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas from the DOJ knew about and were involved daily in the conspiracy to reduce the number of complaints received at the DOJ. The DOJ and the USPS conspired to deprive the American Public of life, liberty, or property, without due process of law. The DOJ, USPS, and their employees conspired to deny the American Public equal protection of the laws to file and have the

allegations investigated by the DOJ. Plaintiffs seek Judicial Redress of Grievances for violations of their Civil Rights due to mail fraud, obstruction of Justice and many other constitutional and state violations of the law. Plaintiffs seek Judicial Redress of Grievances against many Federal, State, County, City department and agencies called out as defendants, by means of false or fraudulent pretenses to discrimination against and deny the American Public Civil Rights. Defendants failed to protect the American Public from violations of their Civil Rights under the Fourteenth Amendments to the United States Constitution, and 42 U.S.C. § 1983.

**TWENTY-FIRST CLAIM FOR RELIEF**
**Equal Rights under the law**
Equal Protection - Discrimination.

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

In applying the defendants conspiracy and policies of posting a fake and deceptive P.O. Box address on their Civil Rights Form to deny, delay and eliminate Civil Rights Complaints from reaching the DOJ. I know many people had their complaints returned to them when they mailed them to the fake and deceptive P.O. Box, thereby discriminating against the American Public. The American Public sent Civil Rights complaints to the DOJ in hopes that their claims of discrimination would be filed and investigated by the DOJ. Defendants intentionally indifference to Equal Protection of the American Public, and motivated by discriminating and retaliation against people that want to file a civil rights complaint with the DOJ, deprived them the equal protection of the laws, in violation of his rights under Fourteenth Amendment to the United States Constitution and 42 U.S.C. § 1983. The DOJ, USPS, Alberto Gonzales, John Ashcroft and their employees conspired to abridge the privileges or immunities of the citizens of the United States. The

Attorney General Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas from the DOJ knew about and were involved daily in the conspiracy to reduce the number of complaints received at the DOJ. The defendants conspired to deprive the American Public of life, liberty, or property, without due process of law. The defendants conspired to deny the American Public equal protection of the laws and of their civil rights.

**TWENTY-SECOND CLAIM FOR RELIEF**
**Equal Rights under the law**
Violation of the 42 U.S.C. §§ 1981 Equal Rights Under the law.

In applying the defendants conspiracy and policies of posting a fake and deceptive P.O. Box address on their Civil Rights Form to deny, delay and eliminate Civil Rights Complaints from reaching the DOJ. I know many people had their complaints returned to them when they mailed them to the fake and deceptive P.O. Box, thereby denying the American public equal rights under the law. The American Public sent Civil Rights complaints to the DOJ in hopes that their claims of discrimination would be investigated by the DOJ. Defendants intentionally indifference to the American publics equal rights under the law, deprived them the equal rights under the law, in violation of his rights under First, Fourth, Eighth, Fourteenth Amendment to the United States Constitution and 42 U.S.C. § 1983. The DOJ, USPS, George W Bush, Alberto Gonzales, John Ashcroft, John Potter, Scott Bloch, Glenn Fine, Paul Clement and many other federal employees conspired to abridge the privileges or immunities of the citizens of the United States. The DOJ, USPS, George W Bush, Alberto Gonzales, John Ashcroft, John Potter, Scott Bloch, Glenn Fine, Paul Clement conspired to deprive the American Public of life, liberty, or property, without due process of law. The DOJ and the USPS conspired to deny the American Public equal

protection of the laws.

**TWENTY-THIRD CLAIM FOR RELIEF**
**Conspiracy to Interfere with Civil Rights**
Violation of the 42 U.S.C. §§ 1985(2) Conspiracy to Violate Civil
Rights. Obstructing justice; intimidating party, witness.

Plaintiffs incorporate by reference and re-allege paragraphs of
this Complaint.

Plaintiffs in this case subjected to the humiliation of willful and
malicious conspiracy to Obstruct Justice by delaying, denying and
eliminating Civil Rights complaints from reaching the DOJ. These
fake and deceptive P.O. Boxes displayed on all the defendants'
website have obstructed many peoples Civil Rights to have their
criminal and civil allegations investigation against federal and
state employees and organizations. The conspiracy the defendants to
violate Title 18 U.S.C. sec. 1342 Mail Fraud, 1341 Fraud and
Swindles, 1038(1)(b). False Information and Hoaxes, 1961 RICO, 1505
Obstruction of proceedings before departments, agencies, and
committee, 1512 Relating to the tampering with a witness, victim,
or an informant and §§ 1513 relating to retaliating against a
witness, victim, or an informant to delay, deny and eliminate Civil
Rights complaints from reaching the DOJ. The conspiracy of all the
defendants to violate 42 U.S.C. 1981, 1982, 1983, 1985, 1986, 1987
1988, 2000(a,b,c,d,e,f,g,h) as well as many state and Federal
statues. Plaintiffs seek Judicial Redress for violations of their
Civil Rights under 42 U.S.C. §§ 1983, 1985 due to a conspiracy to
commit Mail Fraud, fraud and swindle, hoax or false information,
Obstruct Justice, and violate RICO and many other federal and state
laws. Based on the information I received from my conversations
with the DOJ and the information I collected from the Internet it's
easy to see the DOJ conspiracy to commit Mail Fraud, Obstruct
Justice and intimidate & intimidate against a witness or informant.
Defendants' intentional indifference to the American publics equal
rights under the law, deprived them the equal rights under the law,

in violation of his rights under First, Fourth, Eighth, Fourteenth Amendment to the United States Constitution and 42 U.S.C. § 1983. This claim for relief brought pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations and the U.S. Constitution.

**TWENTY-FOURTH CLAIM FOR RELIEF**
**Conspiracy to Interfere with Civil Rights**
Violation of the 42 U.S.C. §§ 1985(3) Conspiracy to Violate Civil Rights. Depriving persons of rights or privileges

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right and privileges to be subject to equal rights under the Constitution, the laws of the District of Columbia and the United States. This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, statutory, general, declaratory, injunctive and penalty against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, George W Bush, Alberto Gonzales, John Ashcroft, the U.S. Postal Service and its employees, and multiple Federal, State and private organizations for Violation of the 42 U.S.C. §§ 1985(3) Conspiracy to Violate Civil Rights pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights. Plaintiffs in this case subjected to the humiliation of willful and malicious conspiracy to Obstruct Justice by delaying, denying and eliminating Civil Rights complaints from reaching the DOJ. The conspiracy of all the defendants to violate 42 U.S.C. §§ 1981, 1982, 1985, 1986, 1987 1988, 2000(a,b,c,d,e,f,g,h) as well as many state and Federal statues. The Attorney General Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas from the DOJ knew about and were involved daily in the conspiracy to reduce the number of complaints received at the DOJ. Many Federal, State, County, public and private departments websites have been posting

this same fake P.O. Boxes on their websites for years. Defendants
intentionally indifference to the American publics equal rights
under the law, deprived them the equal rights under the law, in
violation of his rights under First, Fourth, Eighth, Fourteenth
Amendment to the United States Constitution and 42 U.S.C. § 1983.
There are thousands of American Citizens that are victims of
willful and malicious collusion and conspiracy to reduce the number
of complaints, so the DOJ doesn't have to investigate Civil Rights
Complaints, against the Police Departments, Sheriffs Department,
Department of Corrections and many other State and Federal
Organizations. The Department of Justice motivation and illegal
pattern and practice of malicious Mail Fraud and Obstruction of
Justice has been condoned and practiced for so long. The most of
the Federal Organization knew and some of the state and private
Civil Rights organizations as defendants knew they where posting
these fake and deceptive P.O. Boxes for the DOJ for years. The
American public should not suffer the indignities of having their
Civil Rights complaints to the DOJ returned in the mail in a
conspiracy to delay, deny and eliminate complaints from reaching
the DOJ. Civil Rights Complaints should be filed with the DOJ
within 180 days of the occurrence. These defendants devised a Mail
Fraud scheme, by means of false or fraudulent pretenses,
representations, to promises to supply, or furnish the American
Public with an investigation into Civil Rights violations. The
Actions of the defendants has an unjustified disparate impact on
class members in violation of Federal and State Civil Rights laws.
The claims of the representative plaintiffs are typical of the
class as a whole who sent Civil Rights complaints to the Department
of Justice fake P.O. Box Address to have their complaints
investigated.

