IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON, DISTRICT OF COLUMBIA

JAMES NEUMAN.,
(plaintiff)

Case Num# 08-cv-1068 JR

Vs.

UNITED STATES GOVERNMENT.,
(ect all)

*[Stamp: RECEIVED AUG 1 1 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT]*

*[Handwritten: 8-20-08, file granted, leave to file, /s/ USDJ]*

**Motion for Change of Address**
**P.O. Box Address**

I must ask the District of Columbia Court for permission to proceed from a P.O. Box address. I have recently moved out of my 203 River Street address and currently do not have a permanent address. I am a Field Service Engineer and spend lot of time on the road. I have decided that I can't afford a permanent place, because I spend some much time on the road. I currently have another federal lawsuit in the Southern District of Illinois under case number 07-362-MJR against the Peoria Sheriffs Department and many others. My Southern District Court Case is scheduled for trial on February 9, 2009. Discovery just started on August 4, 2008 in this Southern District Court case 07-362-MJR. I have stood in front of and had hearings with Federal Magistrate Judge Wilkerson and District Judge Michael Reagan of the Southern District of Illinois. I have also had a hearing with District Judge Mihn at the Central District Court of Illinois. I have proceeded in front of the Southern and the Central District court of Illinois with my P.O. Box 13, Iowa City, Iowa 52244-13. I have also had telephone hearings with Federal Magistrate Judge Wilkerson, District Judge Michael

Reagan in East St Louis Illinois. I have been able to proceed at the Southern and Central District of Illinois with my P.O. Box 13, Iowa City, Iowa 52244-13 address. Please contact District Judge Michael Reagan of the Southern District Court of Illinois in East St Louis Illinois, he can tell you that I have a case in front of him and I have stood in front of him at a hearing. Federal District Judge Michael Reagan in East St. Louis can also confirm that I will answer or respond to every document presented by the defendants. Judge Reagan and I can also tell you that I believe everything that I have written in my complaint and will stand behind every word. Judge Michael Reagan can also tell you, he knew this case was going to be filed in Washington D.C.

P.S.
I have started sending out Waiver of Summons with my P.O. Box 13 Iowa City, Iowa 52244-13 Address. All my waivers of summons have my P.O. Box address. I will soon be submitting the regular summons to the court to be issued with a P.O. Box address for me. I will also be trying to find an attorney this week. I have been sending out e-mails to attorneys in Washington and surrounding area to find an attorney.

Respectfully submitted,
James Neuman.
P.O. Box 13, Iowa City IA 52244-13
319-530-3488

PLAINTIFF'S VERIFICATION

The undersigned, being duly sworn, deposes and says that I am the Plaintiff herein, and have written the foregoing pleading filed, and the facts stated therein are true.

8 August, 2008            *James Neuman*
                          Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON, DISTRICT OF COLUMBIA

---

JAMES NEUMAN.,  }
    (plaintiff)  }     Case Number # 08-CV-1068
                           }
Vs.  }
                           )
                           }
U.S. GOVERNMENT.,
ect all…

**Certification of Service**

I James Neuman, hereby certify that on the 8th of August 2008. I caused a true copy of the attached Memorandum of law in support of the following motion for change of address to a P.O. Box address. I have not sent this document to any defendants because none of the have checked in yet.

I have recently started to send out waivers of summons with my P.O. Box address. I have already started to tell the defendants about my P.O. Box 13, Iowa City, Iowa 52244-13.


District Court of Columbia
Attn: Clerk of the Court
333 Constitutional Ave N.W. Room 1225
Washington D.C. 20001


Respectfully submitted,
James Neuman
P.O. Box 13
Iowa City, Iowa 52244-13

PLAINTIFF'S VERIFICATION
The undersigned, the facts stated therein are true.

8th August, 2008      _____
                                    Plaintiff