**TWENTY-FIFTH CLAIM FOR RELIEF**
**Action for Neglect to Prevent**
Violation of the 42 U.S.C. 1986 Action for Neglect to Prevent

Plaintiffs incorporate by reference and re-allege paragraphs of
this Complaint.

Defendants, acting under color of law and in concert with one
another, have denied plaintiffs their rights to full and equal
benefit of the laws and their right to be subject to equal rights
under the Constitution, the laws of the District of Columbia and
the United States. This is a class action lawsuit seeking damages,
compensatory, exemplary, punitive, statutory, general, declaratory,
injunctive and penalty against the U.S. Government, the Department
of Justice("DOJ"), Employees at the Department of Justice, George W
Bush, Alberto Gonzales, John Ashcroft, the U.S. Postal Service and
its employees, and multiple Federal, State, county, city department
and agencies for Violation of the 42 U.S.C. 1986 Action for Neglect
to Prevent. This claim for relief brought pursuant to 42 U.S.C. §§
1983 Civil Action for Civil Rights violations. The Attorney General
Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily
Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington,
Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy,
Christine Stonemanas from the DOJ knew about and were involved
daily in the conspiracy to reduce the number of complaints received
at the DOJ. The DOJ, U.S. Postal Service, the President George W
Bush and his advisors and legal aids and other Federal, State,
County, City departments and Organizations had knowledge of the
conspiracy to violate plaintiffs' civil rights and of the
violations committed, and had power to prevent these wrongs, but
neglected or refused to do so. President George W Bush knew or
should have known that violations of the law were being done.
Defendants' acts were done in knowing violation of plaintiff's
legal and Constitutional Rights, and have directly and proximately
caused plaintiffs humiliation, mental pain and suffering.
Defendants DOJ, U.S. Postal Service, George W Bush and advisors or
legal teams had power to prevent or aid in preventing the

commission of said wrongs, could have done so by reasonable diligence, and knowingly, recklessly, or with gross negligence failed or refused to do so. The Executive Branch (president) and Judicial Branches (DOJ) of the government may not be representing the whole truth to the Legislative Branch of the Government (the House and Senate) in their reports, because the DOJ did receive all the complaints do to a fake and deceptive P.O. Box address on the DOJ civil rights complaint form.

**TWENTY-SIXTH CLAIM FOR RELIEF**
**Prosecution of violation of certain laws**
Violation of the 42 U.S.C. 1987 Prosecution of violation certain laws

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants knew they had a legal obligation to protect he American public from Civil Rights violations and state and federal laws, and knew that their actions, conspiracy and omissions created a substantial risk of deliberate indifference to the publics Civil Rights. Defendants failed to protect the American Public from violations of their Civil Rights under the First, Fifth, Eighth, Ninth and Fourteenth Amendments to the United States Constitution, and 42 U.S.C. § 1983.

**TWENTY-SEVENTH CLAIM FOR RELIEF**
**Vindication of Civil Rights**
Violation of the 42 U.S.C. 1988 Vindication of Civil Rights.

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants knew they had a legal obligation to protect the American public from Civil Rights violations and state and federal laws, and knew that their actions, conspiracy and omissions created a substantial risk of deliberate indifference to the publics Civil Rights. Defendants failed to protect the American Public from

violations of their Civil Rights under the First, Fifth, Eighth,
Ninth and Fourteenth Amendments to the United States Constitution,
and 42 U.S.C. § 1983.


**TWENTY-EIGHT CLAIM FOR RELIEF**
**Discrimination in Public Accommodations**
42 U.S.C. § 2000a. PUBLIC ACCOMMODATIONS
§ 2000a. § 2000a-1. § 2000a-2. § 2000a-3. § 2000a-4. § 2000a-5. §
2000a-6.

Plaintiffs incorporate by reference and re-allege paragraphs of
this Complaint.

Defendants intentionally indifference to the American publics equal
rights under the law, deprived them the equal rights under the law,
in violation of his rights under First, Fifth, Eighth, Ninth and
Fourteenth Amendment to the United States Constitution, pursuant to
42 U.S.C. § 1983 Civil Action for Deprivation of Rights. This is a
class action lawsuit seeking damages, compensatory, exemplary,
punitive, statutory, general, declaratory, injunctive and penalty
against the U.S. Government, the Department of Justice("DOJ"),
Employees at the Department of Justice, George Bush and his
counsel, the U.S. Postal Service and its employees, and multiple
Federal, State, County, City, public and private organizations for
engaging in and condoning a continuing pattern and practice of
refusing or neglecting to prevent such deprivations as experienced
by the American public. This claim for relief brought pursuant to
Title 18 §§ 1514 Civil Action to restrain harassment of a victim or
witness and pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil
Rights violations. There are thousand of American Citizens that are
victims of willful and malicious collusion and conspiracy to reduce
the number of complaints, so the DOJ doesn't have to investigate
Civil Rights Complaints in places of public accommodations. The
Department of Justice motivation and illegal pattern and practice
of malicious Mail Fraud and Obstruction of Justice has been

condoned and practiced for so long. These DOJ defendants have all
known they were obstructing peoples Civil Rights to have their
criminal and civil allegations investigation against places of
Public Accommodations by the DOJ and the Attorney General. The
Department of Justice, U.S. Postal Service, the White House, and
federal, state and private Civil Rights Organizations conspiracy to
commit mail fraud and obstruct justice lead to eliminating, missing
or delayed complaints that should have been collection and analysis
of criminal justice data and statistics. The Judicial Branches
(DOJ) of the government may not be representing the whole truth to
the Legislative Branch of the Government (the House and Senate) in
their reports on discrimination in public accommodations, because
the DOJ did receive all the complaints do to a fake and deceptive
P.O. Box address on the DOJ civil rights complaint form.

**TWENTY-NINTH CLAIM FOR RELIEF**
**Denied Access to a Public Facility**
42 U.S.C. chapter 21 § 2000b. Denied Access to a Public Facility

Plaintiffs incorporate by reference and re-allege paragraphs of
this Complaint.

This is a class action lawsuit seeking damages, compensatory,
exemplary, punitive, Statutory, general, declaratory, injunctive
and penalty against the U.S. Government, the Department of
Justice("DOJ"), Employees at the Department of Justice, George
Bush, Alberto Gonzales, the U.S. Postal Service and its employees,
and multiple Federal, State and private organizations for engaging
in and condoning a continuing pattern and practice of refusing or
neglecting to prevent such deprivations as experienced by the
plaintiffs. The plaintiff sent a complaint to the DOJ in June of
2006 about the denied access to a public facility. I sent the DOJ a
civil complaint in hopes that the DOJ would take investigate my
complaint against the Peoria Sheriffs department and other
defendants. I also sent the Attorney General Alberto Gonzales

motions and documentation in my southern District Court case 07-362-MJR, because I was unable to maintain legal proceedings for myself and I didn't have the finances to carry on this lawsuit. The violation of 42 U.S.C. 2000b has affected this plaintiff in great detail. The plaintiff reserves the right to bring this violation of the law personally against the Department of Justice, U.S. Postal Service, George W Bush, Alberto Gonzales, John Ashcroft and federal department or agencies because of their mail fraud and multiple violations of the plaintiffs right to have their complaint investigated for being denied access to a public facility. The plaintiff sent the DOJ a complaint for investigation in being denied access to a public facility. The Department of Justice, U.S. Postal Service, Alberto Gonzales, John Ashcroft and DOJ employees employed methods that result in Mail Fraud, Fraud and swindle and conspiracy to Obstruct Justice by delaying, denying and eliminating civil rights complaints about discrimination in or denied access to public facility. The Actions of the defendants has an unjustified disparate impact on class members in violation of Federal and State Civil Rights laws. The Department of Justice, U.S. Postal Service, George Bush, Alberto Gonzales, John Ashcroft, federal, state, city, county and private Civil Rights Organizations conspiracy to commit mail fraud and obstruct justice lead to eliminating, missing or delayed complaints that should have been collection and analysis of criminal justice data and statistics. The Judicial branch (DOJ) of the government may not be representing the whole truth to the Legislative branch of the Government (the House and Senate) in their reports pertaining to statistics for criminal and civil violation sent to the DOJ. Because of the DOJ fake P.O. Box addresses. This claim for relief brought pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations.

**THIRTY CLAIM FOR RELIEF**
**PUBLIC EDUCATION**
42 U.S.C. § 2000C. (c-7, c-8, c-9) PUBLIC EDUCATION

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution, the laws of the District of Columbia and the United States. This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, statutory, general, declaratory, injunctive and penalty against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, George Bush and his counsel, Gonzales, Ashcroft, the U.S. Postal Service and its employees, multiple Federal, State, county, city departments or agencies for engaging in and condoning a continuing pattern and practice of refusing or neglecting to prevent such deprivations as experienced by the American Public in public education. I am sure that many people sent their complaint about public education into one of the many fake and deceptive DOJ P.O. Boxes.

**THIRTY-FIRST CLAIM FOR RELIEF**
**FEDERALLY ASSISTED PROGRAMS**
42 U.S.C. § 2000d FEDERALLY ASSISTED PROGRAMS

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Title 42 chapter 46 sub5 § 2000d FEDERALLY ASSISTED PROGRAMS
§ 2000d. § 2000d-1. § 2000d-2. § 2000d-3. § 2000d-4. § 2000d-4a. §
2000d-5. § 2000d-6. § 2000d-7.

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution, the laws of the District of Columbia and the United States. This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, Statutory, general, declaratory,

injunctive and penalty against the U.S. Government, the Department
of Justice("DOJ"), Employees at the Department of Justice, George
Bush, Alberto Gonzales, John Ashcroft, the U.S. Postal Service and
its employees, and multiple Federal, State, County, City and
private organizations for engaging in and condoning a continuing
pattern and practice of discrimination, retaliation, mail fraud,
fraud and swindle, hoax, obstruction of justice in many federally
funded department and agencies, and for refusing or neglecting to
prevent such deprivations as experienced by the American public.
There are thousand of American Citizens that are victims of willful
and malicious collusion and conspiracy to reduce the number of
complaints, so the DOJ doesn't have to investigate discrimination
in Federally Assisted Programs. The Attorney General Alberto
Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily
Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington,
Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy,
Christine Stonemanas from the DOJ knew about and were involved
daily in the conspiracy to reduce the number of complaints received
at the DOJ. The Department of Justice motivation and illegal
pattern and practice of malicious Mail Fraud and Obstruction of
Justice has been condoned and practiced for so long. The Actions of
the defendants has an unjustified disparate impact on class members
in violation of Federal and State Civil Rights laws. Plaintiffs in
this case subjected to the humiliation of willful and malicious
conspiracy to Obstruct Justice by delaying, denying and eliminating
Civil Rights complaints about discrimination in Federally Assisted
Programs. These fake and deceptive P.O. Boxes addresses have been
displayed for years on all the defendants' website have obstructed
many peoples Civil Rights to have their criminal and civil
allegations investigated about discrimination in Federally Assisted
Programs. This claim for relief brought pursuant to Title 18 §§
1514 Civil Action to restrain harassment of a victim or witness and
pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights

violations. I am sure there are thousands of people, just like the plaintiff, who sent their complaint about discrimination in a federally funded program into the DOJ's fake and deceptive P.O. Box 66560.

**THIRTY-SECOND CLAIM FOR RELIEF**
**Intervention by Attorney General; denial of equal protection on account of race, color, religion, sex or national origin**

42 U.S.C. § 2000h-2. Intervention by Attorney General; denial of equal protection on account of race, color, religion, sex or national origin

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution, the laws of the District of Columbia and the United States. This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, statutory, general, declaratory, injunctive and penalty against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, George Bush, Alberto Gonzales, John Ashcroft, the U.S. Postal Service and its employees, and multiple Federal, State and private organizations for engaging in and condoning a continuing pattern and practice of refusing or neglecting to prevent such deprivations as experienced by the plaintiff and the American public. There are thousand of American Citizens that are victims of willful and malicious collusion and conspiracy to reduce the number of complaints, so the DOJ doesn't have to investigate Civil Rights Complaints, about denial of equal protection on account of race, color, religion, sex or national origin. The Department of Justice motivation and illegal pattern and practice of malicious Mail Fraud and Obstruction of Justice has been condoned and practiced for so

long. George Bush had to have help from people like Alberto
Gonzales and John Ashcroft and other DOJ defendants were the main
conspirators in the conspired to delay, deny and eliminate civil
rights complaints about denial of equal protection on account of
race, color, religion, sex or national origin. George W Bush had
the perfect person in the Attorney General Alberto Gonzales and
John Ashcroft who was a willing conspirator to delay, deny and
eliminate civil rights complaints about denial of equal protection
on account of race, color, religion, sex or national origin. The
Judicial branch (DOJ) of the government may not be representing the
whole truth to the legislative branch of the Government (the House
and Senate) on how many American Citizens sent the DOJ complaints
of being denied equal protection on account of race, color,
religion, sex or national origin.

**THIRTY-THIRD CLAIM FOR RELIEF**
**Guidelines for Federal officers and employees**
42 U.S.C. § 2000AA-11 (a)(1). Guidelines for Federal officers and
employees

Plaintiffs incorporate by reference and re-allege paragraphs of
this Complaint.

Under 42 U.S.C § 2000AA-11 (a)(1) the Attorney General Alberto
Gonzales and John Ashcroft are required to obtain documentary
evidence of crimes and civil rights violations. The DOJ many fake
and deceptive P.O. Box addresses listed on all the defendants
websites have obstructed the American Publics ability to provide
documentation to the Attorney General how is required to obtain
this documentation from the people. The DOJ conspiracy to reduce
the number of complaints the DOJ receives directly violates 42
U.S.C § 2000AA-11 (a)(1). The George Bush, Attorney General Alberto
Gonzales and John Ashcroft were the main conspirator in delaying,
denying and eliminating civil rights complaints from reaching the
DOJ. The Judicial branch (DOJ) of the government may not be
representing the whole truth to the legislative branch of the

Government (the House and Senate) on how many American Citizens
sent the DOJ complaints of being denied equal protection on account
of race, color, religion, sex or national origin. The Attorney
General Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine,
Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick
Washington, Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M
Strongjy, Christine Stonemanas from the DOJ knew about and were
involved daily in the conspiracy to reduce the number of complaints
received at the DOJ.

**THIRTY-FOURTH CLAIM FOR RELIEF**
**Conspiracy against Rights**
Violation of Title 18 U.S.C. §§ 241. Conspiracy against Rights

This is a class action lawsuit seeking damages, compensatory,
exemplary, punitive, statutory, general, declaratory, injunctive
and penalty against the defendants for Violations of Title 18
U.S.C. §§ 241 Conspiracy against Rights. This claim for relief
brought pursuant to Title 18 §§ 1514 Civil action to restrain
harassment of a victim or witness and pursuant to 42 U.S.C. §§ 1983
Civil Action for Civil Rights violations & Title 18 U.S.C. §§ 241,
242, 245(b)1(b)(e) & 246. Plaintiffs in this case subjected to the
humiliation of willful and malicious conspiracy to Obstruct Justice
by delaying, denying and eliminating Civil Rights complaints from
reaching the DOJ. Many Federal, State, County, public and private
organizations web sites have been posting this same fake P.O. Boxes
on their web sites for years. The DOJ, White House, the U.S.P.S.
and the many federal, state, city, county, private and public Civil
Rights Organizations called out as defendants, by means of false or
fraudulent pretenses to delay, deny and eliminate the American
People from filing Civil Rights complaints, with the posting of a
fake P.O. Box address for the Department of Justice. Based on the
information from U.S. Postal Employee Rodney there are many
departments within the Department of Justice that don't get their

mail forwarded from any P.O. Boxes. Based on the information I received from my conversations with the DOJ and the information I collected from the Internet it's easy to see the DOJ conspiracy to commit Mail Fraud, Obstruct Justice and intimidate & intimidate against a witness or informant. Defendants intentionally indifference to the American publics equal rights under the law, deprived them the equal rights under the law, in violation of his rights under First, Fourth, Eighth, Fourteenth Amendment to the United States Constitution and 42 U.S.C. § 1983.

The American public should not suffer the indignities of having their Civil Rights complaints to the DOJ returned in the mail in a conspiracy to delay, deny and eliminate complaints from reaching the DOJ. Civil Rights Complaints should be filed with the DOJ within 180 days of the occurrence. These defendants devised a Mail Fraud scheme, by means of false or fraudulent pretenses, representations, to promises to supply, or furnish the American Public with an investigation into criminal and Civil Rights violations. The Actions of the defendants has an unjustified disparate impact on class members in violation of Federal and State Civil Rights laws.

The claims of the representative plaintiffs are typical of the class as a whole who sent Civil Rights complaints to the Department of Justice fake P.O. Box Address to have their complaints investigated.

**THIRTY-FIFTH CLAIM FOR RELIEF**
**Deprivation of rights under color of law**
Violation of 18 U.S.C. §§ 242. Deprivation of rights under color of law

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution and the laws of the District of Columbia. This is a class action lawsuit seeking damages, compensatory,

exemplary, punitive, statutory, general, declaratory, injunctive,
penalty and monetary relief against the U.S. Government, the
Department of Justice("DOJ"), Employees at the Department of
Justice, The U.S. Postal Service and the multiple Federal, State,
City, County departments and agencies for engaging in and condoning
a continuing pattern and practice of deprivation of rights under
the color of law.
This claim for relief brought pursuant to Title 18 §§ 1514 Civil
action to restrain harassment of a victim or witness and pursuant
to 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations &
Title 18 U.S.C. §§ 241, 242, 245(b)1(b)(e) & 246. Defendants
intentionally indifference to the American publics equal rights
under the law, deprivation of rights under the color of law, in
violation of their rights under First, Fourth, Eighth, Fourteenth
Amendment to the United States Constitution.
The American public should not suffer the indignities of having
their Civil Rights complaints to the DOJ returned in the mail in a
conspiracy to delay, deny and eliminate complaints from reaching
the DOJ. These defendants devised a Mail Fraud scheme, under color
of law and in concert with one another, by means of false or
fraudulent pretenses, representations, to promises to supply, or
furnish the American Public with an investigation into criminal and
Civil Rights violations. The Actions of the defendants has an
unjustified disparate impact on class members in violation of
Federal and State Civil Rights laws. The claims of the
representative plaintiffs are typical of the class as a whole who
sent Civil Rights complaints to the Department of Justice fake P.O.
Box Address to have their complaints investigated.

**THIRTY-SIXTH CLAIM FOR RELIEF**
**FEDERAL PROTECTED ACTIVITY;**
Violation of 18 U.S.C. §§ 245(b)1(b)(e) Federal Protected Activity

This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, Statutory, general, declaratory, injunctive, penalty and monetary relief against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, The U.S. Postal Service and the multiple Federal, State, City, County and city department and agencies for engaging in and condoning a continuing pattern and practice of deprivation of rights, under the color of law, in a federally protected Activity. This claim for relief brought pursuant to Title 18 §§ 1514 Civil action to restrain harassment of a victim or witness and pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations & Title 18 U.S.C. §§ 241, 242, 245(b)1(b)(e) & 246. Defendants intentionally indifference to the American publics equal rights under the law, deprivation of rights under the color of law, in a federally protected activity, in violation of their rights under First, Fourth, Eighth, Fourteenth Amendment to the United States Constitution.

**THIRTY-SEVENTH CLAIM FOR RELIEF**
Deprivation of relief benefits
Violation of 18 U.S.C. §§ 246 Deprivation of relief benefits

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, Statutory, general, declaratory, injunctive, penalty and monetary relief against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, The U.S. Postal Service and the multiple Federal, State, City, County, City department and agencies for engaging in and condoning a continuing pattern and practice of deprivation of rights, under the color of law, and deprivation of relief benefits. This claim for relief brought pursuant to Title 18 §§ 1514 Civil action to restrain harassment of a victim or witness and pursuant

to 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations & Title 18 U.S.C. §§ 241, 242, 245(b)1(b)(e) & 246. Defendants intentionally indifference to the American publics equal rights under the law, deprivation of rights under the color of law, and deprivation of relief benefits, in violation of their rights under First, Fourth, Eighth, Ninth and Fourteenth Amendment to the United States Constitution and 42 U.S.C. §§ 1983.

**THIRTY-EIGHTH CLAIM FOR RELIEF**
**Discrimination prohibited**
Violation of the Discrimination prohibited (A) Freedom from Unlawful Discrimination (E) Public Health, Welfare and Safety.

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution and the laws of the District of Columbia. This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, statutory, general, declaratory, injunctive, penalty and monetary relief against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, The U.S. Postal Service and the multiple Federal, State, county, city and private organizations for engaging in and condoning a continuing pattern and practice of discrimination. Plaintiffs in this case subjected to the humiliation of Discrimination. The conspiracy of all the defendants to discrimination against anyone sending Civil rights complaints into the DOJ. Plaintiffs seek Judicial Redress for violations of their Civil Rights due to discrimination by the DOJ, U.S. Postal Service, the White House and their current and former attorneys as well as many Federal, State and private Organizations. The many private and public Civil Rights Organizations called out as defendants, by

means of false or fraudulent pretenses to discriminate against the American Public.

There are thousand of American Citizens that are victims of collusion and conspiracy to discriminate against people sending civil rights complaints into the DOJ. The Department of Justice motivation and illegal pattern and practice of discrimination has been condoned and practiced for so long. The experiences of the plaintiffs at the hands of the defendants resulted from the defendants' policy and practice of discrimination against the American Public, making their claims typical of those held by the class they seek to represent.

**THIRTY-NINTH CLAIM FOR RELIEF**
**Official Misconduct**

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution, the laws of the District of Columbia and the United States. This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, statutory, general, declaratory, injunctive and penalty against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, George Bush, Alberto Gonzales, John Ashcroft, the U.S. Postal Service and its employees, and multiple Federal, State, city, county organizations for violations of Official Misconduct under 42 U.S.C. 1983 and 1988. Plaintiffs in this case subjected to the humiliation of willful and malicious conspiracy of Official Misconduct. These fake and deceptive P.O. Boxes displayed on all the defendants' website have obstructed many peoples Civil Rights to have their criminal and civil allegations investigation against federal and state employees and organizations. Plaintiffs seek Judicial Redress

for violations of their Civil Rights under 42 U.S.C. §§ 1983 due to a conspiracy to commit Official Misconduct. The DOJ employees, U.S. Postal Service employees, the White House and their current and former attorneys and advisors, as well as many Federal, State, county, city and private Organizations and their employees have conspired to commit Official Misconduct against the American people. The DOJ is still committing Official Misconduct by posted a fake and deceptive P.O. Box address on their own website and many of the defendant's websites. The Attorney General Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas from the DOJ knew about and were involved daily in the conspiracy to reduce the number of complaints received at the DOJ, thereby violating their Oath of Office and Official Misconduct. The claims of the representative plaintiffs are typical of the class as a whole who suffered Official Misconduct by all the defendants. The experiences of the plaintiffs at the hands of the defendants resulted from the defendants' policy and practice of Official Misconduct making their claims typical of those held by the class they seek to represent.

**FORTY CLAIM FOR RELIEF**
**Intimidation**

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

The American Public that had their criminal and civil rights complaints returned to them may have been intimidated into not submitting their complaint again. The DOJ, USPS, Alberto Gonzales, John Ashcroft and DOJ employees conspired to intimidate the American Public by denying, delaying and eliminating criminal and civil rights complaints from being filed and investigated by the DOJ. The American public that sent complaints to the fake P.O.

Boxes of the DOJ were intimidated and retaliated against by the U.S. Government and the DOJ. The DOJ, USPS, Alberto Gonzales, John Ashcroft and DOJ employees conspired to abridge the privileges or immunities of the citizens of the United States. The DOJ, USPS and DOJ employees conspired to deprive the American Public of life, liberty, or property, without due process of law. The DOJ, USPS, George Bush, Alberto Gonzales and John Ashcroft conspired to deny the American Public equal protection of the laws. Plaintiffs seek Judicial Redress of Grievances for violations of their Civil Rights due to mail fraud, obstruction of Justice, intimidation, retaliation and many other constitutional and state violations of the law.

**FOURTY-FIRST CLAIM FOR RELIEF**
**Retaliation**

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

The American Public that had their criminal and civil rights complaints returned to them were retaliated against by the defendants in order to protect the U.S. Government for lawsuits. The DOJ, USPS, Alberto Gonzales, John Ashcroft and DOJ employees conspired to retaliate against the American Public by denying, delaying and eliminating criminal and civil rights complaints from being filed and investigated by the DOJ. The American public that sent complaints to the fake P.O. Boxes of the DOJ were intimidated and retaliated against by the U.S. Government and the DOJ. The DOJ, USPS, George Bush, Alberto Gonzales and John Ashcroft conspired to abridge the privileges or immunities of the citizens of the United States. The DOJ, USPS, and the White House conspired to deprive the American Public of life, liberty, or property, without due process of law. The DOJ, USPS, George Bush, Alberto Gonzales and John Ashcroft conspired to deny the American Public equal protection of the laws. Plaintiffs seek Judicial Redress of Grievances for

violations of their Civil Rights due to mail fraud, obstruction of Justice, intimidation, retaliation and many other constitutional and state violations of the law.

**FOURTY-SECOND CLAIM FOR RELIEF**
**Title 28 U.S.C. §§ 2675**

The American Public that had their criminal and civil rights complaints returned to them were retaliated against by the defendants in order to protect the U.S. Government for lawsuits. Under Title 28 U.S.C. §§ 2675 the claimant in a lawsuit must first presented the claim to the appropriate Federal agency and his claim shall have been finally denied by the agency in writing and sent by certified or registered mail. The DOJ conspiracy to post fake and deceptive P.O. Box addresses was motivated to protect the U.S. Government from lawsuits. The DOJ, USPS, Alberto Gonzales and John Ashcroft conspired to protect the U.S. Government from lawsuits from the American Public by denying, delaying and eliminating criminal and civil rights complaints from being filed and investigated by the DOJ. Thousands of American people sent complaints to the fake P.O. Boxes of the DOJ to comply with Title 28 U.S.C §§ 2675. I believe that John L. Chastain, Assistant General Counsel and others from the General Counsel Office know that the U.S. Government and the DOJ has been conspiring to eliminate complaints from being filed, to protect the Government from lawsuits. The DOJ, USPS, George Bush, Alberto Gonzales, John Ashcroft conspired to abridge the privileges or immunities of the citizens of the United States and protect the government from lawsuits. The DOJ and the USPS conspired to deprive the American Public of life, liberty, or property, without due process of law. The DOJ, USPS George Bush, Alberto Gonzales and John Ashcroft conspired to deny the American Public equal protection of the laws and the right to seek relief. Plaintiffs seek Judicial Redress of Grievances for violations of their Civil Rights due to mail fraud,

obstruction of Justice, intimidation, retaliation and many other constitutional and state violations of the law.

**FOURTY-THIRD CLAIM FOR RELIEF**
**Federal Tort Claims Act (FTCA)**
Title 28 U.S.C § 1346(b) and § 2671-2680

This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, statutory, general, declaratory, injunctive and penalty against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, George Bush, Alberto Gonzales, John Ashcroft, the U.S. Postal Service and its employees, and multiple Federal, State, county, city department and agencies for Violation Federal Tort Claims Act. This claim for relief brought pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations. The Attorney General Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander, Elizabeth Keenan, Rita Craig, Patrick Washington, Tristan Martin, Earl Sondars, Luz Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas from the DOJ knew about and were involved daily in the conspiracy to reduce the number of complaints received at the DOJ. These defendants failure to perform, a "discretionary function or duty violated the American publics civil and constiutional rights. The DOJ, U.S. Postal Service, the President George Bush and his advisors and legal aids and other Federal, State, County, City departments and Organizations had knowledge of the conspiracy to violate plaintiffs' civil rights and of the violations committed, and had power to prevent these wrongs, but neglected or refused to do so. Defendants' acts were done in knowing violation of plaintiff's legal and Constitutional Rights, and have directly and proximately caused plaintiffs humiliation, mental pain and suffering. Defendants DOJ, U.S. Postal Service, George Bush, Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander had power to prevent or aid in preventing the

commission of said wrongs, could have done so by reasonable
diligence, and knowingly, recklessly, or with gross negligence
failed or refused to do so. President George Bush, Alberto
Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily
Freidlander and many defendants from the DOJ failure to perform, a
discretionary function or duty that their job requires, in
violation of FTCA. The intentional tort inflicted on the American
public and the plaintiff by the defendants actions was intentional
emotional distress and financial loss. Defendants failure to
perform, a "discretionary function or duty" in violation of 28
U.S.C. § 2680(a) & § 2680(h).

**FOURTY-FOURTH CLAIM FOR RELIEF**
**Contempt**
Title 18 sec. 401 Contempt

(1) Misbehavior of any person in its presence or so near thereto as
to obstruct the administration of justice;
(2) Misbehavior of any of its officers in their official
transactions

The American Public that had their criminal and civil rights
complaints returned to them were retaliated against by the
defendants in order to protect the U.S. Government for lawsuits.
The DOJ conspiracy to post fake and deceptive P.O. Box addresses
was motivated to protect the U.S. Government from lawsuits and
obstruct justice. The DOJ, USPS, George Bush, Alberto Gonzales and
John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander
conspired to protect the U.S. Government from lawsuits from the
American Public by denying, delaying and eliminating criminal and
civil rights complaints from being filed and investigated by the
DOJ. The American public that sent complaints to the fake P.O.
Boxes of the DOJ to comply with Title 28 U.S.C §§ 2675. I believe
that John L. Chastain and others from the General Counsel Office
know that the Government and the DOJ has been conspiring to
eliminate complaints from being filed, to protect the Government

from lawsuits. The General Counsels Office is the office that certifies that the claimant complied with this statue. The DOJ, USPS, George Bush, Alberto Gonzales and John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander conspired to abridge the privileges or immunities of the citizens of the United States and protect the Government from lawsuits. The DOJ, USPS, and the White House conspired to deprive the American Public of life, liberty, or property, without due process of law. The DOJ, USPS, George Bush, Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander conspired to deny the American Public equal protection of the laws and the right to seek relief. Plaintiffs seek Judicial Redress of Grievances for violations of their Civil Rights due to mail fraud, obstruction of Justice, intimidation, retaliation and many other constitutional and state violations of the law. Plaintiffs in this case subjected to the humiliation of willful and malicious conspiracy of Misbehavior so near thereto as to obstruct the administration of justice and contempt of justice.

The claims of the representative plaintiffs are typical of the class as a whole who suffered obstructing the administration of justice. The experiences of the plaintiffs at the hands of the defendants resulted from the defendants' policy and practice of obstructing the administration of justice, making their claims typical of those held by the class they seek to represent.

**FOURTY-FIFTH CLAIM FOR RELIEF**
**Report by Attorney General**
42 U.S.C. chapter 113 sec #10712

This is a class action lawsuit seeking damages, compensatory, exemplary, punitive, statutory, general, declaratory, injunctive and penalty against the U.S. Government, the Department of Justice("DOJ"), Employees at the Department of Justice, the White House and it's counsel, the U.S. Postal Service and its employees, and multiple Federal, State and private organizations for engaging

in and condoning a continuing pattern and practice of refusing or neglecting to prevent such deprivations as experienced by the plaintiffs. The former Attorney General Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander reports to the Judiciary of the Senate and the House of Representatives have not show the truth about the effectiveness of the judicial system and programs as a whole. The Conspiracy between George W. Bush, Alberto Gonzales and John Ashcroft and the DOJ employees to falsify reports to Judiciary of the Senate and the House of Representatives. The defendants have conspired to falsify reports to the Legislative Branch of the Government. The Executive and Judicial Branches of the Government have been lying to the Legislative branch of the Government. The Attorney General Alberto Gonzales knowingly submitted reports to the Senate and House of Representatives that he know to was false report that did not represent or show the complaints sent to the fake and deceptive P.O. Box addresses for the DOJ.

The former Attorney General Alberto Gonzales, John Ashcroft and the employees at the DOJ have conspired with George W Bush to transmit false reports to the Senate and the House of Representatives on the effectiveness of the Institute in carrying out the duties specified in 42 U.S.C. §§ 10702 (b) of this title. The former Attorney General Alberto Gonzales, John Ashcroft and the employees at the DOJ have conspired with George W Bush to falsify reports to the effectiveness of the program as a whole and whether the restrictions and limitations specified in §§s 10706 and 10707 of this title have been respected. The Attorney General Alberto Gonzales, John Ashcroft, transmit false reports to the Senate and the House of Representatives effectiveness of the Institute in carrying out the duties. It's easier to become more affective when you don't receive the complaints in the first place. It's easier to deny the investigation because the plaintiff didn't make the 180-day deadline, because of the fake P.O. Box addresses. Many people

filing civil rights complaints may just decide not to file the complaint after having it returned by mail. This claim for relief brought pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations and the first Amendment, Redness of Grievances.

**FOURTY-SIXTH CLAIM FOR RELIEF**
**Duties and functions of Assistant Attorney General**
42 U.S.C. chapter 46 sec #3712

Defendants, acting under color of law and in concert with one another, have denied plaintiffs their rights to full and equal benefit of the laws and their right to be subject to equal rights under the Constitution, the laws of the District of Columbia and the United States. It appears as the fake and deceptive P.O. Box addresses for the DOJ were used to protect the government for lawsuits and reduce the number of complaints received at the DOJ so the reports to congress would look much better then they really are. President George Bush, Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander, Scott Bloch conspired with other DOJ employees to falsify information on the conditions and progress of the criminal justice systems. President George Bush, Alberto Gonzales and John Ashcroft and the DOJ employees have conspired to falsify information to the legislative branches (House and Senate) of the Federal and State governments in matters relating to criminal and civil justice. The President George Bush, Alberto Gonzales and John Ashcroft conspired to falsify information to the Congress, the judiciary, State and local governments, and the general public relating to criminal and Civil justice. President George Bush, Alberto Gonzales and John Ashcroft and the DOJ employees have conspired to falsify information to the Office and the Bureau of Justice Assistance, the National Institute of Justice, the Bureau of Justice Statistics and the American Public. This claim for relief brought pursuant to 42 U.S.C. §§ 1983 Civil

Action for Civil Rights violations and the first Amendment, Redness of Grievances.

**FOURTY-SEVENTH CLAIM FOR RELIEF**
**Statement of purpose**
42 U.S.C. chapter 46 sub #2

It appears as the fake and deceptive P.O. Box addresses for the DOJ were used to protect the government for lawsuits and reduce the number of complaints received at the DOJ so the reports to Congress would look much better then they really are. The Department of Justice, U.S. Postal Service, federal, state, city, county and private Civil Rights Organizations knowingly discriminated and conspired to deny Federal, State, County, city and local criminal justice systems and related aspects of the criminal and civil justice system. The Department of Justice, U.S. Postal Service, and federal department and agencies conspiracy to reduce the number of complaints received by the DOJ, failed to prevent and reducing crimes. The Department of Justice, U.S. Postal Service, knowingly discriminated and conspired to deny citizen access to appropriate dispute-resolution forums. The Department of Justice, U.S. Postal Service, knowingly discriminated and conspired to deny programs of proven effectiveness, programs having a record of proven success, or programs which offer a high probability of improving the functioning of the criminal justice system.

The Department of Justice, U.S. Postal Service, President George Bush, Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander and federal employees, knowingly discriminated and conspired to deny and weaken the criminal justice system and related aspects of the civil justice system and to falsify the results of such efforts to Federal, State, County and local governments, to evaluate the effectiveness of programs funded under the federal government. The defendants conspired to deny and delay new or improved approaches and techniques, to improve and

strengthen the administration of justice, which offer the likelihood of success if continued or repeated. The Department of Justice, U.S. Postal Service, Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander and federal employees knowingly discriminated and conspired to provide false or misleading information on how many complaints were filed with the DOJ to the legislative branch of the government, State and local justice systems. This claim for relief brought pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations and the first Amendment, Redness of Grievances.

**FOURTY-EIGHT CLAIM FOR RELIEF**
**National Institute of Justice**
42 U.S.C. chapter 46 sub II sec #3722 (A) (B) (C ) (D) (E) (F) (G) (H) (I) (J) (K) (L) (M)

The Department of Justice, U.S. Postal Service, Alberto Gonzales, John Ashcroft and federal, state and private Civil Rights Organizations knowingly falsified information to the National Institute of Justice. It appears as the fake and deceptive P.O. Box addresses for the DOJ were used to protect the government for lawsuits and reduce the number of complaints received at the DOJ so the reports to congress would look much better then in reality. The Department of Justice, U.S. Postal Service, Alberto Gonzales, John Ashcroft and federal, state and private Civil Rights Organizations knew they where posting a fake and deceptive P.O. Box address to eliminate complaints from reaching the DOJ. The Judicial branch (DOJ) of the Government may not be representing the whole truth to the Legislative branch of the Government (the House and Senate) in their reports on crime and civil complaints sent to the DOJ, by the American Public. The former Attorney General Alberto Gonzales and John Ashcroft reports to the Judiciary of the Senate and the House of Representatives have not show the truth about the effectiveness of the judicial system and programs as a whole. The reports submitted to congress do not show how many people sent complaints

to the DOJ fake and deceptive P.O. Box addresses. The Conspiracy
between George W. Bush, Alberto Gonzales and John Ashcroft and
advisors conspired to falsify reports to Judiciary of the Senate
and the House of Representatives. The defendants have conspired to
falsify reports to the Legislative Branch of the Government. The
Attorney General Alberto Gonzales and John Ashcroft knowingly
submitted reports to the Senate and House of Representatives that
he knew was false, report that did not represent or show the
complaints sent to the fake and deceptive P.O. Box addresses for
the DOJ. The former Attorney General Alberto Gonzales, John
Ashcroft and the employees at the DOJ have conspired to transmit
false reports to the Senate and the House of Representatives on the
effectiveness of the Institute in carrying out the duties specified
in 42 U.S.C. §§ 10702 (b) of this title. The former Attorney
General Alberto Gonzales and the employees at the DOJ have
conspired to falsify reports to the effectiveness of the program as
a whole and whether the restrictions and limitations specified in
sections 10706 and 10707 of this title have been respected. The
Attorney General Alberto Gonzales, John Ashcroft and the DOJ
employees to transmit false reports to the Senate and the House of
Representatives effectiveness of the Institute in carrying out the
duties. It's easier to become more affective when you don't receive
the complaints in the first place. It's easier to deny the
investigation because the plaintiff didn't make the 180-day
deadline, because of the fake P.O. Box addresses. Many people
filing civil rights complaints may just decide not to re-file the
complaint after having it returned by mail. This claim for relief
brought pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights
violations and the first Amendment, Redness of Grievances.

**FOURTY-NINTH CLAIM FOR RELIEF**
**Statement of purpose**
42 U.S.C. chapter 46 sub III sec 3731 Statement of purpose

It appears as the fake and deceptive P.O. Box addresses for the DOJ were used to protect the government for lawsuits and reduce the number of complaints received at the DOJ so the reports to congress would look much better then in reality. The Department of Justice, U.S. Postal Service, Alberto Gonzales, John Ashcroft knowingly falsified information to deny and delay in the collection and analysis of statistical information concerning crime, and the civil justice system. The Department of Justice, U.S. Postal Service, Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine, Merrily Freidlander and knowingly falsified information and statistical systems at the Federal, State, and local levels to provide false information to measure and understand the levels of crime and the civil justice system. The Bureau shall utilize to the maximum extent feasible State governmental organizations and facilities responsible for the collection and analysis of criminal justice data and statistics. The Department of Justice, U.S. Postal Service, George Bush, Alberto Gonzales, John Ashcroft, federal and state Departments and agencies conspiracy to commit mail fraud and obstruct justice lead to falsified information to State and local justice systems. The Department of Justice, U.S. Postal Service, the White House, and federal, state and private Civil Rights Organizations mail fraud and conspiracy to obstruct justice lead to missing complaints that should have been collection and analysis of criminal justice data and statistics. This claim for relief brought pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations and the first Amendment, Redness of Grievances.

**FIFTY CLAIM FOR RELIEF**
**Bureau of Justice Statistics**
42 U.S.C. chapter 46 sub III sec 3732 Bureau of Justice Statistics

The Bureau Justice Statistics of the Department of Justice conspired to falsify the following under 42 chapter 46 sub III sec 3732—

(2) (3) (4) (5) (6) (7) (8) (9) (10) (11) (12) (13) (14) (15) (16)
(17) (18) (19) (20) (21) (22) (23) (d) (1) (2) (3) (4) (5) (e) (f).
Because of the DOJ conspiracy to commit mail fraud and obstruct
justice the Bureau Justice Statistics of the Department of Justice
can't be collecting accurate data for their collect and analyze
statistical information on crimes and civil rights violations. It
appears as the fake and deceptive P.O. Box addresses for the DOJ
were used to protect the government for lawsuits and reduce the
number of complaints received at the DOJ so the reports to congress
would look much better then in reality. The DOJ employees, U.S.
Postal Service employees, Alberto Gonzales, John Ashcroft as well
as many Federal, State, city, county department and agencies and
their employees have conspired against the American people to
delay, deny, and eliminate Civil Rights complaints from reaching
the DOJ.
The Attorney General Alberto Gonzales, John Ashcroft, the Inspector
General, Solicitor General, Merrily Freidlander, Elizabeth Keenan,
Rita Craig, Patrick Washington, Tristan Martin, Earl Sondars, Luz
Lopez-Ortiz, Andrew M Strongjy, Christine Stonemanas and many
others from the DOJ have known that the DOJ is falsifying the
collect and analyze statistical information. These DOJ defendants
have all known for years that the DOJ is committing mail fraud to
falsify analyze statistical information. Directors from all DOJ
Departments and John and Jane Doe phone clerks for all DOJ
Departments know that they were contributing to the mail fraud and
falsification of analyze statistical information. These DOJ
defendants knew that the where violating peoples civil rights in a
conspiracy to Obstruct Justice by falsification of analyze
statistical information to the legislative branch of the government
and to state and local judicial systems. The most of the Federal
Organization knew and some of the state and private Civil Rights
organizations as defendants knew, they were contributing to the
elimination of civil rights complaints from reaching the DOJ, so

they were not reported in analyze statistical information in criminal and civil cases.  Luz Lopez-Ortiz from the DOJ Coordination and Review knew that she was giving out a fake P.O. Box for the DOJ to Civil Rights Organizations to elimination of civil rights complaints so they were not reported in the analyze statistical information in criminal and civil cases. Many of these defendants knew exactly what was happening with the fake P.O. Boxes, especially at the DOJ, U.S. Postal Service, Alberto Gonzales, John Ashcroft, Paul Clement, Glenn Fine and Merrily Freidlander knew they were violating peoples civil rights in a conspiracy to commit mail fraud and Obstruct Justice by falsification of analyze statistical information to the legislative branch of the government and to state and local judicial systems. The George Bush had the perfect person in the Attorney General Alberto Gonzales and John Ashcroft who was a willing conspirator in falsification of analyze statistical information to the legislative branch of the government and to state and local judicial systems. The Actions of the defendants has an unjustified disparate impact on class members in violation of Federal and State Civil Rights laws. The Department of Justice, U.S. Postal Service, the White House, and federal, state, county and private Civil Rights Organizations mail fraud and conspiracy to obstruct justice lead to eliminating, missing or delayed complaints that should have been collection and analysis of criminal justice data and statistics. The Judicial branch (DOJ) of the government may not be representing the whole truth to the Legislative branch of the Government (the House and Senate) in their reports on crime and complaints sent to the DOJ. This claim for relief brought pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations and the First Amendment, Redness of Grievances.

**FIFTY-FIRST CLAIM FOR RELIEF**
**Duties of Commission**
42 U.S.C. chapter 20A §§ 1975a. Duties of Commission

(1) (A) (B) (A) (B) (c ) (D) (c ) Reports
(1) The Commission shall submit to the President and Congress at
least one report annually that monitors Federal civil rights
enforcement efforts in the United States.
(2) The Commission shall submit such other reports to the President
and the Congress as the Commission, the Congress, or the President
shall deem appropriate.
(d) (4)

Because of the DOJ conspiracy to commit mail fraud and to obstruct
justice, the Bureau Justice Statistics of the Department of Justice
can not be collecting accurate data for their collect and analyze
statistical information. The most of the Federal Organization knew
and some of the state and private Civil Rights organizations as
defendants knew, they where contributing to the elimination of
civil rights complaints so they where not reported in the analyzing
and statistical information in criminal and civil cases. Many of
these defendants knew exactly what was happening with the fake P.O.
Boxes, especially at the DOJ and the U.S. Postal Service knew they
were violating peoples civil rights in a conspiracy to commit mail
fraud and Obstruct Justice by falsification of analyze statistical
information to the legislative branch of the government and to
state and local judicial systems. The George Bush had the perfect
persons in the Attorney General Alberto Gonzales and John Ashcroft
who was a willing conspirator in falsification of analyze
statistical information to the legislative branch of the government
and to state and local judicial systems. The judicial branches
(DOJ) of the government may not be representing the whole truth to
the legislative branch of the Government (the House and Senate) in
their reports on crime and complaints sent to the DOJ.

**FIFTY-SECOND CLAIM FOR RELIEF**
**Certification Requirements**
42 U.S.C. 1997 (a) (1)(A)(B)(C ) (2) (A) (B) (C ) (3) (b)

Because of the DOJ conspiracy to commit mail fraud and to obstruct
justice the Bureau Justice Statistics of the Department of Justice

can not be collecting accurate data for their collect and analyze
statistical information. The DOJ employees, U.S. Postal Service
employees, the White House and their current and former attorneys
and advisors, as well as many Federal, State, county, city
departments and organizations and their employees have conspired
against the American people to delay, deny, and eliminate Civil
Rights complaints from reaching the DOJ. It appears as the fake and
deceptive P.O. Box addresses for the DOJ were used to protect the
government for lawsuits and reduce the number of complaints
received at the DOJ so the reports to congress would look much
better then in reality. The Department of Justice, U.S. Postal
Service, and the White House knowingly employed methods that result
in Mail Fraud, Fraud and swindle and conspiracy to Obstruct Justice
to falsify the certification on criminal statistical information to
the legislative branch of the government and to state and local
judicial systems. The Department of Justice, U.S. Postal Service,
the White House, and federal, state, county, city and private
departments and agencies conspiracy to commit mail fraud and to
obstruct justice lead to eliminating, missing or delayed complaints
that should have been collection and analysis of criminal justice
data and statistics. John Ashcroft and Alberto Gonzales both knew
that they were certifying a lie on how many complaints were sent to
the DOJ in violation of 42 U.S.C. 1997 (a) (1)(A)(B)(C )(2)
(A)(B)(C ) (3)(b). George Bush, John Ashcroft and Alberto Gonzales
and many defendants from the DOJ knew that the Attorney General was
certifying false information and stats on criminal and civil
complaints sent to the DOJ.

**FIFTY-THIRD CLAIM FOR RELIEF**
**Reports to the Secretary and Congress**
Title 42 U.S.C. chapter 76 § 6106a. (a) (1) (2) (b) Reports to the
Secretary and Congress

It appears as the fake and deceptive P.O. Box addresses for the DOJ
were used to protect the government for lawsuits and reduce the

number of complaints received at the DOJ so the reports to congress
would look much better then in reality. Because of the DOJ mail
fraud and conspiracy to obstruct justice the Bureau Justice
Statistics of the Department of Justice can not be collecting
accurate data for their collect and analyze statistical
information. The DOJ employees, U.S. Postal Service employees, as
well as many Federal, State, city, county department and agencies
and their employees have conspired against the American people to
delay, deny, and eliminate Civil Rights complaints from reaching
the DOJ. Based on the information from U.S. Postal Employee Rodney
there are many departments within the Department of Justice that
don't get their mail forwarded from any P.O. Boxes. Based on the
information I received from my conversations with the DOJ and the
information I collected from the Internet it's easy to see the DOJ
conspiracy to commit Mail Fraud and Obstruct Justice.
The Department of Justice and the U.S. Postal Service knowingly
employed methods that result in Mail Fraud, Fraud and swindle and
conspiracy to Obstruct Justice and to the falsification of analyze
statistical information to the legislative branch of the government
and to state and local judicial systems. The Actions of the
defendants has an unjustified disparate impact on class members in
violation of Federal and State Civil Rights laws. The Department of
Justice, U.S. Postal Service, the White House, and federal, state
and private Civil Rights Organizations mail fraud and conspiracy to
obstruct justice lead to eliminating, missing or delayed complaints
that should have been collection and analysis of criminal justice
data and statistics. This claim for relief brought pursuant to 42
U.S.C. §§ 1983 Civil Action for Civil Rights violations.

**FIFTY-FOURTH CLAIM FOR RELIEF**
**Enforcement**
Violation of 42 U.S.C. §§ 6104. Enforcement

The DOJ employees, U.S. Postal Service employees, the White House and their current and former attorneys and advisors, as well as many Federal, State and private Organizations and their employees have conspired against the American people to delay, deny, and eliminate Civil Rights complaints from reaching the DOJ. Based on the information from U.S. Postal Employee Rodney there are many departments within the Department of Justice that don't get their mail forwarded from any P.O. Boxes. The Department of Justice, U.S. Postal Service, and the White House knowingly employed methods that result in Mail Fraud, Fraud and swindle and conspiracy to Obstruct Justice and to the falsification of analyze statistical information to the legislative branch of the government and to state and local judicial systems. It appears as the fake and deceptive P.O. Box addresses for the DOJ were used to protect the government for lawsuits and reduce the number of complaints received at the DOJ so the reports to congress would look much better then in reality. The Department of Justice, U.S. Postal Service, the White House, and federal, state and private Civil Rights Organizations mail fraud and conspiracy to obstruct justice lead to eliminating, missing or delayed complaints that should have been collection and analysis of criminal justice data and statistics. The failure to collect all criminal and civil rights complaints from the public has violated Title 42 U.S.C. §§ 6104 Enforcement. The DOJ and the Department of Health and Human Services are responsible to seek compliance with Title 42 U.S.C. §§ 6104 Enforcement. Enforcement is very difficult or impossible when the DOJ has a fake a deceptive P.O. Box on their civil rights complaint form to send the complaint to. The DOJ and the other defendants have choose to or refused to enforce Title 42 U.S.C. §§ 6104 Enforcement in order to protect the government and deny the plaintiffs relief. This claim for relief brought pursuant to 42 U.S.C. §§ 1983 Civil Action for Civil Rights violations and the first Amendment, Redness of Grievances.

**FIFTY-FIFTH CLAIM FOR RELIEF**
**Special provisions concerning the Department of Justice**

5 U.S.C. chapter 76 § 8E. Special provisions concerning the Department of Justice

The Former Attorney Generals Alberto Gonzales and John Ashcroft failed to carry out the duties and responsibilities specified in this Act. The Attorney Generals Gonzales and Ashcroft and the Department of Justice employees conspired to violate the civil rights of the American Public and Title 5 § 8E. Special provisions concerning the Department of Justice – (a)(1)(A)(b)(1)(2)(3)(4)(5)(c ). It appears as the fake and deceptive P.O. Box addresses for the DOJ were used to protect the government for lawsuits and reduce the number of complaints received at the DOJ so the reports to congress would look much better then in reality.

**FIFTY-SIXTH CLAIM FOR RELIEF**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants intentionally and deliberately inflicted emotional distress on Plaintiffs and thousand of American by maliciously denying their right to have their criminal and Civil Rights Complaints filed and investigated by the DOJ. By abusing a lawful process for an unlawful purpose, thereby violating Plaintiffs constitutional and statutory Rights. By interfering with Plaintiffs state and federal civil rights the defendants knew or should have known that emotional distress was the likely result of their conduct. The action of all defendants was extreme and outrages.

**FIFTY-SEVENTH CLAIM FOR RELIEF**
**INTENTIONAL INFLICTION OF FINANCIAL LOSS**

Plaintiffs incorporate by reference and re-allege paragraphs of this Complaint.

Defendants intentionally and deliberately inflicted financial loss on Plaintiff and the American people by maliciously denying their right to have their Criminal and Civil Rights Complaints filed and investigated by the DOJ. The American Public and the plaintiff mail Civil Rights complaints to the P.O. Box address listed on the DOJ Complaint form. The Department of Justice and the United States Postal Service conspired to return criminal and Civil Rights complaints instead of forwarding them to the Department of Justice. By abusing a lawful process for an unlawful purpose, thereby violating the American Publics and the Plaintiffs Constitutional Rights to have their complaints investigated by the DOJ. By interfering with Plaintiffs state and federal Civil Rights the defendants knew that financial loss was the likely result of their conduct. The defendants conspiracy to commit Mail fraud scheme was meant to eliminate criminal and Civil Rights complaints from even being filed. The action of all defendants was extreme and outrages.

PRAYER FOR RELIEF

WHEREFORE, plaintiffs pray that the Court, as to all the defendants and each of them jointly and severally:

Issue a declaratory judgment that defendants' conduct as complained herein was a violation of American Public's Civil Rights under the United States Constitutions, the Constitution of the District of Columbia and the laws of the United States and individual state laws;

Issue an injunction (a) prohibiting defendants from engaging in mail fraud, fraud and swindle, hoax and conspiracy to deny people the opportunity to have their criminal and civil rights complaints filed and investigated; (b) U.S. Postal Service to cease and desist from denying or return people Civil Rights complaints sent to the DOJ fake P.O. Boxes. (c )ordering defendants to establish effective preventative mechanisms to ensure that mail fraud and conspiracy against American Public that have complaints against state and federal officials and other respondents do not continue in the future, including, but not limited to the following:

The United States Postal Service to cease and desist from returning
mailed destine for the many fake and deceptive P.O. Boxes of the
DOJ, and forward it to the DOJ;

to cease and desist from all mail fraud;
to cease and desist from all conspiracy and collusion;
to cease and desist from all conspiracy against Civil Rights;
to cease and desist from all fraud and swindle;
to cease and desist from all false information and hoax;
to cease and desist from all Obstruction of proceedings before
departments, agencies, and committees.
to cease and desist from all Obstruction of Criminal and Civil
Investigations
to cease and desist from all Tampering and Retaliating against an
victim or informant.
to cease and desist from all Obstruction of Justice;
to cease and desist from all not accepting criminal and Civil
Rights Complaints;
to cease and desist from all forms of perjury and subordinate
perjury;
to cease and desist from violation of RICO by turning the DOJ, USPS
and WH into a criminal organization to deny the civil rights of the
American Public;

Require that all clerks and officers of the DOJ participate in
regular and recurring training to assure that the employees of the
DOJ realize that every criminal and Civil Rights Complaints is
important;

Require that all DOJ employees at participate in regular and
recurring training to assure that the employees of the DOJ do not
act due to conspiracy and collusion to deny people the opportunity
to have their civil rights complaints filed and investigated;

Award compensatory, punitive, statutory and general damages against
defendants and each of them, for plaintiffs in an amount to be
determined according to proof;

Award exemplary, punitive, statutory, declaratory and general
damages against all defendants sued in their individual capacities
in an amount to be proven at trial;

Award exemplary, punitive, statutory, declaratory and general
damages against all agencies, organizations, businesses and web
sites sued in their official capacities in an amount to be proven
at trial;

Award statutory damages and penalties pursuant to District of Columbia Civil Codes;

Award plaintiffs their costs, expenses and reasonable attorneys' fees pursuant to 42 U.S.C. 1988, District of Columbia Civil Codes and Grant such other and further relief as the Court may deem just and proper.

The only relief that the plaintiff seeks from the "NOT FOR PROFIT" or "NON PROFIT" civil rights organizations is that they change their website. I DON'T want any money from any Civil Rights Organization!!. I want them to change the address for the DOJ on their websites.

DEMAND FOR JURY TRIAL
SECTION 13. TRIAL BY JURY
The right of trial by jury as heretofore enjoyed shall remain inviolate. Pursuant to Rule 38(b), Federal Rules of Civil Procedure, and District of Columbia Local Rules, plaintiffs demand trial by jury for all the issues plead herein so triable.

Honestly, Spiritual and Respectfully submitted,
James Neuman.
203 River Street Apt#3
Iowa City, Iowa, 52246

PLAINTIFF'S VERIFICATION

The undersigned, being duly sworn, deposes and says that I am the Plaintiff herein, and have written the foregoing pleading filed, and the facts stated therein are true.

19 June, 2008 [signature]
Plaintiff

Subscribed and sworn to before me, this 19th day of June 2008

[signature] 324973
Notary Public
Exp 7-31-2010

08-1068 JR

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

I (a) PLAINTIFFS James Neuman 203 River Street Apt #3 Iowa City, Iowa 52246

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF U.S. 88888 (EXCEPT IN U.S. PLAINTIFF CASES)

DEFENDANTS U.S. Government ETAL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ______ (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) James Neuman 203 River Street #3 Iowa City, IA

Case: 1:08-cv-01068
Assigned To : Robertson, James
Assign. Date : 6/20/2008
Description: Civil Rights-Non-Employ.

JURY ACTION

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES

(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A. *Antitrust***

- ☐ 410 Antitrust

☐ **B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

☐ **C. *Administrative Agency Review***

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. *General Civil (Other)*** OR ☐ **F. *Pro Se General Civil***

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Immigration
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus- Alien Detainee
- ☐ 465 Other Immigration Actions

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

25

BUSH - BLACK - RICE - FRIEDLANDER - MARTIN - SONOMAS - POTTER - GRADEN - HORROW - GWEN - HORMANN - STATE OF TN. - AM. BAR ASSOC. + TULANE UNIV.

OFFICIAL + INDIV. CAPACITY

1 X ONLY

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | X L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>X 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

X 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS X ACTION UNDER F.R.C.P. 23 **DEMAND $** Check YES only if demanded in complaint **JURY DEMAND:** X YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES X NO If yes, please complete related case form.

**DATE** 6/20/08 **SIGNATURE OF ATTORNEY OF RECORD** James Newman

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

RECEIVED JUN 20 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT